Case: 1:23-cv-00653 Jury Demand
Assigned To : Moss, Randolph D.
Assign. Date : 3/9/2023
Description: Pro Se. Gen Civ (F-Deck)

**UNITED STATES DISTRICT COU... ... ...**
**DISTRICT OF COLUMBIA, WASHINGTON, DC**

------------------------------------------------------------------x

AROR-ARK ARK O'DIAH,

Plaintiff,

V.

**COMPLAINT**
**Case No.:___________**
**JURY SPEEDILY TRIAL DEMANDED.**

CHIEF JUSTICE JOHN G. ROBERTS;
UNITED STATES SMALL BUSINESS ADMINISTRATION /A/K/A/ SBA;
SBA ADMININSTRATOR ISABEL CASILAS GUZMAN;
NYC SBA REGIONAL DISTRICT DIRECTOR BETH GOLDBERG;
SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AUGUST FLENTJE; SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR KIMBERLY C. BROWN; SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA, AND SSA COMMISSIONER DR. KILOLO KUAKAZI;
UNITED STATES POSTAL SERVICE POSTMASTER GENERAL;
CHIEF JUDGE DEBRA ANN LIVINGSTON AND ALL JUDGE IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT; JUDGE VALERIE CAPRONI AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTEN IN NEW YORK CITY;
JUDGE PAMELA C. CHEN AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;
JUDGE WILLIAM H. ALSUP AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND IN CALIFORNIA; FORMER CHIEF JUDGE THOMAS AND ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA;
RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMANN AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
NEW YORK CITY and NYC COMPTROLLER SCOTT M. STRINGER, And NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;
WESTERN UNION; GARY M. KAVULICH, ESQ.; AARP, AND BARCLAYS;



RECEIVED
MAR - 9 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF
TEMPORARY AND DISABILITY ASSISTANCE, and
NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES;
T-MOBILE; STAPLE, INC.; NYU LANGONE HEALTH PULMONARY AND
SLEEP MED-BKLYN AND BORIS SAGALOVIC, MD;
WORLD TRADE CENTER HEALTH PROGRAM, AND CDC-NATIONAL
INSTITUTTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR;
NYC HEALTH + HOSPITALS/MCKINNEY; JAMAICA HOSPITAL MEDICAL
CENTER; DR. GLENN J. JAKOBSEN; DR. ZANE HOFFMANN;
NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION;
LOGISTICS HEALTH INCORPORATED; WILLAIM STREET CLINIC;
JPMORGAN CHASE BANK, N.A.; FedEx EXPRESS; OPTIMUM CABLE;
CSC HOLDINGS, LLC, A SUBSIDIARY OF ALTICE USA, INC.; CITY MD
BROOKLYN HEIGHT; FULTON VISION CENTER, LLC and OWNER;
RENAISANCE EQUITY HOLDINGS LLC, AND OWNER, and FLATBUSH
GARDENS; CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK;
SYNCHRONY BANK; BRIAN DOUBLES; RICHARD WALSH, ESQ;
ALEXANDRA E. CLAUS, ESQ; AMY SECTER, ESQ; DARIN BILLIG, ESQ;
CURTIS JACKSON, ESQ; PARK & NGUYEN; STEVEN P. ORLOWSKI, ESQ;
CAPITAL ONE BANK, N.A.; NASSAU COUNTY, and NASSAU COUNTY
CHILD SUPPORT COLLECTION UNIT; TRANS UNION; EXPERIAN;
EQUIFAX CREDDIT INFORMATION SERVICES; NEW YORK-PRESBYTERIAN
HOSPITAL/COLUMBIA, and NEW YORK -PRESBYTERIAN HOSPITAL-
NEW YORK WEILL CORNELL MEDICAL CENTER; ALL THE JUDGES IN THE
NEW YORK STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES;
KAVULICH & ASSOCIATES, P.C.; AMERICAN EXPRESS; DISCOVER;
CHEMOURS COMPANY; HONEYWELL; QUEENS HOSPITAL MEDICAL
CENTER; ELMHURST HOSPITAL MEDICAL CENTER; LEXISNEXIS RIST
SOLUTION BUREAU LLC; ALL JUDGES IN NASSAU COUNTY FAMILY COURT,
**SUED IN THEIR INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES,**

Defendants.

-----------------------------------------------------------------------X

# COMPLAINT

I, Aror-Ark Ark O'Diah, I am the Pro Se Plaintiff, and I hereby submit these stated complaints against Each and All the Defendants named in this above-captioned action in their individual and official capacities.

**-Cover Sheet-(ii)A**

**EACH AND ALL JUDGES NAMED IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT, AND IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY AND IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK IN BROOKLYN IN NEW YORK AS DEFENDANTS CAN BE IDENTIFIED BY REFERENCES TO THE JUDICIAL MISCONDUCT COMPLAINT FILED AT THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT BY PROCEEDING REFERENCE DOCKET NUMBER BELOW:**

Re: *Judicial Conduct Complaints*, 02-22-90086-jm, 02-22-90087-jm, 02-22-90088-jm, 02-22-90089-jm, 02-22-90090-jm, 02-22-90091-jm, 02-22-90092-jm, 02-22-90093-jm, 02-22-90094-jm, 02-22-90095-jm, 02-22-90096-jm, 02-22-90097-jm, 02-22-90098-jm, 02-22-90099-jm, 02-22-90100-jm, 02-22-90101-jm, 02-22-90102-jm, 02-22-90103-jm, 02-22-90104-jm, 02-22-90105-jm, 02-22-90106-jm, 02-22-90107-jm, 02-22-90108-jm, 02-22-90109-jm, 02-22-90110-jm, 02-22-90111-jm, 02-22-90112-jm, 02-22-90113-jm, 02-22-90114-jm, 02-22-90115-jm, 02-22-90116-jm, 02-22-90117-jm, 02-22-90118-jm, 02-22-90119-jm, 02-22-90120-jm, 02-22-90121-jm, 02-22-90122-jm, 02-22-90123-jm, 02-22-90124-jm, 02-22-90125-jm, 02-22-90126-jm, 02-22-90127-jm, 02-22-90128-jm, 02-22-90129-jm, 02-22-90130-jm, 02-22-90131-jm, 02-22-90132-jm, 02-22-90133-jm, 02-22-90134-jm, 02-22-90135-jm, 02-22-90136-jm, 02-22-90137-jm, 02-22-90138-jm, 02-22-90139-jm, 02-22-90140-jm, 02-22-90141-jm, 02-22-90142-jm, 02-22-90143-jm, 02-22-90144-jm, 02-22-90145-jm, 02-22-90146-jm, 02-22-90147-jm, 02-22-90148-jm, 02-22-90149-jm, 02-22-90150-jm, 02-22-90151-jm, 02-22-90152-jm, 02-22-90153-jm, 02-22-90154-jm, 02-22-90155-jm, 02-22-90156-jm, 02-22-90157-jm, 02-22-90158-jm, 02-22-90159-jm, 02-22-90160-jm, 02-22-90161-jm, 02-22-90162-jm, 02-22-90163-jm, 02-22-90164-jm, 02-22-90165-jm, 02-22-90166-jm, 02-22-90167-jm, 02-22-90168-jm, 02-22-90169-jm, 02-22-90170-jm, 02-22-90171-jm, 02-22-90172-jm, 02-22-90173-jm, 02-22-90174-jm, 02-22-90175-jm, 02-22-90176-jm, 02-22-90177-jm, 02-22-90178-jm, 02-22-90179-jm

**PARTIES PLAINTIFF AND PARTIES DEFENDANTS NAME AND ADDRESS BELOW:**

**PLAINTIFF NAME AND MAILING ADDRESS AND PHONE:**
Aror-Ark Ark O'Diah
**c/o: TIMESPEED WORLDWIDE...**
3403 Foster Avenue, Apt 4B
Brooklyn, NY 11210-6439
Phone: (347) 614-8799
Email: aror@timespeedworldwideinfo.com
Email: GlobalJudicialWatch@gmail.com

**DEFENDANTS NAMES AND MAILING ADDRESSES BELOW:**

CHIEF JUSTICE JOHN G. ROBERTS
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543

UNITED STATES SMALL BUSINESS ADMINISTRATION;
SBA ADMINISTRATOR ISABEL CASILAS GUZMAN;
409 3RD STREET SW
WASHINGTON, DC 20416

SBA NYC REGIONAL DISTRICT DIRECTOR BETH GOLDBERG
SBA NYC REGIONAL DISTRICT OFFICE
26 FEDERAL PLAZA SUITE 3100
NEW YORK, NY 10278

SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AUGUST FLENTJE;
SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR KIMBERLY BROWN,
SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER
1220 L STREET, NW, SUITE 100 – BOX 408
WASHINGTON, DC 20005-4018

SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA;
SSA COMMISSIONER DR. KILOLO KUAKAZI;
1300 D STREET, NW
WASHINGTON, DC 20024
**ATTN: LEGAL OFFICE.**

UNITED STATES POSTAL SERVICE;
UNITED STATES POSTMASTER GENERAL,
1050 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036-5303

CHIEF JUDGE DEBRA ANN LIVINGSTON, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT;
U.S. COURT OF APPEALS FOR SECOND CIRCUIT
40 FOLEY SQUARE
NEW YORK, NY 10007

JUDGE VALERIE CAPRONI, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY;
500 PEARL STREET
NEW YORK, NY 10007

JUDGE PAMELA K. CHEN, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

JUDGE WILLIAM H. ALSUP, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND;
450 GOLDEN GAT AVENUE
SAN FRANCISCO, CA 94102

FORMER CHIEF JUDGE THOMAS, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR HE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

RETIRED JUDGE RANDALL ENG, AND
ALL JUDGE IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

RETIRED JUDGE ARTHUR COOPERMAN AND
ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
11011 QUEENS BOULEVARD, APT 10H
FOREST HILLS, NY 11375

RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMAN, AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN NEW YORK
**ATTN: NYS UNIFIED COURT SYSTEM – NYC OFFICE**
OFFICE OF COURT ADMINISTRATION (OCA)
25 BEAVER STREET, ROOM 852
NEW YORK, NY 10004

NEW YORK CITY;
NEW YORK CITY COMPTROLLER SCOTT M. STRINGER;
NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;
**ATTN: NYC LAW DEPARTMENT**
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

NEW YORK STATE;
NEW YORK STATE DEPARTMENT OF TEMPORARY AAND DISABILITY ASSISTANCE;
NEW YROK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES;
**ATTN: NYS COMPTROLLER TOM DiNapoli, and NYS AG LETITIA JAMES**
OFFICE OF THE COMPTROLLER / NYS AG OFFICE
110 STATE STREET
ALBANY, NY 12236

T – MOBILE
**ATTN: T – MOBILE CORPORATE OFFICE**
12920 SE 38TH STREET
BELLEVUE, WA 98006

STAPLE INC
**ATTN: STAPLE INC CORPORATE HEADQUARTER**
500 STAAPLES DRIVE
FARMINGHAM, MA 01702

NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN, AND BORIS SAGALOVIC, MD;
2408 OCEAN AVENUE
BROOKLYN, NY 11229

WORLD TRADE CENTER HEALTH PROGRAM;
WILLIAM STREET CLINIC;
156 WILLIAM STREET, SUITE 401
NEW YORK, NY 10038

CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, AND DIRECTOR;
PATRIOTS PLAZA 1
395 E STREET, SW, SUITE 9200
WASHINGTON, DC 20201

NYC HEALTH + HOSPITALS / MCKINNEY
594 ALBANY AVENUE
BROOKLYN, NY 11203

QUEENS HOSPITAL MEDICAL CENTER
82-68 164TH STREET
JAMAICA, NY 11432

JAMAICA HOSPITAL CENTER
8900 VAN WYCK EXPRESSWAY
NEW YORK, NY 11418

ELMHURST HOSPITAL MEDICAL CENTER
79-01 BROADWAY
ELMHURST, NY 11373

DR. GLENN J. JAKOBSEN
110-20 JAMAICA AVE.
JAMAICA, NY 11418

DR. ZANE HOFFMAN, DC
9314 QUEENS BOULEVARD
RIGO PARK, NY 11374

NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;
1220 WASHINGTON AVENUE
BUILDING 9
ALBANY, NY 12226

LOGISTICS HEALTH INCORPORATED
3237 AIRPORT ROAD
LA CROSS, WI 54603

JPMORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NY 10017

FedEx EXPRESS
**ATTN: FedEx Corporate Office**
3620 HACKS CROSS ROAD
BUILDING B, THIRD FLOOR
MEMPHIS, TN 38125

OPTIMUM CABLE;
CSC HOLDINGS, LLC, a Subsidiary of ALTICE USA, INC.;
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

CITY MD BROOKLYN HEIGHT;
135 MONTAGUE STREET
BROOKLYN, NY 11201

FULTON VISION CENTER, LLC, and OWNER;
435 FULTON STREET
BROOKLYN, NY 11201

RENAISSANCE EQUITY HOLDINGS LLC AND OWNER;
FLATBUSH GARDEN;
3301 FOSTER AVENUE
BROOKLYN, NY 11210

CARE CREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK;
SYNCHRONY BANK;
BRIAN DOUBLES;
170 ELECTION ROAD, SUITE 125
DRAPER, UTAH 84020

RICHARD WALSH, ESQ.
HORING WELIKSON ROSS & DIGTUGILIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

ALEXANDRA E. CLAUS, ESQ.
MARTIN CLEARWATER & BELL, LLP
220 EAST 42ND STREET
NEW YORK, NY 10017

AMY SECTER, ESQ.
REED SMITH, LLP
RIVERFRONT PLAZA – WEST TOWER
901 EAST BYRD STREET, SUITE 1900
RICHMOND, VA 23219-4068

DARIN BILLIG, ESQ.
PARK & NGUYEN
1809 PAULING AVENUE, 2ND FLOOR, BRONX, NY 10462

STEVEN P. ORLOWSKI, ESQ.
BLEALEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

CAPITAL ONE BANK, N.A.;
**ATTN: ESTATE OPERATION**
301 W 11THE STREET
WILLINGTON, DE 19801

NASSAU COUNTY; AND ALL JUDGES IN NASSAU COUNTY FAMILY COURT; AND
NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT;
**ATTN: OFFICE OF THE COUNTY ATTORNEY**
RALPH G. CASO EXECUTIVE AND LEGISLATIVE BUILDING
ONE WEST STREET
MINEOLA, NEW YORK 11501-4820

TRANS UNION;
**ATTN: CORPORATE OFFICE AND HEADQUARTER**
555 W. ADAMS STREET
CHICAGO, IL 60661

EXPERIAN;
**ATTN: CORPORATE HEADQUARTER**
475 ANTON BLVD
COSTA MESA, CA 92626

EQUIFAX INC.
1555 PEACHTREE STREET, N.W.
ATLANTA, GEORGIA 30309

NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA
170 WILLIAM STREET
NEW YORK, NY 10038

NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER
530 E 70TH STREET
NEW YORK, NY 10021

ALL JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS AND QUEENS COUTNIES;
**ATTN: NEW YORK UNIFIED COURT SYSTEM – NYC OFFICE**
OFFICE OF COURT ADMINISTRATION (OCA)
25 BEAVER STREET, ROOM 852, NEW YORK, NY 10004.

GARY M. KAVULICH, ESQ;
KAVULICH & ASSOCIATES, P.C.;
181 WESTCHESTER AVE., SUITE 500C
PORT CHESTER, NY 10573

WESTERN UNION
**ATTN: CORPORATE HEADQUARTERS**
7001 E. BELLEVIEW
DENVER, CO 80237

AMERICAN EXPRESS
**ATTN: CORPORATE HOME OFFICE**
200 VESEY STREET
NEW YORK, NY 10285-3106

DISCOVER
**ATTN: CORPORATE HEADQUARTERS**
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

AARP
601 E STREET NW
WASHINGTON, DC 20049

BARCLAYS
**ATTN: BARCLAYS BANK DELAWARE**
125 SOUTH WEST STREET
WILMINGTON, DE 19801

THE CHEMOURS COMPANY
1007 MARKET STREET
P.O. BOX 2047
WILMINGTON, DELAWARE 19899

HONEYWELL
**ATTN: CORPORATE HEADQUARTERS**
855 SOUTH MINT STREET
CHARLOTTE, NC 28202

LEXISNEXIS RIST SOLUTIONS BUREAU LLC
1000 ALDERMAN Dr
ALPHARETTA, GA 30003

# INTRODUCTION

I. On about September 21, 2022, or soon thereafter, I, Aror-Ark Ark O'Diah, Pro Se Plaintiff, filed 'JUDICIAL MISCONDUCT COMPLAINTS' against Each and All JUDGES in the United States Court of Appeals for the Second Circuit; and against Each and All JUDGES in the United States District Court for the Southern District of New York in Manhattan in New York City; and against Each and All JUDGES in the United States District Court for the Eastern District of New York in Brooklyn in New York because JUDGES in these COURTS unconstitutionally adopted, endorsed, sanctioned, implemented, and enforced the unconstitutional use of self-serving unconstitutional sanction ORDER to "INVALIDATE" and "TERMINATE" the United States Constitution. Also, JUDGES in these COURTS used the same unconstitutional sanction ORDER to "EVADE" and used to "SUSPEND" the United States Constitution, Laws and Statutory Provisions; and thereafter, used the same unconstitutional sanction ORDER to Blackballed, Blacklisted, Blackmailed, slandered, defamed, assassinated, and subject Pro Se Plaintiff Aror-Ark Ark O'Diah to libelous injuries by deliberate misrepresentation in reckless disregard for the truth by showing reckless disregard for the U.S. Constitution, Laws and Statutory Provision SOLELY used to prevent, denied and deprived Aror-Ark Ark O'Diah, Pro Se Plaintiff from having equal and meaningful ACCESS to all Courts in the United States of America but **"WITHOUT SUBSTANTIVE DUE PROCESS"** in discriminatory and retaliatory act in bad faith to cause Complainant Aror-Ark Ark O'Diah irreparable physical bodily injuries. And denied, deprived CIVIL and HUMAN Rights.

