UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

AROR-ARK ARK O'DIAH,

Plaintiff,

-against-

CHIEF JUSTICE JOHN G. ROBERTS, ET AL.,

Defendants.

-----------------------------------------------------------X

Civil Action No. 1:23-cv-00653-RDM

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed declaration of Richard T. Walsh, dated May 5, 2023, and the exhibits annexed thereto, the undersigned will move this Court, at a motion term thereof held in and for the District of Columbia, at the Courthouse, 333 Constitution Avenue N.W., Washington D.C. 20001, on June 6, 2023, at 9:30 AM, or as soon thereafter as Movant maybe heard, for an Order, pursuant to FRCP Rules 8 and 12(b)(2),(3), and (6), dismissing the Complaint in this action on the grounds that:

(i) Defendant Richard T. Walsh ("Movant") is a resident and domiciliary of New York State and is not subject to the jurisdiction of this Court since he does not do business in the District of Columbia;

(ii) Movant does not reside in the District of Columbia;

(iii) Movant has no contacts with the District of Columbia such that "long-arm" jurisdiction under Sections 13-422 or 13-423 of the District of Columbia Statutes could be asserted over him;

(iv) Movant committed no tortious acts within the District of Columbia;

(v) Movant committed no tortious acts outside the district of Columbia that caused injury to a resident of the District of Columbia;

RECEIVED
MAY 08 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

(vi) Movant was not a party to any contract with a resident of the District of Columbia;

(vii) Movant was not a party to a contract to perform any work, labor, or services within the District of Columbia;

(viii) Movant was not party to a contract to deliver any goods to anyone within the District of Columbia;

(ix) Movant was not present in the District of Columbia when the summons and complaint were allegedly served;

(x) Any claims alleged by Plaintiff against Movant herein are devoid of merit but should be litigated, if at all, in a District Court in the State of New York;

(xi) Plaintiff is a resident and domiciliary of New York State and not a resident or domiciliary of the District of Columbia;

(xii) Venue is not properly set in the District of Columbia under 28 USC §1391(b) and 28 USC §1402(a);

(xiii) The action was commenced in bad faith by Plaintiff without any basis in law, fact, or equity; the action was commenced by Plaintiff against Movant solely to injure, vex, or oppress Movant;

(xiv) Plaintiff is subject to a minimum of three "leave to file" injunctions against him in various court, including without limitation the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit, and he has failed to comply with said "leave to file orders" before commencing this action;

(xv) Plaintiff's allegations are "delusional and fanciful;"

(xvi) This action is frivolous and was commenced against Movant solely to harass and intimidate Movant and to punish Movant for representing clients of his law firm in the Supreme Court of the State of New York, County of Kings, and in the United States District Court for the Eastern District of New York by defending those clients and himself against Plaintiff's frivolous claims in those Courts;

(xvii) This Court previously dismissed many of Plaintiff's same baseless claims against many of the same defendants for failure to comply with FRCP Rule 8(a)(2) in *Aror Ark O'Diah v. McFadden, et al.*, under case no. 1-18-CV-02369-UNA (DCDC 2019) and in *O'Diah v. Cordray, et al*, 2017 WL 2735549 (DCDC 2017), civil action no. 17-966(UNA); and

(xviii) Plaintiff has no valid claims against Movant.

PLEASE TAKE FURTHER NOTICE that answering affidavits, if any, must be served within 14 days of service of this motion, pursuant to this Court's Local Rule LCvR 7(b) and, upon your failure to serve and to file such opposition papers, the Court may treat the motion as conceded.

Dated: Williston Park, New York
May 7, 2023

RICHARD T. WALSH
Defendant pro se
c/o Horing Welikson Rosen & Digrugilliers PC
11 Hillside Avenue
Williston Park, New York 11596
(516) 535-1700
rwalsh@hwrpc.com

TO: AROR-ARK ARK O'DIAH, Plaintiff pro se
c/o Timespeed Worldwide
3403 Foster Avenue, Apartment 4B
Brooklyn, New York 11210-6439