UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------X

AROR-ARK ARK O'DIAH,

Plaintiff,

-against-

CHIEF JUSTICE JOHN G. ROBERTS, ET AL.,

Defendants.

-------------------------------------------------------------X

Civil Action No. 1:23-cv-00653-RDM

**FRCP RULE 7.1 AND LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

RICHARD T. WALSH, Defendant pro se, hereby provides the following corporate disclosure statement pursuant to FRCP Rule 7.1 and Local Civil Rule 7.1:

I am a natural person and have no subsidiaries or affiliates within the meaning of the cited rules. I do not own any shares of stock in Horing Welikson Rosen & Digrugilliers PC.

Dated: Williston Park, New York
May 8, 2023

______________________________
RICHARD T. WALSH
Defendant pro se
c/o Horing Welikson Rosen & Digrugilliers PC
11 Hillside Avenue
Williston Park, New York 11596
(516) 535-1700
rwalsh@hwrpc.com