II. On about January 10, 2023, Chief Judge DEBRA ANN LIVINGSTON, also named as among the 94 JUDGES named in the 'JUDICIAL MISCONDUCT COMPLAINT' filed by Complainant Aror-Ark Ark O'Diah due to implicit participation in widespread and vast implicit 'inhumane' conspiracies to carried out intentional racial discrimination and intentional racial retaliations against Aror-Ark Ark O'Diah; whereby, Chief Judge issued another 'inhumane' lies as ORDER to covered up, by using deliberate misrepresentations, interferences, intimidations, harassment, hates, biases, prejudices, anti-Blackness and threats of irreparable harm ORDER in violation of **'Conflict-of-Interest'** that constituted violations of **'JUDICIAL CODE OF ETHICAL CONDUCT.'**

**EACH AND ALL JUDGES NAMED IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT, AND IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY AND IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK IN BROOKLYN IN NEW YORK AS DEFENDANTS CAN BE IDENTIFIED BY REFERENCES TO THE JUDICIAL MISCONDUCT COMPLAINT FILED AT THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT BY PROCEEDING REFERENCE DOCKET NUMBER BELOW:**

Re: *Judicial Conduct Complaints*, 02-22-90086-jm, 02-22-90087-jm, 02-22-90088-jm, 02-22-90089-jm, 02-22-90090-jm, 02-22-90091-jm, 02-22-90092-jm, 02-22-90093-jm, 02-22-90094-jm, 02-22-90095-jm, 02-22-90096-jm, 02-22-90097-jm, 02-22-90098-jm, 02-22-90099-jm, 02-22-90100-jm, 02-22-90101-jm, 02-22-90102-jm, 02-22-90103-jm, 02-22-90104-jm, 02-22-90105-jm, 02-22-90106-jm, 02-22-90107-jm, 02-22-90108-jm, 02-22-90109-jm, 02-22-90110-jm, 02-22-90111-jm, 02-22-90112-jm, 02-22-90113-jm, 02-22-90114-jm, 02-22-90115-jm, 02-22-90116-jm, 02-22-90117-jm, 02-22-90118-jm, 02-22-90119-jm, 02-22-90120-jm, 02-22-90121-jm, 02-22-90122-jm, 02-22-90123-jm, 02-22-90124-jm, 02-22-90125-jm, 02-22-90126-jm, 02-22-90127-jm, 02-22-90128-jm, 02-22-90129-jm, 02-22-90130-jm, 02-22-90131-jm, 02-22-90132-jm, 02-22-90133-jm, 02-22-90134-jm, 02-22-90135-jm, 02-22-90136-jm, 02-22-90137-jm, 02-22-90138-jm, 02-22-90139-jm, 02-22-90140-jm, 02-22-90141-jm, 02-22-90142-jm, 02-22-90143-jm, 02-22-90144-jm, 02-22-90145-jm, 02-22-90146-jm, 02-22-90147-jm, 02-22-90148-jm, 02-22-90149-jm, 02-22-90150-jm, 02-22-90151-jm, 02-22-90152-jm, 02-22-90153-jm, 02-22-90154-jm, 02-22-90155-jm, 02-22-90156-jm, 02-22-90157-jm, 02-22-90158-jm, 02-22-90159-jm, 02-22-90160-jm, 02-22-90161-jm, 02-22-90162-jm, 02-22-90163-jm, 02-22-90164-jm, 02-22-90165-jm, 02-22-90166-jm, 02-22-90167-jm, 02-22-90168-jm, 02-22-90169-jm, 02-22-90170-jm, 02-22-90171-jm, 02-22-90172-jm, 02-22-90173-jm, 02-22-90174-jm, 02-22-90175-jm, 02-22-90176-jm, 02-22-90177-jm, 02-22-90178-jm, 02-22-90179-jm

## JURISDICTIONAL STATEMENTS

III. The Defendants implicitly and explicitly knowingly 'AGREE IN MINDS' to have jointly participated to carried out widespread and vast joint racially motivated egregious intentional discriminatory and retaliatory conspiratorial practices in bad faith used to denied and deprived this Pro Se Plaintiff Aror-Ark Ark O'Diah equal protection, liberty, properties, Courts access, to invoked Title 28 U.S.C. Section 455; and Title 28 U.S.C. Sections 352-364; and Title 18 U.S.C. Section 242; and USCA Const. Amendments 1, 4, 5, 6, 7, 8 and 14 to the U.S. Constitutions; and The Federal Civil Rights Acts of 1866 and 1964; and Title 42 U.S.C. Sections 1983, 1985, 1986.

IV. I, Aror-Ark Ark O'Diah, believes and hereby asserted that when federal and States Courts JUDGES jointly implicitly and explicitly communicated to Private or Public persons that he or she will not be arrested, punished, prosecuted or otherwise interfered with while engaging in misconduct that likely to endangered the life, liberty, or property of others by retaliatorily acts in bad faith, the JUDGE involved should be held responsible and accountable for violations of U.S.C.A. Const. Amendments 1, 4, 5, 6, 7, 8 and 14 to the U.S. Constitution for injury caused by the misconduct for violation of "**Substantive Due Process" Rights to** cause physical bodily injuries and properties damages and loss of Private Businesses. **See, Pena v. Deprisco, C.A. )2nd N.Y. Cir. 2005) 432 F.2d**

V. I, Aror-Ark Ark O'Diah, also believes and hereby asserted that when a person Subjected another person to deprivation of rights within the meaning of U.S.C.A. Const. Amendments 1, 4, 5, 6, 7, 8, and 14 to the U.S. Constitution, these omission constituted violations of title 18 U.S.C. Sections 242, if the JUDGE'S EGREGIOUSNESS and OMISSIONS invoked Title 28 U.S.C. Sections 455; particularly, if he or she does an affirmative act or participate in another acts or omit to perform an act which he or she is legally required to do that causes the deprivations of which this complaint is made. **See, Johnson v. Duff, 588.2d 740, 743 (9th Cir. 1978).**

VI. I, Aror-Ark Ark O'Diah, also believes and hereby asserts that when a perjurer's, meaning a particular person under color of state law in playing role in a scheme with Special Prosecutor and District Attorneys and JUDGES in making false statement which provided basis for criminal process, all the participants who jointly knowingly and intentionally acted discriminatively and retaliatorily in bad faith to deprived rights should be held responsible and accountable even if he or she was acting in judicial or private capacities in concert with Special Prosecutor and District Attorney. **See, Jennings v. Shuman, C.A. (Pa.) 1977, 567 F.2d 1213.**

VII. A liar should have never been allowed to become a JUDGE and a POLICE OFFICER; also, a violence Human Being should have never been allowed to become a JUDGE, and a POLICE OFFICER. And any Human Being having RACIST MINDS should have never been allowed to become a JUDGE and a POLICE OFFICER.

VIII. Chief Judge DEBRA ANN LIVINGSTON and former late Chief Judge ROBERT A. KATZMANN are 'liars' because both JUDGES use 'inhumane' lies, covered up, hates, biases, prejudices, intimidations, harassment in disguise, threats of irreparable harms and anti-Blackness racist ideologies and philosophies to hide the truth by showing reckless disregard for the truth and reckless disregard for the U.S. Constitution, Laws and Statutory Provision in bad faith in the United States Court of Appeals for the Second Circuit in New York City but **"without substantive due process"** based upon the identification of Pro Se Plaintiff National Origin. **And Chief Justice JOHN G. ROBERTS knew or should have known all about the Egregiousness and violations but FAILED to prevent the JUDGES from carrying out the implicit conspiracies.**

IX. Judge VALERIE CAPRONI is a 'liar' because Judge VALERIE CAPRONI use 'inhumane' lies, covered up, hates, biases, prejudices, intimidations, harassment in disguise, threats of irreparable harms and anti-Blackness racist ideologies and philosophies to hide the truth by showing reckless disregard for the truth and showing reckless disregard for the U.S. Constitution, Laws and Statutory Provisions in bad faith in the United State District Court for the Southern District of New York in Manhattan in New York City but **"without substantive due process"** based upon the identification of Pro Se Plaintiff's National origin.

X. Judge PAMELA K. CHEN and late Judge SANDRA J. FEUERSTEIN are 'liars' because both JUDGES use 'inhumane' lies, covered up, hates, biases, prejudices, intimidations, harassments, threats of irreparable harms and anti-Blackness racist ideologies and philosophies to hide the truth by showing reckless disregard for the truth and showing reckless disregard for the U.S. Constitution, Laws and Statutory Provisions in bad faith in the U.S. District Court for the Eastern District of New York in Brooklyn in New York based upon National Origin identifications, but "**without substantive due process**"; yet, JUDGES continue to persecute this Pro Se Plaintiff by deliberate misrepresentation to the General Public by intentionally discriminatively and retaliatorily lured JUDGES to use 'inhumane' lies damaged Plaintiff constitute violation of rights.

XI. Judge WILLIAM H. ALSUP and former Chief Judge THOMAS are 'liars' because both of these JUDGES use 'inhumane' lies, covered up, hates, biases, prejudices, intimidations, harassment in disguise, threats of irreparable harms and anti-Blackness racist ideologies and philosophies to hide the truth by showing reckless disregard for the truth and showing reckless disregard for the U.S. Constitution, Laws and Statutory Provisions in the U.S. District Court for the Northern District of California in San Francisco and Oakland in California, and in the U.S. Court of Appeals for the Ninth Circuit in San Francisco in California but **"without substantive due process"** based upon the identification of Pro Se Plaintiff's National Origin.

XII. Retired Judge RANDALL ENG, and Retired Judge ARTHUR COOPERMANN are 'liars' because both of these JUDGES use 'inhumane' lies, covered up, hates, biases, prejudices, intimidations, harassments in disguise, threats of irreparable harms and anti-Blackness racist ideologies and philosophies to hide the truth by showing reckless disregard for the truth and by showing reckless disregard for the U.S. Constitution, Laws and Statutory Provisions in the New York State Supreme Court Appellate Division Second Department in Brooklyn in Kings and Queens Counties in New York but **"without substantive due process"** based upon the identification of Pro Se Plaintiff's National Origin.

XIII. NEW YORK CITY COMPTROLLER, and NEW YORK CITY DEPARTMENT OF LAW CORPORATION COUNSEL, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER SPECIALL MASTER AND OPERATION DIRECTOR, and FedEx EXPRESS, and NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES, and RENAISSANCE EQUITY HOLDINGS LLC, and FLATBUSH GARDEN OFFICE MANAGEMENT, and U.S. SMALL BUSINESS ADMINISTRATION, and SBA ADMINISTRATOR, and SBA IN NEW YORK CITY REGIONAL DISTRICT DIRECTOR, AND SBA EMPLOYEES, and U.S. POSTAL SERVICE POSTMASTER, and CAPITAL ONE BANK, N.A., and U.S. SOCIAL SECURITY ADMINISTRATION, COMMISSIONER AND EMPLOYEES, and OPTIMUM CABLE TV, and CITY MD BROOKLYN HEIGHTS, and CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK, and SYNCHRONY BANK, and BRIAN DOUBLES, and FULTON

VISION CENTER, RICHARD WALSH, Esq., and CURTIS JACKSON, Esq., and AMY SECTER, Esq., and PARK & NGUYEN, and DARIN BILLIG, Esq., and STEVEN ORLOWSKI, Esq., in their individual and in their official capacities jointly implicitly and explicitly conspired to bribed and lured Chief Judge DEBRA ANN LIVINGSTON, and late former Chief Judge ROBERT A. KATZMANN, and Judge VALERIE CAPRONI, and Judge PAMELA K. CHEN, and Late Judge SANDRA J. FEUERSTEIN, and Judge WILLIAM H. ALSUP, and former Chief Judge THOMAS, and Retired Judge RANDALL ENG, and Retired Judge ARTHUR COOPERMANN to write unconstitutional sanction ORDER; and thereafter, placed the unconstitutional sanction ORDER inside Privates and Publics Businesses Establishment to harassed Pro Se Plaintiff in the United States of America. Also used the ORDER as self-serving unconstitutional sanction ORDER used to "INVALIDATE" and "TERMINATE" the United States Constitution, also used to "EVADE" and used to "SUSPEND" the United States Constitution, Laws and Statutory Provisions; and thereafter, unconstitutionally adopted, endorsed, sanctioned, implemented and enforced by All and Every and Each JUDGE **but "WITHOUT SUBSTANTIVE DUE PROCESS"** in bad faith used to targeted, taunted, singled out Pro Se Plaintiff in Persons and Privates Businesses to prevent, and deny and deprived Plaintiff Aror-Ark Ark O'Diah Black Freelance Journalist turned Whistleblower equal and meaningful ACCESS to All Federal and States Courts Nationwide, and these egregious, omission and violations have allowed these Government OFFICIALS and JUDGES to hide their own corrupted racist practices and judicial misconduct that rises above judicial malpractices to judicial high crimes but remain 'UNCHECKED' and remain 'CONCEALED' and remain 'UNREPORTED' in their showing reckless disregard for the truth and in their ongoing showing reckless disregard for the U.S. Constitution, Laws and Statutory Provisions used to denied and

deprived Plaintiff Aror-Ark Ark O'Diah and Private Businesses freedom of movement, liberty, properties, privileges, life, Civil and Human Rights, associations, assemble, free speech, freedom of expression, denied business loans, denied Housing lending and renting, conduct private businesses, immunities and pursues of happiness based upon the identification of Plaintiff as a Black Freelance Journalist turned Whistleblower and upon the identification of Pro Se Plaintiff's skin color, race, national origin; and these egregiousness and omission constituted violation of Plaintiff's CIVIL AND HUMAN RIGHTS, also constituted violations of 'CONFLICT-OF-INTEREST' that also constituted violation of "JUDICIAL AND PROFESSIONAL CODE OF ETHICAL CONDUCT."

XIV. All the Defendants named in this above-captioned action jointly and separately In their individual and in their official capacities knowingly, willingly, callously, viciously, maliciously, discriminatively and retaliatorily in bad faith implicitly and explicitly conspired to AGREE in Mind in disguise under color of state authorities to cause Aror-Ark Ark O'Diah irreparable physical bodily injuries by MULTIPLE ASSAULTS, FALSE ARRESTS, ILLEGAL SEARCHES AND SEIZURES, ILLEGAL INDICTMENTS, MALICIOUS PROSECUTIONS, UNJUST CONVICTIONS, AND FALSE IMPRISONMENTS, BY USE OF 'INHUMANE' LIES, COVERED UP, FALSE CHILD SUPPORT AND CREDIT COLLECTIONS BY USE OF DELIBERATE MISREPRESENTATION WITH MALICIOUS INTENTS TO DISCRIMINATES AND RETALIATES TO PERMANENTLY DEFAMED BY USE OF SLANDER AND LIBEL TO BLACKBALLED, BLACKLISTED AND BLACKMAILED Aror-Ark Ark O'Diah to denied and deprived **"SUBSTANTIVE DUE PROCESS" AND EQUAL ACCESS TO COURTS** Nationwide used to denied and deprived constitutional rights to properties, liberty, freedom of movement, free speech, freedom of expression, Private Business, Housing, rent, own Business, procure LOAN. **It's no longer okay to remain in silence and inaction against judicial injustices, hates, biases, prejudices, deliberate misrepresentations, antisemitism, anti-Blackness by use of 'inhumane' lies, covered up, intimidations, harassments, and threats of irreparable harms.**

## SUPPORTING FACTS

1. Based upon newly discovered evidence on January 10, 2023, September 2, 2021 and May 7, 2021, shows that all the federal JUDGES in the United States Court of Appeals for the Second Circuit in Manhattan in New York City including Chief Judge DEBRA ANN LIVINGSTON, and all the JUDGES in the United States Court of Appeals for the Ninth Circuit in San Francisco in California, including former Chief Judge THOMAS, and all the JUDGES in the United States District Court for the Southern District of New York in Manhattan in New York City, including Judge VALERIE CAPRONI, and all the JUDGES in the United States District Court for the Eastern District of New York in Brooklyn in New York, including Judge PAMELA K. CHEN, and all the JUDGES in the United States District Court for the Northern District of California in San Francisco in California, including Judge WILLIAM H. ALSUP, and all the JUDGES in the New York State Supreme Court Appellate Division Second Department in Brooklyn in Kings in New York, including retired Judge RANDALL ENG, and all the JUDGES in the New York State Supreme Court in Kings and Queens Counties in New York, including retired Judge ARTHUR COOPERMANN discriminatively and retaliatorily AGREED in bad faith to lured late Judge SANDRA J. FEUERSTEIN and late former Chief Judge ROBERTS A. KATZMANN to write unconstitutional sanction ORDERS unconstitutionally used as JUDGE'S Self-serving unconstitutional sanction ORDER used to "INVALIDATES" and used to "TERMINATES" and used to "EVADE" and used to "SUSPEND" the United States Constitution, Laws and Statutory Provisions, but **"WITHOUT SUBSTANTIVE DUE PROCESS"** used to targeted, taunted and singled out Plaintiff Aror-Ark Ark O'Diah to prevent, deny and deprived Pro Se Plaintiff equal and meaningful ACESS to all federal and states Courts, and further used to blackballed, blacklisted and blackmailed Pro Se Plaintiff Nationwide. 

2. As a result of the unconstitutional sanction ORDER used to "INVALIDATE" and used to "TERMINATES" and used to "EVADE" and used to "SUSPEND" the United States Constitution, Laws and Statutory Provisions but **"WITHOUT SUBSTANTIVE DUE PROCESS"** were implicitly and explicitly used to lured all the above-captioned named Defendants sued in their individual and in their official capacities to AGREE in disguise under color of state authorities to enter into implicit and explicit conspiracies with federal JUDGES and States Courts JUDGES in New York and in California to AGREE to violates this Pro Se Plaintiff Aror-Ark Ark O'Diah's Civil and Human Rights by doing the following stated below:

3. All the Defendants named in this above-captioned action unconstitutionally adopted, endorsed, sanctioned, implemented and enforced the JUDGES'S self-serving unconstitutional sanction ORDER used to "INVALIDATES" and used to "TERMINATES" and used to "EVADE" and used to "SUSPEND" the United States Constitution, Laws and Statutory Provisions upon the identification of this Pro Se Plaintiff's skin color, race and national origin but **"WITHOUT SUBSTANTIVE DUE PROCESS"** solely used to prevent, deny and deprived this Pro Se Plaintiff Aror-Ark Ark O'Diah and Private Businesses Constitutional rights to rent, buy, seek Business Loans, negotiates businesses, privilege, properties, liberty, free speech, assemble, associates, immunities, Plaintiff repeatedly subjected to false arrests, illegal searches and seizures, illegal indictments, malicious prosecutions, unjust convictions, illegal sentences, false imprisonment, ASSAULTED multiple times, intimidated, harassed, subjected to threats of irreparable harms via series of attempted murder schemes in disguise under color of state authorities.

4. The Defendants acted jointly and severally and individually in their individual and official capacities in bad faith repeatedly incorrectly wrote Pro Se Plaintiff names and incorrectly published this Pro Se Plaintiff name to the General Public by malicious intent to cause this Pro Se Plaintiff's in Person and Privates business hardship but **without substantive due process.**

5. Renaissance Equity Holding LLC and OWNER and FLATBUSH GARDENS refused to rent apartment to Pro Se Plaintiff based upon the JUDGE'S self-serving unconstitutional sanction ORDER place inside many Privates and Public Businesses Establishments and upon national origin identification but **without substantive due process**.

6. United States Small Business Administration, and Small Business Administration Administrator ISABEL CASILAS GUZMAN, and New York City Regional District Director BETH GOLDBERG refused to process COVID-19 EIDL Increase Reconsideration based upon the JUDGE'S self-serving unconstitutional sanction ORDER placed inside many privates and publics businesses establishments, and upon the identification of Pro Se Plaintiff's national origin but **without substantive due process.**

7. September 11 Victim Compensation Fund Claims Processing Center Special Master AUGUST FLETJE and Operation Director KIMBERLY C. BROWN refused to process September 11 Victim Compensation claim based upon the JUDGE'S self-serving unconstitutional sanction ORDER placed inside many Privates and Publics Businesses establishments, and upon the identification of this Pro Se National Origin but **without substantive due process.**

8. Social Security Administration and Social Security Administration Commissioner DR. KILOLO KUAKAZI improperly terminated SSI Claim and retirement benefit without substantive due process based upon the JUDGE'S self-serving unconstitutional sanction ORDER.

9. The United States Postal Service Postmaster General and U.S. Postal Employees Unconstitutionally adopted, endorsed, sanctioned, implemented and enforced the JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process by unlawfully searches and seizures of this Pro Se Plaintiff's Aror-Ark Ark O'Diah's legal mails, businesses mails, religious mail and personal mails and upon the identification of Pro Se National origin.

10. Chief Judge DEBRA ANN LIVINGSTON, and all JUDGES in the United States Court of Appeals for the Second Circuit adopted, endorsed, sanctioned, implemented and enforced the self-serving unconstitutional sanction ORDER but without substantive due process used to prevent, deny and deprived this Pro Se Plaintiff's Civil and Human Rights, and denied and deprived ACCESS and meaningful ACCESS to Courts Nationwide discriminatively and retaliatorily in bad faith upon the identification of Pro Se Plaintiff's National origin.

11. Judge VALERIE CAPRONI and All JUDGES in the United States District Court for the Southern District of New York in Manhattan in New York City unconstitutionally adopted, endorsed, sanctioned, implemented, and enforced the JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process used to prevent, deny, deprived this Pro Se Plaintiff's Civil and Human Rights, and used to denied and deprived ACCESS and meaningful ACCESS to Courts Nationwide discriminatively and retaliatorily in bad faith upon the identification of Pro Se Plaintiff's national origin.

12. Judge PAMELA K. CHEN, and all JUDGES in the United States District Court for the Eastern District of New York in Brooklyn in New York unconstitutionally adopted, endorsed, sanctioned, implemented and enforced the JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily.

13. Judge WILLIAM H. ALSUP, and all JUDGES in the United States District Court for the Northern District of California in San Francisco and Oakland in California unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's national origin.

14. Former Chief Judge THOMAS, and all the JUDGES in the United States Court of Appeals for the Ninth Circuit in San Francisco in California unconstitutionally adopted, endorsed, sanction, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's national origin.

15. Retired Judge RANDALL ENG, and all JUDGES in the New York State Supreme Court Appellate Division Second Department in Brooklyn in New York unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin.

16. Retired Judge ARTHUR COOPERMAN, and all JUDGES in the New York State Supreme Court in Kings and Queens Counties in New York unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin.

17. New York City, and New York City Comptroller SCOTT M. STRINGER, and New York City Law Department Corporation Counsel Honorable SYLVIA O. HIND-RADIX, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S Self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of Pro Se Plaintiff's skin color, race and national origin, and deny and deprived Housing, and obstructed renting to Pro Se Plaintiff, and denied and deprived processing this Pro Se Plaintiff's pending claims.

18. Western Union unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of Pro Se Skin Color, race and national origin used to deny and deprived Pro Se Plaintiff's money wiring services, and thereafter, also denied and deprived this Pro Se Plaintiff's Civil and Human Rights to his refund of money WESTEN UNION fraudulently took from this Pro Se Plaintiff.

19. Gary M. Kavulich, Esq of KAVULICH & ASSOCIATES, P.C. unconstitutionally adopted, endorsed, sanctioned, implemented, and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin used to blackballed, blacklisted and blackmail money from this Pro Se Plaintiff's via RENAISSANCE EQUITY HOLDING LLC by intimidation, harassment, threats of irreparable harms by fraudulence claim against this Pro Se Plaintiff's late Spouse YONETTE ANTOINETTE GRANT.

20. AARP, and BARCLAYS /A/K/A/ BARKCLAYS BANK unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive Due Process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's Skin Color, Race and National Origin by recklessly and maliciously and callously incorrectly published this Pro Se Plaintiff name to the General Public with malicious intent to defame, slander, assassinate, and subjected Pro Se Plaintiff to irreparable injuries by libel by falsifying Pro Se Plaintiff name, and refused to make necessary correction even after this Pro Se Plaintiff repeatedly call it to the attention of AARP, and BARCLAYS /A/K/A/ BARCLAYS BANK.

21. New York State, and New York State Department of Temporary and disability Assistance, and New York State Executive Office of Crime Victim Services unconstitutionally adopted, endorsed, sanctioned, implemented and enforce JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race, national origin, by denying and depriving this Pro Se Plaintiff's Civil and Human Rights to his TAX REFUND, with FAILURE to process crime victim claim via medically deliberate indifference to this Pro Se Plaintiff's Medical Conditions following multiple ASSAULTS and INJURIES caused by criminals.

22. T – MOBILE unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race, and national origin, by breach of covenant by adding five cell lines to Pro Se Plaintiff Wireless Service without Pro Se Plaintiff's authorization by use of fraud in disguise.

23. Staples, Inc., unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin by falsely accused this Pro Se Plaintiff of Stealing Typewriter Ribbon, and subjected this Pro Se Plaintiff to FALSE ARREST and UNLAWFUL DETENTION and maliciously used to subjected this Pro Se Plaintiff to defamation, slander via libel to cause injuries to Pro Se Plaintiff Human Being Humanities via character assassination.

24. NYU Langone Health Pulmonary and Sleep MED-BKLYN and BORIS SAGALOVIC, MD, unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith by fabricating this Pro Se Plaintiff's Blood Pressure by manipulation via malicious and fraudulence schemes used to subjected this Pro Se Plaintiff to suffer STROKE and HEART ATTACKS by falsifying Pro Se Plaintiff's Blood Pressure in reckless disregard for the truth and by showing reckless disregard for the United States Constitution, Laws and Statutory Provisions upon the identification of this Pro Se Plaintiff's skin color, race and national origin.

25. World Trade Center Health Program; and CDC-NATIONAL INSTITUTTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR; and NYC HEALTH + HOSPITALS/MCKINNEY; and JAMAICA HOSPITAL MEDICAL CENTER; and DR. GLEEN J. JAKOBSEN; and DR. ZANE HOFFMANN; and LOGISTICS HEALTH INCORPORATED; and WILIAM STREET CLINIC, jointly and separately unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive

due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin used to deny and deprived the release of this Pro Se Plaintiff's medical records by obstructing the processing of this Pro Se Plaintiff's Claims at the September 11 Victim Compensation Fund Claims Processing Center. And failure to release this Pro Se Plaintiff's Medical Records by hiding this Pro Se Plaintiff Medical Records contributed to this Pro Se Plaintiff delay in health recovery, delayed of timely treatment, and causes Pro Se Plaintiff pains and suffering. Renaissance Equity Holding LLC refused to provide Apt Heat.

26. New York State and New York State Department of Correction and Community Supervision and Commissioner and Correctional Officers unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin by luring New York State Department of Correction and Community Supervision inmate ARTHUR FRAZIER to murder this Pro Se Plaintiff in their concealed attempt in disguise to deny and deprived this Pro Se Plaintiff the possibility of EXONERATION by denying and depriving this Pro Se Plaintiff ACCESS to All Courts Nationwide. Renaissance Equity Holding LLC refused to provide Hot Water.

27. JPMorgan Chase Bank, N.A.; and FedEx EXPRESS; and Optimum Cable; and CSC Holdings LLC, a Subsidiary of ALTICE USA, Inc.; and City MD Brooklyn Height; and Fulton Vision Center LLC and Owner; and Carecredit /a/k/a/ Carecredit/Synchrony Bank; and Synchrony Bank; and Brian Doubles; and Capital One Bank, N.A.; and Trans Union; and Experian; and Equifax Credit Information Services jointly and separately unconstitutionally adopted, endorsed, sanctioned,

implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin by knowingly using intimidations, harassment in disguise under color of state authorities to subjected this Pro Se Plaintiff to false credit collections, and also incorrectly reported this Pro Se Plaintiff name but refused to make correction even upon repeated appeals made by this Pro Se Plaintiff. And these Defendants deliberate Indifference and malicious acts amounted to reckless disregard for the truth and reckless disregard for the United States Constitution, Laws and Statutory Provision to cause this Pro Se Plaintiff pains and suffering, and also cause irreparable injuries to this Pro Se Plaintiff in Persons and to Privates Businesses. On the other hand, FedEx Express refused to delivered Pro Se Plaintiff's Legal Mail; and also destroyed Plaintiff's mails, and violated this Pro Se Plaintiff rights to medical Privacy by opening this Pro Se legal Mail, and actually read this Pro Se Legal Mails in systematic violations of this Pro Se Plaintiff's Civil and Human Rights to Privacy. This Pro Se Plaintiff was subjected to medically deliberate indifference by City MD Brooklyn Height and Fulton Vision Center LLC; while at the same time, Trans Union, and Experian, and Equifax were jointly incorrectly published this Pro Se Plaintiff's name to the General Public to cause this Pro Se Plaintiff hardship to rent, buy and obtain personal and Private Business Loan. On the other hand, JPMorgan Chase Bank, N.A. has been deliberately misrepresenting this Pro Se Plaintiff's name in DEBIT CARDS issued, and these omissions constituted violation of this Pro Se Plaintiff by libel, defamation, slander and by deliberate misrepresentation of this Pro Se Plaintiff's name to the General Public by assigning TWO NAMES TO this Pro Se Plaintiff without this Pro Se Plaintiff permission, consent and authorization.

28. Richard Walsh, Esq; and Alexandra E. Claus, Esq; and Amy Secter, Esq; and Darin Billig, Esq; and Curtis Jackson, Esq; and Park & Nguyen; and Steven P. Orlowski, Esq, jointly unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin to repeatedly subjected this Pro Se Plaintiff to unconstitutional hates, biases, prejudices by using 'inhumane' lies, covered up, intimidations, harassment in disguise and threats of irreparable harm to deter, coerced and silence this Pro Se Plaintiff from exercising all rights protected under the United States Constitution, Laws and Statutory Provision by denying and depriving this Pro Se Plaintiff ACCESS and meaningful ACCESS to Courts.

29. Nassau County, and Nassau County Child Support Collection Unit unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily maliciously in bad faith used to subjected this Pro Se Plaintiff to false child support arears collection, by putting lien on this Pro Se Plaintiff's Bank Checking Account to denied and deprived this Pro Se Plaintiff ACCESS to money needed to purchase Medication needed while Pro Se Plaintiff was repeatedly subjected to periodic recurring paralysis and disabilities and stroke and heart attacks.

30. New York-Presbyterian Hospital; and New York Weill Cornell Medical Center unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without due process discriminatively and retaliatorily in bad faith used to deny and deprived this Pro Se Plaintiff medical treatment while subjected to periodic recurring heart attack, stroke, pains.

31. All the JUDGES in the New York State Supreme Courts in the Counties of Kings and Queens in New York unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff's skin color, race and national origin used to denied and deprived this Pro Se Plaintiff's equal and meaningful ACCESS to New York State Courts after this Pro Se Plaintiff has been subjected to repeated false arrests, illegal searches and seizure of properties, illegal indictments, malicious discriminatory and retaliatory prosecutions, unjust convictions by use of false witnesses, fabricated testimonies with the use of unverified evidence placed in evidence in bad faith corruptly by unconstitutional use of 'TAINTED JURY' used to procured false imprisonment; and while illegally held in prison, inmate ARTHUR FRAZIER was lured and bribed to murder this Pro Se Plaintiff with malicious intents to deny and deprived this Pro Se Plaintiff the possibility of EXONERATION while JUDGES are using self-serving unconstitutional sanction ORDER to deny and deprived this Pro Se Plaintiff constitutional rights to have ACCESS to Courts to file complaint, motion and appeals to SET ASIDE, VACATE AND DECLARE NULL AND VOID unjust Convictions procured by use of false witnesses fabrications by these JUDGES showing reckless disregard for the truth and reckless disregard for the U.S. Constitution, laws and Statutory Provisions.

32. American Express; Discover; Chemours Company; and Honeywell unconstitutionally adopted, endorsed, sanctioned, implemented and enforced JUDGE'S self-serving unconstitutional sanction ORDER but without substantive due process discriminatively and retaliatorily in bad faith upon the identification of this Pro Se Plaintiff skin color, race and national origin to denied and deprived rights to negotiate business, supply good, buy.

**CLAIM #1: FIRST AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

1. Newly discovered evidence on January 10, 2023, September 21, 2022, May 7, 2021 and September 2, 2021, shows that effective from September 11, 2001, and continue to this present date, each and all of the Defendants named, implicitly and explicitly conspired with JUDGES, and POLICE OFFICERS, and HARDCORE CRIMINALS, via corrupted joint racially motivated practices in bad faith to use self-serving unconstitutional sanction Order but **without substantive due process** used to 'EVADE' the United States Constitution, Laws and Statutory provision; further used to denied and deprived Aror-Ark Ark O'Diah freedom of movement, free speech, freedom of expression, employment, housing, do business, and these omissions constituted violation of the First Amendment to the United States Constitution that cause Plaintiff physical irreparable bodily injuries, pains, suffering, loss of private businesses and loss of economic income. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #2: FOURTH AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

2. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date as ongoing, each and all the Defendants, implicitly and explicitly conspired with JUDGES, and POLICE OFFICERS, and HARDCORE CRIMINALS, but **without substantive due process** to unlawfully searched and seized Aror-Ark Ark O'Diah five Businesses Motor Vehicles worth $200,000.00 (Two hundred Thousand U.S. Dollar) and cash money in the amount of $400,000.00 (Four hundred Thousand U.S. Dollar), and unlawfully detain and use false witnesses to denied and deprived Aror-Ark Ark O'Diah due process, freedom of movement, properties, privileges, liberty, and pursues of happiness to cause Plaintiff physical bodily injuries, pains and suffering, loss of private businesses and loss of income, by fraudulent use of false child support collection, and these omissions constituted violation of the Fourth Amendment to the United States Constitution. **Relief sought is $100,000,000.00 (One hundred Million U.S. Dollar).**

## CLAIMS #3: FIFTH AMENDMENT CLAIMS AGAINST EACH AND ALL DEFENDANTS NAMED

3. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date as ongoing, all the Defendants named implicitly and explicitly conspired with JUDGES, and POLICE OFFICERS, and HARDCORE CRIMINALS, **without substantive due process** to use self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution, Laws and Statutory Provisions, and further used the same self-serving unconstitutional sanction order as unconstitutional surveillance and censorship used to targeted, taunted and singled out Aror-Ark Ark O'Diah discriminatively and retaliatorily by using 'inhumane' coercion, intimidation, harassments and threats of irreparable harms in disguise under color of state authorities to deter Aror-Ark Ark O'Diah by using 'inhumane' lies, deceit, cover up and judicial unfettered power corruptly to perpetuate racism used as terrorism used to terrorize Aror-Ark Ark O'Diah to force Aror-Ark Ark O'Diah to testify against himself for crime Aror-Ark Ark O'Diah NEVER committed by forcing Aror-Ark Ark O'Diah to admit to crime he NEVER committed; whereby, false witnesses testimonies were used to procured Aror-Ark Ark O'Diah false arrests, searches and seizures, illegal indictment, malicious prosecutions, unjust convictions, illegal sentences and false imprisonment used to denied and deprived Aror-Ark Ark O'Diah liberty, freedom, free speech, freedom of expression, properties, privileges, to cause Aror-Ark Ark O'Diah loss of private businesses, loss of income, cause physical bodily injuries, pains and suffering. And these omissions constituted violation of the Fifth Amendment to the United States Constitution.

**Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #4: SIXTH AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED

4. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date as ongoing, all the Defendants named, implicitly and explicitly conspired with JUDGES, and POLICE OFFICERS, and HARDCORE CRIMINALS, but **without substantive due process** to use self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution, Laws and Statutory Provision likened to 'ENABLER' used to denied and deprived Aror-Ark Ark O'Diah Constitutional Rights to retain Private Attorney-Lawyer of his choice; whereby, the CITY OF NEW YORK, and NEW YORK STATE OFFICIALS, and JUDGES, and POLICE OFFICERS, and HARDCORE criminals conspired to assigned INEFFECTIVE COUNSEL; and soon thereafter, the INEFFECTIVE COUNSEL was corrupted, and lured to AGREE to convict Aror-Ark Ark O'Diah in the Defendants' own systematic violation of 'CONFLICT-OF-INTEREST' by corrupt designed to prevent Aror-Ark Ark O'Diah from testifying truthfully against corrupted JUDGES, against CITY OF NEW YORK, against POLICE OFFICER and against NASSAU COUNTY, and these omissions constituted violation of the Sixth Amendment to the United States Constitution that resulted to unjust conviction, illegal sentences and false imprisonment of Aror-Ark Ark O'Diah that were further used to denied and deprived Aror-Ark Ark O'Diah, liberty, freedom, properties, privileges, opportunities, and the pursues of happiness, that further cause Aror-Ark Ark O'Diah physical bodily irreparable injuries. These omissions constituted violation of the Sixth Amendment to the United States Constitution. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollars.**

## CLAIMS #5: SEVENTH AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS

5. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date as ongoing, all the Defendants named, implicitly and explicitly conspired with JUDGES, and POLICE OFFICERS, and HARDCORE CRIMINALS **without substantive due process** to use self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution, Laws and Statutory Provisions likened to 'ENABLER' that enable United States District Court for the Eastern District of New York in Brooklyn late JUDGE SANDRA J. FEUERSTEIN to unconstitutionally influenced NEW YORK STATE SUPREME COURT JUDGE ARTHUR COOPERMANN, and JUDGE RANDALL ENG in Queen County in New York to misrepresent O'Diah to selected Members of JURY; and thereafter, corruptly instructed the JURY to convict Aror-Ark Ark O'Diah on the JUDGE'S FALSE ASSERTIONS that Aror-Ark Ark O'Diah has been a 'PAIN' to All JUDGES in the United States of America because Aror-Ark Ark O'Diah has repeatedly wrote 'JUDICIAL MISCONDUCT COMPLAINT' as a FREELANCE JOURNALIST-WHISTLEBLOWER against Federal and States Courts JUDGES. The JURY selections were 'TAINTED' by judicial biases and prejudices. And thereafter, Aror-Ark Ark O'Diah was informed by 'INEFFECTIVE COUNSEL' assigned that MANY JUDGES wants Aror-Ark Ark O'Diah convicted not because Aror-Ark Ark O'Diah committed any crime but because Aror-Ark Ark O'Diah wrote many 'JUDICIAL MISCONDUCT COMPLAINTS' against JUDGES; hence, the JUDGES conspired to use false POLICE OFFICER put on witness stand to fabricated false ASSAULT CRIMINAL CHARGES after the POLICE OFFICER had admitted that Aror-Ark Ark O'Diah NEVER assaulted him. Aror-Ark Ark O'Diah was criminally framed up, and the JURY knew or should have known but JUDGE ARTHUR COOPERMAN told the JURY to convict Aror-Ark Ark O'Diah to stop Aror-Ark Ark O'Diah from filing Civil Rights violation Claims due to false arrest, searches and seizure, illegal indictments, malicious prosecutions, unjust convictions, illegal sentences, false imprisonments, five Businesses Motor Vehicle worth $200,000.00 (Two Hundred Thousand U.S. Dollar), and $400,000.00 (Four Hundred Thousand U.S. Dollar) seized **without due process**. These omissions constituted violation of the Seventh Amendment to the United States Constitution. **$100, 000,000.00 (One Hundred Million U.S. Dollar).** **Pages 16**

## CLAIMS #6: EIGHTH AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED

6. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants named implicitly and explicitly conspired with corrupted JUDGES, POLICE OFFICERS, NASSAU COUNTY, HARDCORE CRIMINALS and LANDLORD VIA RENAISSANCE EQUITY HOLDINGS, LLC and OWNER and MANAGEMENT VIA FLATBUSH GARDENS having Office located at 3301 Foster Avenue, Brooklyn New York 11210, via corrupted joint racially motivated practices in bad faith were told that they will not be arrested, punish nor prosecuted if they can use every means possible to run Aror-Ark Ark O'Diah from the CITY OF NEW YORK; and FLATBUSH GARDEN was LURED to rely on the use of self-serving unconstitutional sanction ORDER placed inside many Privates and Publics Businesses Establishments but **without substantive due process** used to 'EVADE' the United States Constitution, Laws and Statutory Provision likened to 'ENABLER' that have enable corrupted JUDGES, POLICE OFFICERS, CITY OF NEW YORK EMPLOYEES AT THE NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT and RENAISSANCE EQUITY HOLDINGS, LLC., to subjected Aror-Ark Ark O'Diah to cruel and unusual punishment, and also used the same unlawful practices to denied renting to Aror-Ark Ark O'Diah, by filing harassment and maliciously written and worded eviction claims used to subjected Aror-Ark Ark O'Diah to cruel and unusual punishment by illegally planting BED BUGS on Aror-Ark Ark O'Diah BEDROOM, and the BEDBUGS bites and sucked Aror-Ark Ark O'Diah's Blood, and the repeated BEDBUG BITES cause Aror-Ark Ark O'Diah high blood pressure, and the high blood pressure has been repeatedly reaggravated because the CITY OF NEW YORK lured corrupted JUDGES, POLICE OFFICERS, HARDCORE CRIMINALS and LANDLORD, via RENAISSANCE EQUITY HOLDINGS, LLC, and OWNER via Management via FLATBUSH GARDENS agreed to harass Aror-Ark Ark O'Diah to coerce Aror-Ark Ark O'Diah to move from the Apartment. And these omissions constituted violation of the Eighth Amendment to the United States Constitution. The BEDBUG BITES repeatedly reaggravated Aror-Ark Ark O'Diah pre-existing medical conditions as cruel and unusual punishment created by the Defendants, and cause Aror-Ark Ark O'Diah, pains and suffering. **Reliefs sought is $100,000,000.00 (One Hundred Million Dollar).**

## **CLAIMS #7: FOURTEENTH AMENDMENT VIOLATION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

7. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all Defendants named, implicitly and explicitly conspired with late JUDGE SANDRA J. FEUERSTEIN, and JUDGE ARTHUR COOPERMAN, and JUDGE RANDALL ENG, and JUDGE PAMELA K. CHEN, and late JUDGE ROBERT A. KATZMANN to write unconstitutional sanction ORDER discriminatively and retaliatorily written in bad faith, and planted the unconstitutional sanction ORDER inside many Privates and Publics Businesses Establishments, but **without Substantive due process**; and thereafter, used it as self-serving unconstitutional sanction Order to 'EVADE' the United States Constitution, Laws and Statutory Provisions likened to 'ENABLER' that have been unconstitutionally used as unconstitutional surveillance and censorship used to obstruct justice to denied and deprived Aror-Ark Ark O'Diah ACCESS to All Courts in the United States of America, also used to denied and deprived Aror-Ark Ark O'Diah **substantive due process**, properties, liberty, privileges, civil rights, Human rights, immunities, freedom of movement, freedom of expression, employment, conduct private businesses, secure Businesses Loan, rent apartment, purchase Businesses Motor Vehicles Loans, and further used to subjected Aror-Ark Ark O'Diah to pain, suffering, loss of private businesses and loss of economic income; whereby, NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT conspired with racist JUDGES to falsely imprison Plaintiff but **without substantive due process** solely to deny Plaintiff Civil Rights; and these omissions constituted violation of the Fourteenth Amendment to the United States Constitution. **Relief sought is $100,000,000.00 (One hundred million U.S. Dollar).** **Pages 18**

**CLAIMS #8: JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIES FOR DEPRIVATION OF CONSITUTIONAL RIGHT TITLE 42 U.S.C. SECTION 1983 CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

8. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants implicitly and explicitly participated to conspired with Late JUDGE SANDRA J. FEUERSTEIN, and Late JUDGE ROBERT A. KATZMANN to write unconstitutionally worded unconstitutional sanction ORDER discriminatively and retaliatorily in bad faith, and the unconstitutional sanction Order were used as self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provisions used to denied and deprived Aror-Ark Ark O'Diah all Constitutional Rights and Human Rights but **without substantive due process.** And these omissions constituted violation of Title 42 U.S.C. Sections 1983, deprivation of rights. **Relief sought is $100,000,000.00 (One hundred million U.S. Dollar).**

**CLAIMS #9: JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIES TO OBSTRUCT JUSTICE TITLE 42 U.S.C. SECTIONS 1985 CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

9. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that Effective from September 11, 2001, and continues to this present date, all the Defendants, implicitly and explicitly participated to conspired with Late JUDGE SANDRA J. FEUERSTEIN, and Late JUDGE ROBERT A. KATZMANN to write unconstitutionally worded discriminatively and retaliatorily in bad faith unconstitutional sanction ORDER planted inside many Privates and Publics Businesses Establishments used to targeted, taunted and singled out to terrorize Aror-Ark Ark O'Diah; whereby, the unconstitutional sanction ORDER is used as self-serving

unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provisions likened to 'ENABLER' by corrupt designed used to denied and deprived Aror-Ark Ark O'Diah ACCESS to All Courts in the United States of America, but for the main time, the DEFENDANTS named, and Late JUDGE SANDRA J. FEUERSTEIN, and Late JUDGE ROBERT A. KATZMANN, and JUDGE ARTHUR COOPERMANN, and JUDGE RANDALL ENG, and JUDGE PAMELA K. CHEN, and POLICE OFFICERS, and LANDLORD via RENAISSANCE EQUITY HOLDINGS, LLC, and OWNER, and NASSAU COUNTY via FLATBUSH GARDENS and HARDCORE CRIMINALS continue to 'ASSAULTS and cause Aror-Ark Ark O'Diah irreparable physical bodily injuries, and denied and deprived ACCESS to file Civil Complaint to seek judicial redresses. Aror-Ark Ark O'Diah continue to suffer excruciating pains but the DEFENDANTS JOINTLY relied on the unconstitutional sanction ORDER used to denied Aror-Ark Ark O'Diah constitutional rights by obstruction of justices. These omissions constituted violation of the Title 42 U.S.C. Section 1985, obstruction of justice**. Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #10: FOR FAILURE TO PREVENT JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIES TO DEPRIVE CONSTITUTIONAL RIGHTS VIOLATED 42 U.S.C. SECTION 1986 CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED

10. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that Effective from September 11, 2001, the DEFENDANTS named and JUDGES participated jointly to conspired to denied and deprived Aror-Ark Ark O'Diah's Constitutional rights, and also FAILED to prevent; while, NASSAU COUNTY used fraud and violence to cause Plaintiff injuries **without substantive due process**. And these omissions constituted violation of 42 U.S.C. Section 1986.

**Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar)** **Pages 20**

## CLAIMS #11: TORT ACTION FOR FREE SPEECH VIOLATIONS OF ARTICLE 1 SECTIONS 7 AND 8 NEW YORK STATE CONSTITUTION CLAIMED AGAINST Each and ALL DEFENDANTS NAMED

11. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants with Late JUDGE SANDRA J. FEUERSTEIN, and Late JUDGE ROBERT A. KATZMANN, and JUDGE PAMELA K. CHEN, and JUDGE ARTHUR COOPERMANN, and JUDGE RANDALL ENG, and LANDLORD via RENAISSANCE EQUITY HOLDINGS, LLC, and OWNER via NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT and FLATBUSH GARDENS used fraud and violence by deceit, coercion, falsity, 'inhumane' lies, covered up, intimidation and threats via implicit corrupted practices used unconstitutionally to adopted, endorsed, sanctioned, implemented and enforced unconstitutionally written unconstitutional sanction ORDER worded discriminatively and retaliatorily in bad faith but **without substantive due process** used as self-serving unconstitutional sanction ORDER used as unconstitutional surveillance and unconstitutional censorship used to 'EVADE' the United States Constitution, Laws and Statutory Provisions; and further used as unconstitutional policies and conduct of NEW YORK CITY, and NASSAU COUNTY, and NEW YORK STATE by discriminatory design used to prevent, and used to inhibited Aror-Ark Ark O'Diah from speaking out about matters of public concern and seek remedy in the court systems. And these omissions constituted violation of Aror-Ark Ark O'Diah's right to free speech in violation of Article I Sections 7, and 8 of the New York State Constitution. And these omissions damaged Aror-Ark Ark O'Diah ability to conduct his Private Businesses, and causes business loss and loss of income. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #12: TORT FOR RETALIATION VIOLATION OF ARTICLE I SECTION 9 OF NEW YORK STATE CONSTITUTION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

12. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants and racist JUDGES, NASSAU COUNT, NEW YORK CITY, and many Privates and Publics Businesses Establishments unconstitutionally adopted, endorsed, sanctioned, implemented and enforced unconstitutional sanction ORDER unconstitutionally written discriminatively and retaliatorily in bad faith use as self-serving unconstitutional sanction Order used to 'EVADE' the United States Constitution, Laws and Statutory Provision as the policies and conduct of NEW YORK STATE constituted retaliation of the Aror-Ark Ark O'Diah as a result of Aror-Ark Ark O'Diah's Petitions for redress, in violation of Article I Section 9 of the New York State Constitution. As a result of the omissions, Aror-Ark Ark O'Diah incurred economic losses, businesses losses, pains and suffering. And **without substantive due process**. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #13: TORT FOR DEPRIVATION OF RIGHT TO EQUAL PROTECTION OF LAW VIOLATION OF ARTICLE I SECTION 11 OF NEW YORK STATE CONSTITUTION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

13. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all Defendants, and Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, AND Judge PAMELA K. CHEN, and Judge ARTHUR COOPERMANN, and Judge RANDALL ENG, and POLICE OFFICERS, and NASSAU COUNTY conspired to used self-serving unconstitutional sanctioned ORDER to

'EVADE' the United States Constitution, Laws and Statutory Provision; and further used to denied and deprived Aror-Ark Ark O'Diah equal protection because the CITY OF NEW YORK, and NASSAU COUNTY, and NEW YORK STATE OFFICIALS, and RACIST FEDERAL JUDGES have unconstitutionally adopted, endorsed, sanctioned, implemented and enforced the unconstitutional sanction ORDER as the policies and conduct of the NEW YORK STATE used to denied and deprived Aror-Ark Ark O'Diah of his right to equal protection of the laws in violation of Article I Section 11 of the New York State Constitution, as a result of these omissions, Aror-Ark Ark O'Diah continue to incurred economic damages including losses of Private Businesses, losses of income, damages to reputation, and subjected to political vendetta, pains and suffering. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #14: TORT FOR RIGHT TO BE FREE OF UNREASONABLE SEARCHES AND SEIZURES IN VIOLATION OF ARTICLE I SECTIONS 12 OF NEW YORK STATE CONSTITUTION CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

14. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants, and JUDGES, and POLICE OFFICERS, and NASSAU COUNTY participated in widespread joint implicitly and explicitly Racial conspiracies to subjected Aror-Ark Ark O'Diah to unreasonably searches and seizure of Aror-Ark Ark O'Diah Five Privates Businesses Motor Vehicles worth in value $200,000.00 (Two Hundred Thousand U.S. Dollar), plus additional seizure of $400,000.00 (Four Hundred Thousand U.S. Dollar) cash, including many other properties **without Substantive Due Process**, by use of self-serving unconstitutional sanction Order used to 'EVADE' the United States Constitution, Laws and Statutory Provision as the policies and conduct of the Defendants

Jointly violated Aror-Ark Ark O'Diah's right to be free of unreasonable searches and seizures in violation of Article I Section 12 of the New York State Constitution by false child support collection. As a result of these omissions, Aror-Ark Ark O'Diah, suffered physical bodily injuries and business losses. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #15: TORT FOR USE OF EXCESSIVE FORCE CONSTITUTED COMMON LAW BATTERY CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED

15. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, all the Defendants, and POLICE OFFICERS, and NASSAU COUNTY, and NEW YORK CITY and Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, hired many Hit Men and Hit Women planted inside many Privates and Publics Businesses Establishment via implicitly and explicitly conspiracies to participates to use self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provisions likened to 'ENABLER' that have enable HARDCORE CRIMINALS and POLICE OFFICERS and LANDLORD, via RENAISSANCE EQUITY HOLDINGS, LLC, and OWNER, NEW YORK CITY EMPLOYEES via FLATBUSH GARDENS acted in bad faith in disguise to excessively physically attacked Aror-Ark Ark O'Diah by MULTIPLE ASSAULTS to cause Aror-Ark Ark O'Diah irreparable physical bodily injuries, loss of tooth, cracked tooth, temporarily loss of eyesight, blurred vision, Burnt Skin, pains and suffering to suffered loss of private businesses and loss of income. The conduct of the CITY OF NEW YORK, and HARDCORE CRIMINALS, and NASSAU COUNTY were without Aror-Ark Ark O'Diah's consent and constituted common law battery by the use of excessive force on Aror-Ark Ark O'Diah. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).** **Pages 24**

**CLAIMS #16: TORT FOR PERSONAL VENDETTA RESULTED TO MALICIOUS PROSECUTION BY USE OF FALSE WITNESSES, FABRICATED TESTIMONIES, AND UNVERIFIED EVIDENCE BY DISCRIMINATORY AND RETALIATORY ACTS CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

16. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that Effective from September 11, 2001, and continue to this present date, all the Defendants, and POLICE OFFICERS lured HARDCORE CRIMINALS and Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI and NASSAU COUNTY, and New York City Comptroller SCOTT M. STRINGER, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT and LANDLORD via RENAISSANCE EQUITY HOLDINGS, LLC and OWNER via NEW YORK STATE and FLATBUSH GARDENS jointly participated in widespread implicit and explicit conspiracies to maliciously use self-serving unconstitutional sanction ORDER as policies used to 'EVADE' the United States Constitution, Laws and Statutory Provisions to subjected Aror-Ark Ark O'Diah to vendetta malicious prosecution to cause Aror-Ark Ark O'Diah irreparable physical ASSAULTS bodily injuries, and **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #17: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

17. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date as ongoing, all the Defendants, and CITY OF NEW YORK COMPTROLLER SCOTT M. STRINGER, in disguise implicitly and explicitly conspired to lured Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and POLICE OFFICERS, and Judge ARTHUR

COOPERMANN, and Judge RANDALL ENG, and NASSAU COUNTY, and LANDLORDS and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT via RENAISSANCE EQUITY HOLDINGS, LLC and OWNER via MANAGEMENT FLATBUSH GARDENS and many HARDCORE CRIMINAL planted inside many Private and Publics Businesses Establishments to Agree in mind to subjected Aror-Ark Ark O'Diah to multiple harassment, false arrests, detention, and assaulted to cause irreparable physical bodily injuries; and thereafter, used self-serving unconstitutional sanction ORDER **without substantive due process** were used to 'EVADE' the United States Constitution, Laws and Statutory Provision likened to 'ENABLER' used to denied and deprived Aror-Ark Ark O'Diah ACCESS to Courts Nationwide to seek judicial redress while Aror-Ark Ark O'Diah was repeatedly denied and deprived ACCESS to Healthcare while subjected to pains and suffering causing Aror-Ark Ark O'Diah hopelessness and helplessness while subjected to excruciating pains, private businesses losses, losses of economic income, denied rental, denied business loan, denied properties, denied freedom of movement, denied ACCESS to Courts, denied free speech. And these omissions constituted violation of Human Rights cause intentional infliction of emotional distress. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #18: TORT FOR IRREPABLE PHYSICAL BODILY INJURY AGAINST EACH AND ALL DEFENDANTS NAMED

18. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective September 11, 2001, and continue to this present date, All the Defendants, and NASSAU COUNTY lured HARDCORE CRIMINALS, CITY OF NEW YORK via RENAISSANCE EQUITY HOLDINGS, LLC, and OWNER, and FLATBUSH GARDEN and JUDGES in disguise to implicitly and

explicitly conspired to subjected Aror-Ark Ark O'Diah to multiple ASSAULTS by physical attacks to cause physical bodily injuries by pouring hazardous chemical reagent over Aror-Ark Ark O'Diah whole Bodies, and physically struck and knocked down and briefly unconscious, loss eyesight, and the injuries resulted to temporary DISABILITY, loss income, and loss businesses. And Aror-Ark Ark O'Diah suffered under excruciating pains without any help. And **without Substantive due process.** **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #19: FOR VIOLATION OF CIVIL RIGHT BY FALSE ARRESTS CLAIMED AGAINST EACH AND ALL THE DEFENDANTS NAMED

19. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continues to this present date, All the Defendants, and CITY OF NEW YORK COMPTROLLER SCOTT M. STRINGER, and POLICE OFFICERS, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS, and JUDGES, and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS, and U.S. SMALL BUSINESS ADMINISTRATION ADMINISTRATOR IN NEW YORK REGIONAL DISTRICT DIRECTOR'S SUBORDINATES EMPLOYEES, and HARDCORE CRIMINALS in disguise implicitly and explicitly conspired to subjected Aror-Ark Ark O'Diah to multiple false arrests, searches and seizures **without probable cause**, and denied and deprived Aror-Ark Ark O'Diah freedom of movement, liberty, properties, privileges, association, assemble, and cause Aror-Ark Ark O'Diah fears, worries, emotional distresses, mental torture, loss of businesses, loss of earning, trauma and the posttraumatic effect still persist. And **without substantive due process**. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #20: FOR VIOLATION OF CIVIL RIGHTS BY UNJUST CONVICTION BY USE OF FALSE WITNESS, FABRICATED TESTIMONIES AND FALSE POLICE REPORTS CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

20. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date, All the Defendants, and CITY OF NEW YORK COMPTROLLER SCOTT M. STRINGER, and POLICE OFFICERS, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS, and JUDGES, and NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS, and U.S. SMALL BUSINESS ADMINISTRATION ADMINISTRATOR'S IN NEW YORK CITY REGIONAL DISTRICT DIRECTOR'S SUBORDINATES EMPLOYEES lured HARDCORE CRIMINALS, and WORLD TRADE CENTER HEALTHCARE PROGRAM DIRECTOR AND COORDINATORS, and SEPTEMBER 11, 2001 VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER SPECIAL MASTER and OPERATION DIRECTORS in disguise entered into implicit and explicit conspiracies to subjected Aror-Ark Ark O'Diah to multiple false arrests, searches and seizures; and thereafter, the Defendants jointly callously, falsely and deliberately misrepresented Plaintiff by slanderously and libelously identified him to be a **'TERRORIST' without probably cause** but solely to defame and assassinated Aror-Ark Ark O'Diah by paying false witnesses to fabricated testimonies via false police reports used to subjected Aror-Ark Ark O'Diah to malicious prosecution and unjust conviction, but newly discovered evidences shows that Aror-Ark Ark O'Diah was criminally framed up in retaliation because Aror-Ark Ark O'Diah wrote JUDICIAL MISCONDUCT COMPLAINT against JUDGES. And **denied him substantive due process**. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar). Pages 28**

**CLAIMS #21: FOR VIOLATION OF CIVIL RIGHTS BY FALSE IMPRISONMENT BY USE OF FALSE WITNESSES AND FABRICATED TESTIMONIES AGAINST EACH AND ALL DEFENDANTS NAMED PARTICIPATED AND FAILED TO PREVENT**

21. Newly discovered evidence on January 10, 2023, and September 21, 2022, shows that effective from September 11, 2001, and continue to this present date, All the Defendants, and CITY OF NEW YORK COMPTROLLER SCOTT M. STRINGER, and POLICE OFFICERS, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS, and JUDGES, and NASSAU COUNTY, via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS, and U.S. SMALL BUSINESS ADMINISTRATION ADMINISRTATOR'S IN NEW YORK REGIONAL DISTRICT DIRECTOR'S SUBORDINATES EMPLOYEES lured HARDCORE CRIMINALS, and WORLD TRADE CENTER HEALTH CARE PROGRAM DIRECTOR AND COORDINATORS, and SEPTEMBER 11, 2001 VICTIM COMPENSATION FUND SPECIAL MASTER, and OPERATION DIRECTOR, and UNITED STATES POSTAL SERVICE, and FedEx EXPRESS, and CAPITAL ONE BANK, N.A., and OPTIMUM CABLE TV, and SYNCHRONY BANK, and CARECREDIT/SYNCHRONY BANK, and BRIAN DOUBLES, jointly acted in bad faith in disguise via implicit and explicit conspiracies to subjected Aror-Ark Ark O'Diah to multiple false arrests, searches and seizures, and falsely deliberately misrepresented Aror-Ark Ark O'Diah by slanderously and libelously stated and asserted that Aror-Ark Ark O'Diah is a **'TERRORIST' without probable cause**. And Aror-Ark Ark O'Diah was maliciously prosecuted and unjustly convicted by use of false witnesses known to be false used to subjected to seven years imprisonment on false criminal charges that alleged that Aror-Ark Ark O'Diah ASSAULTED PORT AUTHORITY POLICE OFFICER whom Aror-Ark Ark O'Diah did not know, never met, never have

any direct and indirect physical and verbal contact; but thereafter, Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN were lured to write unconstitutional sanction ORDER planted inside many Privates and Publics Businesses Establishment including All Federal and States Courts Nationwide, and further used the ORDER as racist Judge's self-serving unconstitutional sanction ORDER corrupted racist JUDGES used to 'EVADE' the United States Constitution, Laws and Statutory Provision that were further used to denied and deprived Aror-Ark Ark O'Diah all Constitutional Rights to file complaint and to take appeals that helped corrupted racist JUDGES and CITY OF NEW YORK and NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT to hide racism used as terrorism used to terrorize Aror-Ark Ark O'Diah, and further used to subjected Aror-Ark Ark O'Diah to seven years false imprisonment for crime Aror-Ark Ark O'Diah NEVER committed. Aror-Ark Ark O'Diah was sitting inside his Private Businesses SUV TOYOTA MOTOR VEHICLE properly parked in front of DELTA AIRLINE ARRIVAL TERMINAL AT JFK INTERNATIONAL AIRPORT IN JAMAICA IN QUEEN IN NEW YORK when Aror-Ark Ark O'Diah was falsely arrested, maliciously prosecuted and subjected to false imprisonment. Newly discovered evidence shows that Aror-Ark Ark O'Diah was criminally framed up by NASSAU COUNTY and JUDGES and NEW YORK STATE OFFICIALS because Aror-Ark Ark O'Diah filed JUDICIAL MISCONDUCT COMPLAINT against federal and States JUDGSE while Aror-Ark Ark O'Diah was performing his job as a FREELANCE JOURNALIST-WHISTLEBLOWER. Aror-Ark Ark O'Diah became legally disable, denied and deprived all Civil and Human Rights upon the identification of Aror-Ark Ark O'Diah's skin color, race, national origin and for his exercises of freedom of expression and free speech. And **denied substantive due process**. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).** **Pages 30**

**CLAIMS #22: COMPENSATORY DAMAGES FOR PERSONAL INJURIES LOSS OF TOOTH, CRACKED TOOTH, BURNT SKIN, AND SCARS OF BURNT ALL OVER SKIN CLAIMS AGAINST EACH AND ALL DEFENDANTS NAMED.**

22. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for personal physical bodily injuries. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #23: FOR COMPENSATORY DAMAGES FOR MEDICAL EXPENSES CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

23. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for past, present and future medical expenses. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #24: FOR COMPENSATORY DAMAGES FOR PROPERTIES UNLAWFULLY SEARCHED AND SEIZED WITHOUT DUE PROCESS CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

24. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for properties unlawfully searched and seized **without substantive due process**. In pursues of false and fraudulence child support collection NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT ENFORCEMENT UNIT used 'inhumane' lies to lured a SCAMMER by FRAUD to unlawfully seized Plaintiff's properties. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #25: FOR LOSS OF INCOME CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

25. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for 22-years reliefs for loss of 22-years income. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #26: FOR PRIVATE BUSINESSES LOSSES AND DAMAGES AGAINST EACH AND ALL THE DEFENDANTS NAMED**

26. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for relief for Private Businesses losses and Damages. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #27: FOR PAINS AND SUFFERING CLAIMED AGAINST EACH AND ALL THE DEFENDANTS NAMED**

27. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for past, present and future pains and suffering. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).** NASSAU COUNTY and NEW YORK CITY and NEW YORK STATE seized Plaintiff's Five Private Businesses Motor Vehicles and $400,000.00 cash but **without due process.**

**CLAIMS #28: FOR LOSS OF CONSORTIUM-LOSS TOOTH AND BLURRED EYE-SIGHT CLAIMED AGAINST EACH AND ALL THE DEFENDANTS NAMED**

28. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for consortium-loss of tooth and blurred eye-sight. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #29: FOR LOSS OF OPPORTUNITY-EMPLOYMENT, BUSINESS LOAN, U.S. SMALL BUSINESS ADMINISTRATION COVID-19 (EIDL) DISASTER LOAN CLAIMED AGAINST EACH AND ALL THE DEFENDANTS NAMED**

29. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for loss of opportunity-employment, businesses loan, U.S. Small Business Administration Covid-19 (EIDL) denied because ALL DEFENDANTS participated in disguise to show reckless disregard for the truth, and shows reckless disregard for the U.S. Constitution, Laws and Statutory Provision via

blackballing, and blacklisting of Aror-Ark Ark O'Diah, and his Private Businesses to many PRIVATES AND PUBLICS BUSINESSES ESTABLISHMENT in disguise via maliciously acts in bad faith. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #30: FOR LOSS OF PRIVILEGE AND RIGHTS TO HOUSING DUE TO UNEQUAL AND INHUMANE MISTREATMENT TO CAUSE HUMILIATIONS, EMBARRASSMENT AND HIGH BLOOD PRESSURE AND ANXIETIES CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED

30. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for loss of privileges and rights to Housing due to unequal and 'inhumane' mistreatment to cause Aror-Ark Ark O'Diah humiliations, embarrassments, anxieties, emotional distress and high blood pressure. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #31: FOR DENIAL AND DEPRIVATION OF RIGHT TO RENT ACCOMMODATION OF CHOICE BY BLACKBALLED AND BLACKLISTED AND CLAIMS AGAINST EACH AND ALL DEFENDANTS NAMED

31. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for denial and Deprivations of rights to rent accommodation, to take business loan, to conduct businesses, to exercise freedom of movement, to own properties, because NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE and all the DEFENDANTS named used 'inhumane' lies, covered up, blackmailing, blacklisting and blackballing to denied and deprived this Plaintiff the pursues of happiness by the DEFENDANTS jointly knowingly used false witnesses to fabricated false ASSAULT criminal charges used to kidnapped Plaintiff into prison for crime Plaintiff never committed. And **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #32: FOR DEFAMATION BY SLANDEROUS AND BY LIBELOUS INJURIES WHEN PLAINTIFF WAS MALICIOUSLY LABELLED A "TERRORIST" AND CLAIM AGAINST EACH AND ALL DEFENDANTS FOR FAILURE TO PREVENT**

32. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for defamation by slander and libel when unconstitutionally labelled a "TERRORIST" used to denied and deprived healthcare, freedom of movement, rent, accommodation, do businesses, Banking, Loan and SBA Loans and grants. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #33: FOR PHYSICALLY ASSAULTED TO CAUSE IRREPARABLE INJURIES LOSS OF TOOTH, CRAKED TOOTH AND TEMPORARY LOSS OF EYE VISION AND BLURRED EYE-SIGHT CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED FOR FAILURE TO PREVENT**

33. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for physical assault to cause Plaintiff irreparable injuries, including loss tooth, cracked tooth and temporary loss of eyesight, eye vision and blurred eye-sights. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #34: FOR BLACKBALLED, BLACKMAILED AND BLACKLISTED TO MANY PRIVATES AND PUBLICS BUSINESSES ESTABLISHMENTS RESULTED TO DENIED LENDING, DENIED LOANS, AND DENIED BUSNESSES ASSOCIATION AND DENIED SUPPLIES OF GOODS, AND CLAIM AGAINST EACH AND ALL DEFENDANTS NAMED**

34. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for damages caused by blackballing, blackmailing and blacklisting O'Diah and O'Diah's private businesses to many Privates and Publics Businesses Establishments, resulted to denied rent, lending, business loans, and denied businesses associations and denied supplies of merchandise goods and produced and products. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #35: FOR FRAUD IN DISGUISE CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

35. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for the omissions that amounted to fraud in disguise by using corrupted practices to unconstitutionally unduly influenced JUDGES to use self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution, Laws and Statutory Provision solely used to denied and deprived EQUAL ACCESS to the Courts, equal protection via unfairness that amounted to unequal justice by fraudulence schemes. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

**CLAIMS #36: FOR INTENTIONAL RACIAL DISCRIMINATION AGAINST EACH AND ALL DEFENDANTS NAMED FOR FAILURE TO PREVENT**

36. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for INTENTIONAL RACIAL DISCRIMINATION that resulted to disparages disparity 'inhumane' treatment by use of racial slurs and unconstitutional use of self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provision to procured unfair advantage to secure unequal access to Courts used to denied Aror-Ark Ark O'Diah equal protection and access to Courts upon the identification of skin color, race and national origin. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).** Because all the Defendants implicitly and explicitly jointly conspired to subjected this Pro Se Plaintiff to 'inhumane' mistreatment by acting in bad faith. NO HEAT INSIDE PLAINTIFF'S APARTMENT. NO HOT WATER INSIDE PLAINTIFF'S APARTMENT. AND FOR MORE THAN FIVE YEARS, THE APARTMENT OCCUPIED BY THIS Pro Se Plaintiff has been filled with vicious BED BUG and ROACHES and RATS that terrorize Pro Se Plaintiff both day and nights.

## CLAIMS #37: FOR INTENTIONAL RACIAL RETALIATIONS AGAINST EACH AND ALL DEFENDANTS NAMED FOR FAILURE TO PREVENT

37. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for the omissions that amounted to INTENTIONAL RACIAL RETALIATION upon the identification of skin color, race, national origin by Defendants jointly using unconstitutional self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provision by retaliatory acts in bad faith because Aror-Ark Ark O'Diah exercise his freedom of expression, free speech to file civil rights action against ALL THE DEFENDANTS; whereby, NASSAU COUNTY via RENAISSANCE EQUITY HOLDINGS, LLC, and FLATBUSH GARDENS, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT colluded in disguise to jointly denied renting, and instigated unconstitutional eviction by joint racially motivated retaliatory acts in bad faith. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #38: FOR SHOWING RECKLESS DISREGARD FOR THE TRUTH, AND FOR SHOWING RECKLESS DISREGARD FOR THE UNITED STATES CONSTITUTION, LAWS AND STATUTORY PROVISIONS UPON THE IDENTIFICATION OF NATIONAL ORIGIN INVOKED USCA CONST. AMENDMENTS 1, 4, 5, 6, 7, 8, AND 14; TITLE 42 U.S.C. SECTIONS 1983, 1985 AND 1986; AND FEDERAL CIVIL RIGHTS ACTS OF 1866 AND 1964 VIOLATED. AND CLAIMS AGAINST EACH AND ALL DEFENDANTS

38. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for the omissions that amounted to reckless disregard for the truth, and reckless disregard for the United States Constitution by using self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provision in bad faith in disguise attempt to secured unfairness in the Courts upon the identification of skin color, race and national origin. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar against all Defendants.**

**CLAIMS #39: FOR JOINT RACIALLY MOTIVATED MEDICALLY DELIBERATE INDIFFERENCE CLAIMED AGAINST EACH AND ALL DEFENDANTS NAMED**

39. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for the omissions that amounted to joint racially motivated medically deliberate indifference; whereby, Aror-Ark Ark O'Diah was being unconstitutionally enrolled into Medicare and Medicaid without Aror-Ark Ark O'Diah consent but done in reckless disregard for Aror-Ark Ark O'Diah rights to PRIVACY; and whereby, Aror-Ark Ark O'Diah was maliciously and deliberately misrepresented to MEDICAL DOCTORS AND HEALTHCARE PROVIDERS via libel, and slander with malicious intent to defame and to cause Aror-Ark Ark O'Diah threats of irreparable harm via medically deliberate indifference treatment in disparage disparity. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against all Defendants named.**

**CLAIMS #40: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT INTERFERENCE VIA CONSPIRACIES IN BAD FAITH VIOLATED RIGHT TO PRIVACY IN HEALTHCARE ENROLLMENT WITHOUT CONSENT AGAINST EACH DEFENDANT**

40. Wherefore, I, AROR-ARK ARK O'DIAH, hereby demand for reliefs for the omissions that amounted to joint racially motivated implicit and explicit interferences via systematic violation of rights to PRIVACY in healthcare MEDICARE and MEDICAID enrollment without Plaintiff consent and authorization, because Aror-Ark Ark O'Diah was NEVER a MEDICARE and MEDICAID Recipient, and there was no time nor day did Aror-Ark Ark O'Diah ever granted permission and authorization to be enrolled, but Aror-Ark Ark O'Diah was shocked in dismal, and was humiliated and embarrassed to learnt that his name was been forwarded to

MEDICARE and MEDICAID without consent. Plaintiff Aror-Ark Ark O'Diah, hereby demand that his name and his personal information should be REMOVE, and should have NEVER been given to MEDICARE and to MEDICAID. Plaintiff is not interested in receiving MEDICARE and Medicaid. And any concealed attempt to submit Plaintiff's name and Plaintiff's personal information to MEDICARE and to MEDICAID amounted to the violations of my PRIVACY RIGHTS. And these omissions constituted violation of Plaintiff's PRIVACY RIGHTS. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against all Defendants named**

## CLAIMS #41: FOR JOINT RACIALLY MOTIVATED IMPLICIT EXPLICIT CONSPIRACY BY INTIMIDATION, RELIEF SOUTH $100,000,000.00 AGAINST EACH DEFENDANT

41. Newly discovered evidence on January 10, 2023, September 21, 2022, August 30, 2022, December 6, 2021, May 7, 2021, and September 2, 2021, shows that effective from September 11, 2001, and continue to this present date, THE CITY OF NEW YORK, and CITY OF NEW YORK COMPTROLLER SCOTT M. STRINGER, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS, NASSAU COUNTY, RENAISSANCE EQUITY HOLDINGS, LLC, and FLATBUSH GARDENS MANAGEMENT, and MANY HEALTHCARE PROVIDERS, and CITY MD BROOKLYN HEIGHT, and JAMAICA HOSPITAL MEDICAL CENTER, and NEW YORK PRESBYTERIAN HOSPITAL, and NYC HEALTH + HOSPITALS/MCKINNEY, and FLATBUSH GARDENS SECURITY AND OWNER, and CAPITAL ONE BANK, N.A., and SYNCHRONY BANK, N.A., and CARECREDIT/SYNCHRONY BANK, and BRIAN DOUBLES, and JUDGES, and NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and SEPTEMBER 11, 2001 VICTIM COMPENSATION FUND SPECIAL MASTER AND OPERATION DIRECTOR, and WORLD TRADE CENTER HEALTH PROGRAM

DIRECTOR AND COORDINATOR, and JPMORGAN CHASE BANK, N.A., AND STAPLE STORES, AND NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN AND BORIS SAGALOVICH, MD, and NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND CUMMUNITY SUPERVISION, and LOGISTIC HEALTH INCORPORATION, and WILLIAM STREET CLINIC, and UNITED STATES POSTAL SERVICE, and FULTON VISION CENTER, LLC, and OPTIMUM CABLE TV, and CSC HOLDINGS, LLC, A SUBSIDIARY OF ALTICE USA, INC., and LATE JUDGE SANDRA J. FEUERSTEIN, and LATE JUDGE ROBERT A. KATZMANN, and JUDGE PAMELA K. CHEN, and JUDGE ARTHUR COOPERMANN, and JUDGE RANDALL ENG, and STATE OF NEW YORK, and UNITED STATES DEPARTMENT OF SOCIAL SECURITY ADMINISTRATION, and JUDGE DEBRA ANN LIVINGSTON, and JUDGE VALERIE CAPRONI, and STATE OF NEW YORK EXECUTIVE DEPARTMENT OF VICTIM SERVICES, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and U.S. SMALL BUSINESS ADMINISTRATION ADMINISTRATOR, and SBA NYC REGIONAL DISTRICT DIRECTOR'S SUBORDINATE EMPLOYEES, and FedEx EXPRESS and MANY HARDCORE CRIMINALS planted inside many Privates and Publics Businesses Establishment in disguise under color of State Authorities implicitly and explicitly conspired to subjected Aror-Ark Ark O'Diah to intimidation whereby Aror-Ark Ark O'Diah was subjected to multiple false arrests, detentions, illegal searches and seizures, illegal indictment by use of false witnesses and fabricated testimonies, maliciously prosecuted, unjustly convicted, illegally sentenced to SEVEN YEARS FALSE IMPRISONMENT while Judge ARTHUR COOPERMANN and Judge RANDALL ENG said that Aror-Ark Ark O'Diah is "a pain to All Judges in the United States of America because Aror-Ark Ark O'Diah keep writing judicial misconduct complaint;" and thereafter, Late

Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN were unduly influenced to write unconstitutional sanction ORDER used by JUDGES as self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provisions to prevent, deny and deprive Aror-Ark Ark O'Diah from filing complaint, grievance, and take appeals. Of course, Aror-Ark Ark O'Diah was sitting inside his Private Businesses SUV TOYOTA MOTOR VEHICLE properly parked in front of DELTA AIRLINE ARRIVAL TERMINAL at JFK INT'L AIRPORT when he was falsely arrested, ASSAULTED, SUBJECT TO IRREPARABLE INJURIES.

## CLAIMS #42: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIESS BY THREATS OF IRREPARABLE HARMS CLAIM AGAINST EACH AND ALL DEFENDANT

42. AROR-ARK ARK O'DIAH incorporates all the pleadings and statement and claims From covered pages (i) starting from paragraph number (I) through paragraphs numbered-forty-One on pages numbered-thirty-nine into this paragraph numbered forty-two as if they were pleaded and claims stated in this paragraph numbered-forty-two on this page numbered-forty. And states as follows: that based upon newly discovered evidence on January 10, 2023, September 21, 2022 shows that effective from September 11, 2001, and continues to this present date, All the Defendants and MANY OF ITS EMPLOYEES acting in bad faith jointly conspired with all the Defendants named in New York State Supreme Court in Kings County including All the Defendants named in this Federal Civil Action jointly subjected Aror-Ark Ark O'Diah to the threats of irreparable harms; whereby, Aror-Ark Ark O'Diah suffered under 'inhumane' ASSAULT, AND AS RESULT OF THE ASSAULT LOSS TOOTH, BROKEN TOOTH, CRACKED TOOTH, LOSS VISION AND LOSS EYESIGHT TEMPORARILY, AND SUFFERED PAINS

FROM BURNT SKIN DUE TO MALICIOUSLY PHYSICALLY ASSAULTS AND HAZARDOUS CHEMICALS REAGENT POURED ALL OVER PLAINTIFF'S BODILY BY ASSAULTER. And BEDBUG was poured on Aror-Ark Ark O'Diah's Bed after Aror-Ark Ark O'Diah fell asleep, and the BEDBUG Bites resulted to fear of irreparable harm because the BEDBUGS BITES has contributed to Aror-Ark Ark O'Diah's Blood abnormality, and high blood pressure that has resulted to periodic recurring physical paralysis, mental torture, strokes, heart attacks, emotional distress, worries, anxieties, pains, suffering, loss of businesses, and loss of income. And Aror-Ark Ark O'Diah filed complaint before the NEW YORK CITY COMMISSION ON HUMAN RIGHTS But the NEW YORK CITY COMMISSIONER ON COMMISSION FOR HUMAN RIGHTS EXPRESSES CONFLICT-OF-INTEREST on the assertion that the CITY OF NEW YORK and JUDGES are participant in reckless disregard to Aror-Ark Ark O'Diah's rights to be free from repeated threats of irreparable harms. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar).**

## CLAIMS #43: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT HARASSMSNT IN DISGUISE, RELIEF SOUGHT HUNDRED MILLION U.S. DOLLAR

43. Aror-Ark Ark O'Diah, hereby incorporated all the statement of claims on pages Numbered (i) starting from paragraph numbered-(I) through paragraph numbered-Forty-two above on this paragraph numbered-Forty-three as if they were plead in this page; and states that Newly discovered evidence on January 10, 2023, shows that effective from September 11, 2001, and continue to this present date that All the Defendants participated in joint implicit and explicit conspiracies to harassed Aror-Ark Ark O'Diah to coerced Aror-Ark Ark O'Diah to give up the exercises of his Civil Right and Human Right. **Relief sought is: $100,000,000.00 against Each and All Defendants named.**

## CLAIMS #44: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIES VIA DEPRIVATION OF CONSTITUTIONAL RIGHTS UPON THE IDENTIFICATION OF SKIN COLOR, RACE AND NATIONAL ORIGIN

44. Plaintiff AROR-ARK ARK O'DIAH, hereby incorporate all the statement of claims on pages numbered-(i) starting from paragraph numbered-Introduction through paragraph numbered-Forty-Three above as if they were stated and pleaded in this paragraph numbered-Forty-four, and states the following in addition: Newly discovered evidence on January 10, 2023, shows that effective from September 11, 2001, continue to this present date, NASSAU COUNTY implicitly and explicitly conspired unconstitutionally with late Judge SANDRA J, FEUSERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI, and Judge DEBRA ANN LIVINGSTON and many of the Defendants named in this above-captioned action to lured these JUDGES to write unconstitutional sanction Order in bad faith discriminatively and retaliatorily **without substantive due process**, and the unconstitutional sanction ORDER was planted inside many Privates and Publics Businesses Establishments. The unconstitutional sanction ORDER was used by THE CITY OF NEW YORK, and JUDGES, and the DEFENDANTS as self-serving unconstitutional sanction ORDER used to 'EVADE' the United States Constitution, Laws and Statutory Provision callously to prevent, deny and deprived Aror-Ark Ark O'Diah exercises of his Constitutional Rights to seek judicial readdress, and also used as unconstitutional surveillances and censorship used to blackballed, blacklisted, blackmailed, harass, threatened, intimidated, deny and deprived freedom of movement, freedom of association, freedom of expression, freedom of speech, freedom of assembly, liberty, property, conduct private business, denied and deprived ACCESS to Courts Nationwide

upon the identification of Aror-Ark Ark O'Diah's race, skin color, national origin and in retaliation because Aror-Ark Ark O'Diah filed grievances petition via judicial misconduct complaint, and the unconstitutional sanction ORDER was used libelously and slanderously to defame and assassinated Aror-Ark Ark O'Diah in person, reputation, character, businesses, and was also used to deny and deprived the ability and capability to conduct privates businesses, and these omissions constituted violation of Aror-Ark Ark O'Diah's deprivation of Constitutional rights; more so, after Aror-Ark Ark O'Diah was subjected to multiple false arrests, illegal searches and seizures, illegal indictment by use of false witnesses and fabricated testimonies, and unverified evidence via malicious prosecutions, unjust convictions, illegal sentences and seven years false imprisonment **without probable cause** but by discriminatory and retaliatory acts in bad faith **without substantive due process**. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) claims against Each and All Defendants named**

## CLAIMS #45: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT CONSPIRACIES TO DENIED AND DEPRIVED EQUAL ACCESS TO COURTS, AND USE OF SELF-SERVING UNCONSTITUTIONAL SANCTION

45. AROR-ARK ARK O'DIAH, incorporates all the statements of claims stated on page labelled-(i) starting from paragraph labelled-(I) through paragraphs numbered-forty-four above through page numbered-forty-three as if they were pleaded, and stated in this paragraph numbered-forty-five, and states the following in addition: Newly discovered evidence on January 10, 2023, and continue to this present date shows that effective from September 11, 2001, and continues thereafter, NASSUA COUNTY and CITY OF NEW YORK and EMPLOYEES in

disguise under color of State Authorities implicitly and explicitly conspired with MANY JUDGES; whereby, Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI, and Chief Judge DEBRA ANN LIVINGSTON, and Retire State Court Judge ARTHUR COOPERMAN, and Judge RANDALL ENG, unconstitutionally discriminatively and retaliatorily in bad faith AGREE to adopt, endorsed, sanctioned, implemented and enforced unconstitutionally written unconstitutional sanction ORDER in bad faith **without Substantive due process** and used the unconstitutional sanction Order as self-serving unconstitutional sanction ORDER planted inside many Privates and Publics Businesses Establishments and unconstitutionally used to 'EVADE' the United States Constitution, Laws and Statutory Provision to prevent, deny and deprived Aror-Ark Ark O'Diah ACCESS to All Courts in the United States of America Nationwide but after Aror-Ark Ark O'Diah was subjected to multiple false arrests, searches and seizures, illegal indictments, malicious prosecution, unjust convictions, illegal sentences and seven years false imprisonment **without substantive due proves;** whereby, Aror-Ark Ark O'Diah has been denied and deprived his properties, CASH MONEY, liberty, freedom of expression, assemble, association, life, pursues of happiness, rental, businesses loans, assaulted; whereby, Aror-Ark Ark O'Diah and Privates Businesses were blackballed, blacklisted, blackmailed and placed on unconstitutional surveillances and Censorship by the use of the unconstitutional sanction ORDER used libelously and slanderously to defamed Aror-Ark Ark O'Diah to damaged Aror-Ark Ark O'Diah in person and Businesses. **And relief sought is: $100,000,000.00 (One Hundred Million U.S. Dollar) against Each and All Defendants named. Because Chemour Company and Honeywell denied Plaintiff businesses.**

## CLAIMS #46: FOR JOINT RACIALLY MOTIVATED IMPLICIT AND EXPLICIT SYSTEMATIC ATTEMPTED TO RETALIATES, DISCRIMINATES, BY EXTORTION, AND BY ACTUAL EXTORTION VIA COURTS FILING FEE, AND OVER-CHARGES OF RENTAL VIA DELIBERATE MISREPRESENTATION

46. AROR-ARK ARK O'DIAH, hereby incorporate all the statements of claims on pages labelled-(i) starting from paragraphs labelled-(I) through paragraphs numbered-Forty-Five on page numbered-forty-Four as if they were stated and pleaded in this paragraph numbered-Forty-Six, and states the following in addition: Newly discovered evidence on January 10, 2023, and continues thereafter shows that effective from September 11, 2001, and continues thereafter, THE CITY OF NEW YORK AND NASSAU COUNTY in disguise under color of State Authorities acted in bad faith via widespread joint racially motivated implicit and explicit conspiracies to actually conspired to influenced NEW YORK STATE via LANDLORDS that Aror-Ark Ark O'Diah is a "TERRORIST" and told LANDLORDS that Aror-Ark Ark O'Diah has been prevented, denied and deprived all constitutional and statutory rights to file any complaint in the United States of America by the unconstitutional use of the self-serving unconstitutional sanction ORDER planted in All Courts, and inside many Privates and Publics Businesses Establishments; and as result, the CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT tell LANDLORD via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS and NASSAU COUNTY and All the Defendants named in this above-captioned Civil Action to subjected Aror-Ark Ark O'Diah to become multiple victims of EXTORTION, OVER-CHARGES OF RENTAL, COURTS CHARGES **WITHOUT DUE PROCESS,** and also subjected to deliberate misrepresentation. And these omissions constituted violation of

Aror-Ark Ark O'Diah rights to be free from EXTORTION, COURTS FILING FEE OVER-CHARGES, RENTAL OVER-CHARGES, and repeatedly subjected Aror-Ark Ark O'Diah to unconstitutional eviction proceedings initiated by use of EXTORTION INTENT, OVER-CHARGES, BLACKBALLING, BLACKMAILLING, BLACKLISTING, COURTS FILING FEES OVER-CHARGED, via deliberate misrepresentation to cause Aror-Ark Ark O'Diah pains and suffering. **And Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against Each and all Defendants named**

## CLAIMS #47: FOR VIOLATION OF WHISTLEBLOWER PROTECTION ACT BY DISCRIMINATION, RETALIATION, LIBELOUS ACTS IN BAD FAITH

47. AROR-ARK ARK O'DIAH, hereby incorporates all statements of claims on pages labelled-(i) starting from paragraphs labelled-(I) through Paragraphs numbered-forty-Six on Page numbered-forty-Five above as if they were stated and pleaded in this paragraphs numbered-Forty-Seven, and states the following in addition: Newly discovered evidence on January 10, 2023, shows that effective from September 11, 2001, and continues thereafter, to this present date, All the Defendants, and Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT EMPLOYEES, and NASSAU COUNTY via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS MANAGEMENT, and ALL THE DEFENDANTS named in this above-captioned Civil Action acted discriminatively and retaliatorily in bad faith in disguise under color of State Authority via jointly implicit and explicit conspiracies to write joint racially motivated unconstitutional sanction ORDER but after deliberately misrepresented Aror-Ark Ark O'Diah as a **"TERRORIST"** and also

identified Aror-Ark Ark O'Diah as a "WHISTLEBLOWER." And newly discovered evidence shows that the main purpose of writing the unconstitutional sanction ORDER planted inside many Privates and Publics Businesses Establishment was by racially motivated discriminatory and retaliatory acts in bad faith used to stop, prevent, deny and deprived Aror-Ark Ark O'Diah from exercising his rights protected under the WHISTLEBLOWER'S PROTECTION ACT because the unconstitutional sanction ORDER was used to 'EVADE' the United States Constitution, Laws and Statutory Provision that have enable THE CITY OF NEW YORK and NASSAU COUNTY and JUDGES and All the Defendants to blackballed, blackmailed, blacklisted and subjected Aror-Ark Ark O'Diah to libelous and slanderous injuries via defamation used to discredit Aror-Ark Ark O'Diah via deliberate misrepresentation to cause Aror-Ark Ark O'Diah irreparable physical bodily injuries by ASSAULT designed by the CITY OF NEW YORK via NASSAU COUNTY that contributed to Aror-Ark Ark O'Diah rental hardship, financial hardship, private businesses losses, and losses of economic income. And causing Aror-Ark Ark O'Diah pains and suffering. And these omissions constituted violation of the WHISTLEBLOWER PROTECTION ACT. **And relief sought is $100,000,000.00 (One hundred Million U.S. Dollar) against Each and All Defendants named.**

## CLAIMS #48: FOR VIOLATIONS OF HUMAN'S RIGHTS BY NEW YORK CITY COMMISSIONER ON HUMAN RIGHTS COMMISSION OBSTRUCTING DUE PROCESS, FAILED TO INVESTIGATE ABUSES DUE TO CONFLICT-OF-INTEREST

48. AROR-ARK ARK O'DIAH, hereby incorporates all the statements of claims on pages Labelled-(i) starting from paragraphs labelled-(I) through paragraphs numbered-forty-seven on this page numbered-forty-seven above as if they were stated and pleaded in this

paragraph numbered-forty-eight, and states the following in addition: Newly discovered evidence on January 10, 2023, and continues thereafter to this present date shows that effective from September 11, 2001, and continues thereafter to this present date, All the Defendants, including THE CITY OF NEW YORK and NASSAU COUNTY via the NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and FEDERAL AND STATES COURTS JUDGES IN NEW YORK, and NEW YORK STATE via RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDENS PROPERTY MANAGEMENT, AND ALL THE DEFENDANTS named in this above-captioned Action Civil Cases discriminatively and retaliatorily in bad faith implicitly and explicitly conspired to unconstitutionally to unduly influenced the CITY OF NEW YORK COMMISSIONER HAVING THE JURISDICTION AND OVERSIGHT OVER COMMISSION ON HUMAN RIGHT COMPLAINTS to deny and deprived Aror-Ark Ark O'Diah equal protection upon the identification of Aror-Ark Ark O'Diah's National Origin, and RESULTED to refusal to investigate series and many of Human Rights violations complaint filed by Aror-Ark Ark O'Diah about discriminations and retaliations in Housing, Renting, EIDL Applications Processing, false arrests, and multiple ASSAULTS and PHYSICAL BODILY INJURIES. But newly discovered evidence shows that the CITY OF NEW YORK COMMISSIONER ON COMMISSION FOR HUMAN RIGHTS knew or should have known that JUDGES were using self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution, Laws and Statutory Provision to enable JUDGES to denied and deprived Aror-Ark Ark O'Diah equal protection, and because of 'CONFLICT-OF-INTEREST' the CITY OF NEW YORK COMMISSIONER FOR COMMISSION ON HUMAN RIGHT refused to investigate the abuses and inhumane cruel and unusual punishment inflicted on and against Aror-Ark Ark O'Diah, effective from September 11, 2001, and continue

without stop to this present date. And this omission constituted violation that amounted to 'CONFLICT-OF-INTEREST' because the CITY OF NEW YORK COMMISSIONER FOR THE COMMISSION ON HUMAN RIGHT refused to investigate hate crimes committed by federal and states Courts JUDGES; even though, THE CITY OF NEW YORK COMMISSIONER FOR COMMISSION OF HUMAN RIGHTS knew or should have known that "NOBODY IS ABOVE THE LAW," and "NOBODY IS ABOVE THE RULE OF LAW AND ORDER." As a result of these omission, Aror-Ark Ark O'Diah, continue to remain in pains and suffering due to deprivation of Human Rights. **And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against Each and All Defendants named**

## CLAIMS #49: FOR PSYCHOLOGICAL PARALYSIS DUE TO RECURRING FALSE ARRESTS, ASSAULTS, HARASSMENTS, SEARCHES AND SEIZURES OF PERSONAL, BUSINESSES, AND FAITH BASED RELIGION RELIGIOUS MAILS WITH MALICIOUS INTENT TO OBSTRUCT JUSTICE VIA NASSAU COUNTY

49. AROR-ARK ARK O'DIAH, hereby incorporates all the statements of claims stated and pleaded on page labelled-(i) starting from paragraph labelled-(I) through paragraphs numbered-forty-eight above on page numbered-forty-eight into this paragraph numbered-forty-nine as if they were stated and pleaded in this paragraphs numbered-forty-nine, and states the following in addition: Newly discovered evidence on January 10, 2023, shows that effective from September 11, 2001, and continues thereafter to this present date, THE CITY OF NEW YORK, and ALL THE DEFENDANTS named in this above-captioned Civil Actions Complaints implicitly and explicitly conspired to unconstitutionally AGREE in disguise under color of State Authority to use self-serving unconstitutional sanction ORDER to 'EVADE' the United States Constitution,

Laws and Statutory Provision by corrupted callous design in bad faith to prevent, deny and deprived Aror-Ark Ark O'Diah from the exercises his Constitutional and Statutory Provision Rights; while, Aror-Ark Ark O'Diah was being subjected to multiple false arrests, searches and seizures, illegal indictments, malicious prosecutions, unjust convictions, illegal sentences and seven years false imprisonment; whereby, false witnesses, fabricated testimonies, 'inhumane' lies, frauds, judicial unfettered power, deliberate misrepresentations, frauds, cover-up and unverified evidence were used libelously and slanderously to defamed, blackballed, blacklisted and blackmailed Aror-Ark Ark O'Diah that were also repeatedly used to subjected Aror-Ark Ark O'Diah to psychological recurring paralysis, due to multiple false and malicious arrests, assaults, harassment, threats, intimidations, searches and seizures of personal and businesses properties, and further used to denied and deprived access to faith based religion religious associations, businesses, and personal mails seized by UNITED STATES POSTAL SERVICE; via NASSAU COUNTY, and RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GADENS PROPERTY MANAGEMENT by the participation of FedEx EXPRESS, and UNITED STATES SMALL BUSNESS ADMINISTRATION ADMINSTRATOR'S IN NEW YORY CITY REGIONAL DISTRICT DIRECTOR'S SUBORDINATES OFFICES, and SEPTEMBER 11, VICTIMS COMPENSATION FUND SPECIAL MASTER, and OPERATION DIRECTOR. And these omissions constituted violation of Aror-Ark Ark O'Diah's constitutional protected rights that continue to cause Aror-Ark Ark O'Diah pains and suffering, loss of businesses, loss of income, deprivations of constitutional rights that causes emotional distresses. **And Relief sought is $100,000,000.00 (One hundred Million U.S. Dollar) against Each and all Defendants named.**

## <u>CLAIMS #50: FOR UNCONSTITUTIONAL SURVEILLANCES AND CENSORSHIP BY USE OF SELF-SERVING UNCONSTITUTIONAL SANCTION ORDER USED TO 'EVADE' THE U.S. CONSTITUTION, LAWS AND STATUTORY PROVISION TO PERPETUATE RACIALLY MOTIVATED HATE CRIMES, BIASES, PREJUDICES, ANTI-BLACKNESS WITHOUT DUE PROCESS SOLELY TO RETALIATES, AND DISCRIMINATES</u>

50. AROR-ARK ARK O'DIAH, hereby incorporates all the statements of claims stated and pleaded on page labelled-(i) starting from paragraphs labelled-(I) through paragraphs numbered-forty-nine above on page numbered-forty-nine into this paragraphs numbered-fifty as if they were stated and pleaded in this paragraphs numbered-fifty, and states the following in addition: Newly discovered evidence on January 10, 2023, shows that effective from September 11, 2001, and continues thereafter to this present date, All the Defendants, and their EMPLOYEES, and Late Judge SANDRA J. FEUERSTEIN, and Late Judge ROBERT A. KATZMANN, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI, and Chief Judge DEBRA ANN LIVINGSTON, and Judge WILLIAM H. ALSUP, and Chief Judge THOMAS, and Retired Judge ARTHUR COOPERMANN, and Retired Judge RANDALL ENG, NASSAU COUNTY and RENAISSANCE EQUITY HOLDINGS, LLC., and FLATBUSH GARDEN PROPERTY MANAGEMENT, and All THE DEFENDANTS named in this above-captioned Civil Actions Complaints discriminatively and retaliatorily implicitly and explicitly conspired to write unconstitutional sanction Order; and thereafter, unconstitutionally used the unconstitutional sanction ORDER as self-serving unconstitutional sanction ORDER unconstitutionally adopted, endorsed, sanctioned, implemented and enforced **<u>without substantive due process</u>** used to 'EVADE' the United States Constitution, Laws and Statutory Provision; and thereafter, further used as unconstitutional surveillance and censorship discriminatively and retaliatorily against Aror-Ark Ark O'Diah but

after Aror-Ark Ark O'Diah wrote and filed 'JUDICIAL MISCONDUCT COMPLAINT' against JUDGES. The unconstitutional sanction ORDERS were used as GUARANTEE to protect Racist NASSAU COUNTY FAMILY COURT JUDGES, racist JUDGES, racist BANKS AND THEIR EMPLOYEES, Racist HALTHCARE PROVIDERS, racist MEDICAL DOCTORS, racist CREDIT REPORTING BUREAUS, Racist UNITED STATES POSTAL SERVICE EMPLOYEES, Racist UNITED STATES SMALL BUSINESS ADMINSTRATION ADMINSTRATOR'S IN NEW YORK CITY REGIONAL DISTRICT DIRECTOR AND THEIR SUBORDINATES EMPLOYEES planted inside many Privates and Publics Businesses Establishment used to lured and encouraged and influenced HARDCORE CRIMINALS to use racism used as terrorism used to terrorize Aror-Ark Ark O'Diah, via 'inhumane' hate crimes committed against Aror-Ark Ark O'Diah's Human Being Humanities to cause Aror-Ark Ark O'Diah irreparable physical bodily injuries, private businesses loss, loss of economic income, pains and suffering. And these omissions constituted violations of Civil and Human Rights**. And relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against Each and All Defendants named**

**CLAIMS#51: FOR VIOLATION OF SUBSTANTIVE DUE PROCESS AND BY DELIBERATE MISREPRESENTATION OF PLAINTIFF'S NAME TO THE GENERAL PUBLIC WITHOUT DUE PROCESS TO INVOKED USCA CONST. AMENDMENTS 1, 8, AND 14 TO THE U.S. CONSTITUTION CLAIMS AGAINST NASSAU COUNTY, ALL JUDGES IN NASSAU COUNTY FAMILY COURT AND NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT AND ALL CREDIT REPORTING BUREAUS, AND ALL BANKS NAMED IN THIS ABOVE-ACTION**

51. On about February 6, 2023, and continue thereafter, NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT and NEW YORK STATE place a lien on Plaintiff's checking account but without substantive due process to denied and deprived Plaintiff

Aror-Ark Ark O'Diah ACCESS his Bank Checking Account to get money to purchase medication needed while Plaintiff was subjected to periodic recurring paralysis due to injuries caused by SEPTEMBER 11 TERRORIST ATTACKED. AND THE TRAUMA of not having ACCESS to Bank Checking Account contributed to anxieties, emotional distress and extreme trauma that reaggravated heart attack and stroke. And these omissions constituted violation of Plaintiff's rights. **And relief sought against NASSAU COUNTY, NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT AND NEW YORK STATE IS $100,000,000.00 (ONE HUNDRED MILLION U.S. DOLLAR.)**

52. Newly discovered evidence on February 10, 2023, shows that on about June 29, 2012, and October 25, 2013, NASSAU COUNTY FAMILY COURT, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT and NEW YORK STATE held and heard secret Family Court Proceeding but **without Substantive Due Process** because Plaintiff was NEVER served any NOTICE relating to the NASSAU COUNTY FAMILY COURT Proceeding while Plaintiff was unconstitutionally held in the NEW YORK STATE DEPARTMENT OF CORRECTION AND CUMMUNITY SUPERVISION from January 26, 2007, through December 27, 2013, or thereafter.

53. In the period of September 11, 2001, through present, Plaintiff Aror-Ark Ark O'Diah, continue to suffer under periodic recurring physical disability due to SEPTEMBER 11, 2001, WORLD TRADE CENTER TERRORIST ATTACKS where Plaintiff suffered severe injuries.

54. On January 26, 2007, through December 27, 2013, Plaintiff was legally and physically disable because Plaintiff was unconstitutionally held in the New York State Department of Correction and Community Supervision; whereby, NASSAU COUNTY, and NASSAU COUNTY

CHILD SUPPORT COLLECTION UNIT, and NEW YORK STATE knew or should have knew, or should have known that Plaintiff have no liberty of movement, and have no freedom of movement, and Plaintiff was NEVER served any NASSAU COUNTY FAMILY COURT proceedings held and heard on June 29, 2012, and October 25, 2013. And these omissions constituted violation of this Plaintiff right to substantive due process. And **Relief sought is $100,000,000.00 (ONE HUNDRED MILLION U.S. DOLLAR) against NASSAU COUNTY and NEW YORK STATE.**

55. Effective from October 25, 2000, NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT and NEW YORK STATE have been unconstitutionally seeking false and fraudulence child support collection from this Plaintiff but **without substantive process** because Plaintiff have NEVER seen the child, and no DNA PATERNITY TEST to establish paternal relationship; yet, NEW YORK STATE, and NEW YORK CITY and NASSAU COUNTY have unconstitutionally misused THE PORT AUTHORITY OF NEW YORK and NEW JERSEY POLICE OFFICER to unlawfully searched and seized Plaintiff's FIVE PRIVATE BUSINESSES MOTOR VEHILCES worth $200,000.00 (Two Hundred thousand U.S. Dollar), and cash in the amount of $400,000.00 and repeatedly subjected Plaintiff to multiple false arrest, and brutally beaten and injured and false imprisonment in the period of October 25, 2000 through June 22, 2006, but **without substantive due process.** Plaintiff belief that these omissions constituted violations of rights protected under the Fourteenth Amendment to the U.S. Constitution, and Title 18 U.S.C. Sections 242; and Federal Civil Rights Acts of 1866 and 1964; and Title 42 U.S.C. Sections 1983, 1985 and 1986, for deprivation of rights and failure to prevent. **Relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) against NASSAU COUNTY, NEW YORK STATE and NEW YORK CITY.**

56. All the Banks and Financial Institutions named, including the Credit Reporting Bureaus and Privates Attorneys named in this above-caption action incorrectly knowingly and deliberately maliciously incorrectly reported Plaintiff's name, and further knowingly and deliberately and maliciously published Plaintiff's name incorrectly to the general Public libelously and slanderously with malicious intent to harass, intimidate, tarnish and subjected Plaintiff to threat of irreparable harm to cause Plaintiff hardship in person and to private businesses by the Defendants knowingly showing reckless disregard for the truth by callously misrepresented Plaintiff to Privates and Public Businesses Establishment, and the misrepresentation resulted to denial of business loan and business association as a result, HONEYWELL and CHEMOUR COMPANY refused to do business with Plaintiff and with Plaintiff Privates Businesses. And Plaintiff beliefs that these omissions constituted violation to Plaintiff's constitutional right in the pursues of happiness. And **relief sought is $100,000,000.00 (One Hundred Million U.S. Dollar) each of the Attorney and their Law Firm, and against each of the BANK and their Associates named.**

## CLAIMS #52: BREACH OF CONTRACT BY FRAUD AND BY DISCRIMINATORY AND RETALIATORY PRACTICES IN BAD FAITH IN DISGUISE VIA INHUMANE MISTREATMENT, AND THIS CLAIM IS AGAINST NASSAU COUNTY; T – MOBILE; NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE; AND NEW YORK STATE EXECUTIVE DEPARTMENT OF CRIME VICTIM SERVICES AND SOCIAL SECURITY ADMINISTRATION FOR SYSTEMATIC VIOLATION OF SUBSTANTIVE DUE PROCESS USCA CONST. AMENDMENTS 8 AND 14 VIOLATED

57. Plaintiff Aror-Ark Ark O'Diah hereby incorporate all the pleading and statement from cover page (i) to this Page number-fifty-five as they were stated in the paragraph numbered-fifty-seven.

58. On about two years ago, Plaintiff purchased Cell Phone wireless services for four service Lines from T – Mobile for the monthly cost of about $167.17 but as thereafter a year, T – Mobile increase month payment to $170.17.

59. On about January 4, 2023, Plaintiff received a text from T – Mobile with a charge of more the $400.00 with additional five lines added to Plaintiff's Business Cell Phone Lines without Plaintiff knowledge, and without consent and without Plaintiff authorization.

60. On January 4, 2023 through March 6, 2023, Plaintiff conduct investigation only to found That T – Mobile knowingly fraudulently connect five additional Cell Lines used by unknown person to Plaintiff and added to charges to Plaintiff's Businesses lines.

61. Newly discovered evidence shows that T – Mobile fraudulently added additional five Cell Phone lines bills to Plaintiff's and Businesses bill; and this mean that Plaintiff was paying for additional five Cell line for that Plaintiff never used.

62. Plaintiff beliefs that T – Mobile breach the contract originally signed, and Plaintiff beliefs that these breaches amounted to fraud; WHEREFORE, Plaintiff hereby demand for **relief in the amount of $100,000,000.00 (One Hundred Million U.S. Dollar**) damages against T – Mobile for fraud.

63. On the period of September 11, 2001, to present, Plaintiff has been subjected to periodic recurring paralysis, heart attacks, stroke and disabilities created by September 11, 2001, terrorist attack at the World Trade Center in Manhattan in New York; and a result, Plaintiff have not earn income from employment not from business for the past 22 years due to periodic recurring disability.

64. On about year 2018, Administrative Law Judge at the Social Security Administration GRANTED Plaintiff Appeals and awarded Plaintiff SSI claims.

65. On about June 10, 2021, NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE and SOCIAL SECURITY ADMINISTRATION discriminatively and retaliatorily implicitly and explicitly conspired in bad faith to AGREE to discontinued SSI payment to Plaintiff while Plaintiff was still subjected to periodic recurring paralysis, heart attacks, stroke and life-threatening periodic recurring disabilities but **without substantive due process.**

66. On about May 7, 2021, and September 2021, Plaintiff was physically ASSAULTED by Multiple Physical attacks by unknown criminals, and Plaintiff continue to suffer severe injuries and excruciating pains and suffering in addition to pre-existing medical condition created by September 11, 2001, WORLD TRADE CENTER TERRORIST ATTACKS resulting to periodic recurring paralysis, heart attack and strokes and periodic recurring disability.

67. Plaintiff applied for NEW YORK STATE EXECUTIVE DEPARTMENT OF CRIME VICTIM SERVICE but SOCIAL SECURITY ADMINISTRATION, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT jointly implicitly and explicitly discriminatively and retaliatorily conspired to obstruct the processing of CRIME VICTIM BENEFIT because NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT want the CRIME VICTIM BENEFIT CLAIM for a child Plaintiff never knew, never met, have never seen, and no DNA paternity test to establish any paternal relationship. **WHEREFORE**, Plaintiff hereby beliefs that these Defendants omissions constituted violation of Plaintiff's constitutional right to due process.

Wherefore, Plaintiff hereby **demand for equitable compensation in the amount of $100,000,000.00 (One Hundred Million U.S. Dollar)** against NASSAU COUNTY and NASSAU COUNTY CHILD SUPPORT COLLECT UNIT, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE DEPARTMENT OF CRIME VICTIM SERVICE for failure to process Plaintiff's Crime Victim Claims by acting in bad faith by discrimination and retaliation upon the identification of Plaintiff's National origin.

## TOTAL RELIEF SOUGHT AGAINST EACH DEFENDANT NAMED IN THE ABOVE-CAPTION ACTION

68. **WHEREFORE**, Plaintiff Aror-Ark Ark O'Diah, hereby pray, asked, request and demand that this Honorable Court **GRANT** All the relief sought in each claim as already stated against each and all of the Defendants named jointly and separately in their individual and official capacities in this above-captioned action, and as also stated below as follows:

(a) $100,000,000.00 (One Hundred Million U.S. Dollar) be awarded in favor of Plaintiff Aror-Ark Ark O'Diah against each Defendant named in this above-caption action in each claim as stated from claim#1 through Claim#52 above;

(b) And NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT, and NEW YORK STATE and ALL KNOWN and UNKNOWN PERSONS be barred from seeking Child Support Collection from this Plaintiff Aror-Ark Ark O'Diah because Aror-Ark Ark O'Diah did not know the child, have NEVER seen the child, and there has been no DNA Paternity test to establish relationship and **Plaintiff has been denied and deprived substantive due process;**

(c) And SOSCIAL SECURITY ADMINISTRATION be directed to retroactively pay Plaintiff SSI that was discontinued in bad faith **without substantive due process;**

(d) And NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE DEPARTMENT OF CRIME VICTIM SERVICE be directed to pay Plaintiff Crime Victim Claim, and these Defendant be further directed to refund to Plaintiff all Tax Refund unconstitutionally withheld **without substantive due process** for fraudulently alleged child support collection arears but without any paternity to established any relationship to this Plaintiff;

(e) And SEPTEMBER 11, VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER SPEACIAL MASTER AND OPERATION DIRECTOR be directed to process Plaintiff's claims **without further delays;**

(f) And All Healthcare Facilities named Defendants, and all Medical Doctors named as Defendants in this above-captioned action in custody of Plaintiff's medical records and medical reported be directed to release Plaintiff's medical records to enable SEPTEMBER 11 VICTIM COMPENSATION FUND PROCESSING CENTER process Plaintiff's claims under the rule of law and order **in favor of substantive due process without further delay;**

(g) And SOCIAL SECURITY ADMINISTRATION be directed to process Plaintiff's pending claims under "widow benefit" and lump sum claim under "spousal death benefit" without further delay under the rule of law and order;

(h) And All and Every and each Courts ORDERS issued and entered used as surveillances and

censorship discriminatively and retaliatorily used to prevent, denied and deprived Plaintiff's from the exercises of his constitutional rights that were further used to denied and deprived Plaintiff equal ACCESS to All Courts in the United States of America must be SET ASIDE, VACATED, DECLARE NULL AND VOID, and must be EXPUNGE from Plaintiff's records;

(i) And all criminal convictions fraudulently created by false arrests carried out in bad faith Whereby false witnesses fabricated testimonies and unverified coerced and false Police reported were used to procured the conviction, that convictions must be SET ASIDE, VACATED, DECLARE NULL AND VOID, and must be EXPUNGE from the Plaintiff's record;

(j) And RENAISSANCE EQUITY HOLDINGS LLC and OWNER, and FLATBUSH GARDENS be directed to refund to Plaintiff EXCESS and OVER CHARGE RENT under Section 8 paid in the contract issued and entered for the period of January 2020 through December 2020; and eviction in City of New York Housing Court be barred, and award to Plaintiff $100,000,000.00 (One Hundred Million U.S. Dollar) for the irreparable injuries caused by this Defendants in disguise under color of state law via housing discriminations and retaliation;

(k) And all harassment, and intimidations, and threats of irreparable harms by discriminatory and retaliatorily practices in disguise under color of State law be barred;

**JURY SPEEDILY TRIAL DEMANDED**

69. Speedily Trial By Jury Demanded.

## CONCLUSION

70. **WHEREFORE,** I, Aror-Ark Ark O'Diah, hereby pray, request, ask and demand that Equitable reliefs, and compensatory damages, and punitive damages and actual damages be GRANTED as stated in each claims# 1 through Claims#52 including all the reliefs sought against Each Defendant because the Defendants jointly and separately subjected this Pro Se Plaintiff to 'inhumane' mistreatment in systematic violations of the United States Constitution, Laws and Statutory Provisions.

Dated: March 8, 2023.

Respectfully Submitted By:

Aror-Ark Ark O'Diah

**Aror-Ark Ark O'Diah, Pro Se Plaintiff**
TIMESPEED WORLDWIDE...
3403 Foster Avenue, Apt. 4B
Brooklyn, NY 11210-6439
Office Phone: (347) 365-1307
Office Mobile: (347) 614-8799
Office Fax: (347) 765- 4128
Email: aror@timespeedworldwideinfo.com
Email: GlobalJudicialWatch@gmail.com
Website: https://www.timespeedworldwide.com
Website: https://www.timespeedworldwide.org
Facebook: https://www.facebook.com/aror.odiah.7/.
YouTube: https://www.youtube.com/@aror-arkodiah

# VERIFICATION

71. I, **AROR-ARK ARK O'DIAH,** certify and hereby declares under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Sections 1746, and say that all the statements of claims stated STARTING from Cover Sheet (i) page through this page numbered-sixty-two including all the paragraphs and including supporting facts and statement of claims and claims are true and correct to **Aror-Ark Ark O'Diah's** Knowledge and best recollection. EXECUTED ON MARCH 8, 2023, BROOKLYN, COUNTY OF KINGS, NEW YORK.

Respectfully Submitted By:

Dated: March 8, 2023.

**Aror-Ark Ark O'Diah, Pro Se Plaintiff**

TIMESPEED WORLDWIDE GLOBAL JUDICIAL WATCH MORAL HEALTH SERVICE SYSTEMS, INC.
3403 FOSTER AVENUE, APT. 4B, BROOKLYN, NY 11210-6439. U.S.A.

SWORN TO BEFORE ME ON THIS
8th DAY OF MARCH, 2023.

**NOTARY PUBLIC**

JEAN RENEL SAINT JOUR
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Kings County
01SA6067297
MY COMMISSION EXPIRES 12/10/2025