APPEAL,CLOSED,E−NTC,JURY,PROSE−NP,TYPE−F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:23−cv−00653−RDM
## *Internal Use Only*

O'DIAH v. ROBERTS et al
Assigned to: Judge Randolph D. Moss
Demand: $100,000,000
Cause: 28:1983 Civil Rights

Date Filed: 03/09/2023
Date Terminated: 03/15/2024
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Federal Question

**Plaintiff**

**AROR−ARK ARK O'DIAH** represented by **AROR−ARK ARK O'DIAH**
3403 Foster Ave
Apt 4B
Brooklyn, NY 11210
Email: aror@timespeedworldwideinfo.com
PRO SE

V.

**Defendant**

**JOHN G. ROBERTS**
*Chief Justice*

**Defendant**

**UNITED STATES SMALL BUSINESS ADMINISTRATION**
*also known as*
SBA

**Defendant**

**ISABELLA CASILLAS GUZMAN**
*SBA Administrator*

**Defendant**

**BETH GOLDBERG**
*NYC SBA Regional District Director*

**Defendant**

**AUGUST FLENTJE**
*September 11 Victim Compensation Fund Special Master*

**Defendant**

**KIMBERLY C. BROWN**
*September 11 Victim Compensation Fund Operation Director*

**Defendant**

**SOCIAL SECURITY ADMINISTRATION**
*also known as*
SSA

represented by **Amanda Lockshin**
OFFICE OF PROGRAM LITIGATION, OFFICE 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264−2474
Email: amanda.lockshin@ssa.gov
*TERMINATED: 05/23/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian J. Levy**
DOJ−USAO
601 D Street NW
Washington, DC 20530
(202) 252−6734
Email: brian.levy2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KILOLO KUAKAZI**
*SSA Commissioner; Dr.*

**Defendant**

**UNITED STATES POSTAL SERVICE POSTMASTER GENERAL**

**Defendant**

**DEBRA ANN LIVINGSTON**
*Chief Judge; ALL JUDGE IN THE U.S. COURT OF APPEAL FOR THE SECOND CIRCUIT*

**Defendant**

**VALERIE CAPRONI**
*Judge; ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTEN IN NEW YORK CITY*

**Defendant**

**PAMELA C. CHEN**
*Judge; ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK*

**Defendant**

**WILLIAM H. ALSUP**
*Judge; ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND IN CALIFORNIA*

**Defendant**

**FORMER CHIEF JUDGE THOMAS**
*ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA*

**Defendant**

**RANDALL ENG**
*Retired Judge*

**Defendant**

**ARTHUR COOPERMANN**
*Retired Judge*

**Defendant**

**ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEES COUNTIES IN NEW YORK**

**Defendant**

**NEW YORK CITY**
*and NYC Comptroller Scott M. Stringer, and New York City Law Department Corporation Counsel Honorable Sylvia O. Hind−Radix and New York City Department of Housing Preservation and Development*

**Defendant**

**WESTERN UNION**

**Defendant**

**GARY M. KAVULICH**
*ESQ.*

**Defendant**

**AARP AND BARCLAYS**

**Defendant**

**NEW YORK STATE**

**Defendant**

**NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE**
*and NEW YORK STATE EXECUTIVE OFFICE OF CRIME AND VICTIM SERVICES*

**Defendant**

**T−MOBILE**

**Defendant**

**STAPLE, INC.**

**Defendant**

**NYU LANGONE HEALTH PULMONARY**
*SLEEP MED−BKLYN and BORIS SAGALOVIC,MD*

**Defendant**

**WORLD TRADE CENTER HEALTH PROGRAM**
*and CDC−NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH AND DIRECTOR*

**Defendant**

**NYC HEALTH + HOSPITALS/ MCKINNEY**

**Defendant**

**JAMAICA HOSPITAL MEDICAL CENTER**

**Defendant**

**GLENN J. JAKOBSEN**
*Dr.*

**Defendant**

**ZANE HOFFMANN**
*Dr.*

**Defendant**

**NEW YORK STATE**
**COMMISSIONER OF THE**
**DEPARTMENT OF CORRECTIONS**
**AND COMMUNITY SUPERVISION**

**Defendant**

**LOGISTICS HEALTH**
**INCORPORATED**

**Defendant**

**WILLIAM STREET CLINIC**

**Defendant**

**JP MORGAN CHASE BANK, N.A.**

**Defendant**

**FEDEX EXPRESS**

**Defendant**

**OPTIMUM CABLE**

**Defendant**

**CSC HOLDINGS, LLC**
*A subsidiary of Altice USA, INC.*

**Defendant**

**CITY MD BROOKLYN HEIGHT**

**Defendant**

**FULTON VISION CENTER, LLC**

**Defendant**

**RENAISANCE EQUITY HOLDINGS**
**LLC**
*and FLATBUSH GARDENS*

**Defendant**

**CARECREDIT**
*also known as*
CARECRADIT/ SYNCHORNY BANK

**Defendant**

**BRIAN DOUBLES**

**Defendant**

**RICHARD WALSH**
*ESQ.*

represented by **RICHARD WALSH**
11 Hillside Avenue
Williston Park, NY 11596
Email: rwalsh@hwrpc.com
PRO SE

**Defendant**

**ALEXANDRA E. CLAUS**
*ESQ.*

**Defendant**

**AMY SECTER**
*ESQ.*

**Defendant**

**DARIN BILLIG**
*ESQ.*

**Defendant**

**CURTIS JACKSON**
*ESQ.*

**Defendant**

**STEVEN P. ORLOWSKI**
*ESQ.*

**Defendant**

**CAPITAL ONE BANK, N.A.**

**Defendant**

**NASSAU COUNTY**
*and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT*

**Defendant**

**TRANS UNION**

**Defendant**

**EXPERIAN**

**Defendant**

**EQUIFAX CREDIT INFORMATION SERVICES**

**Defendant**

**NEW YORK PRESBYTERIAN HOSPITAL/ COLUMBIA**
*an dNEW YORK PRESBYTERIAN HOSPITAL − NEW YORK WEILL CORNELL MEDICAL CENTER*

**Defendant**

**ALL THE JUDGES IN THE NEW YOR STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES**

**Defendant**

**KAVULICH & ASSOCIATES, P.C.**

**Defendant**

**AMERICAN EXPRESS**

**Defendant**

**DISCOVER**

**Defendant**

**CHEMOURS COMPANY**

**Defendant**

**HONEYWELL**

**Defendant**

**QUEENS HOSPITAL MEDICAL CENTER**

**Defendant**

**ELMHURST HOSPITAL MEDICAL CENTER**

**Defendant**

**LEXISNEXIS RIST SOLUTION BUREAU LLC**

**Defendant**

**ALL JUDGES IN NASSAU COUNTY FAMILY COURT**
*Sued in their individual and in their official capacity*

**Defendant**

**ALL DEFENDANTS**

**Claimant**

**SYNCHRONY BANK**

**Claimant**

**PARK & NGUYEN**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2023 | 1 | COMPLAINT against DEFENDANTS ( Filing fee $ 402, receipt number 204202) with Jury Demand filed by AROR−ARK ARK O'DIAH. (Attachment: # 1 Civil Cover Sheet)(zjm) (Entered: 03/15/2023) |
| 03/09/2023 | | SUMMONS Not Issued as to ALL DEFENDANTS (zjm) (Entered: 03/15/2023) |
| 03/20/2023 | | Summons (70) Issued as to AARP AND BARCLAYS, ALL JUDGES IN NASSAU COUNTY FAMILY COURT, ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEES COUNTIES IN NEW YORK, ALL THE JUDGES IN THE NEW YOR STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES, WILLIAM H. ALSUP, AMERICAN EXPRESS, DARIN BILLIG, KIMBERLY C. BROWN, CAPITAL ONE BANK, N.A., VALERIE CAPRONI, CARECREDIT, CHEMOURS COMPANY, PAMELA C. CHEN, CITY MD BROOKLYN HEIGHT, ALEXANDRA E. CLAUS, ARTHUR COOPERMANN, CSC HOLDINGS, LLC, DISCOVER, BRIAN DOUBLES, ELMHURST HOSPITAL MEDICAL CENTER, RANDALL ENG, EQUIFAX CREDIT INFORMATION SERVICES, EXPERIAN, FEDEX EXPRESS, AUGUST FLENTJE, FORMER CHIEF JUDGE THOMAS, FULTON VISION CENTER, LLC, BETH GOLDBERG, ISABEL CASILAS GUZMAN, ZANE HOFFMANN, HONEYWELL, CURTIS JACKSON, GLENN J. JAKOBSEN, JAMAICA HOSPITAL MEDICAL CENTER, JP MORGAN CHASE BANK, N.A., GARY M. KAVULICH, KAVULICH & ASSOCIATES, P.C., KILOLO KUAKAZI, LEXISNEXIS RIST SOLUTION BUREAU LLC, DEBRA ANN LIVINGSTON, LOGISTICS HEALTH INCORPORATED, NASSAU COUNTY, NEW YORK CITY, NEW YORK PRESBYTERIAN HOSPITAL/ COLUMBIA, NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, NEW YORK STATE EXECUTIVE OFFICE OF CRIME AND VICTIM SERVICES, NYC HEALTH + HOSPITALS/ MCKINNEY, NYU LANGONE HEALTH PULMONARY, OPTIMUM CABLE, STEVEN P. ORLOWSKI, QUEENS HOSPITAL MEDICAL CENTER, RENAISANCE EQUITY HOLDINGS LLC, JOHN G. ROBERTS, AMY SECTER, SOCIAL SECURITY ADMINISTRATION, STAPLE, INC., SYNCHRONY BANK, T−MOBILE, TRANS UNION, UNITED STATES POSTAL SERVICE POSTMASTER GENERAL, UNITED STATES SMALL BUSINESS ADMINISTRATION, RICHARD WALSH, WESTERN UNION, WILLIAM STREET CLINIC, WORLD TRADE CENTER HEALTH PROGRAM. (zjm) (Entered: 03/20/2023) |
| 04/21/2023 | 2 | REQUEST FOR SUMMONS TO ISSUE by AROR−ARK ARK O'DIAH filed by AROR−ARK ARK O'DIAH.(zjm) (Entered: 04/21/2023) |

| | | |
|---|---|---|
| 04/21/2023 | | SUMMONS (70) REISSUED as to AARP AND BARCLAYS, ALL DEFENDANTS, ALL JUDGES IN NASSAU COUNTY FAMILY COURT, ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEES COUNTIES IN NEW YORK, ALL THE JUDGES IN THE NEW YOR STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES, WILLIAM H. ALSUP, AMERICAN EXPRESS, DARIN BILLIG, KIMBERLY C. BROWN, CAPITAL ONE BANK, N.A., VALERIE CAPRONI, CARECREDIT, CHEMOURS COMPANY, PAMELA C. CHEN, CITY MD BROOKLYN HEIGHT, ALEXANDRA E. CLAUS, ARTHUR COOPERMANN, CSC HOLDINGS, LLC, DISCOVER, BRIAN DOUBLES, ELMHURST HOSPITAL MEDICAL CENTER, RANDALL ENG, EQUIFAX CREDIT INFORMATION SERVICES, EXPERIAN, FEDEX EXPRESS, AUGUST FLENTJE, FORMER CHIEF JUDGE THOMAS, FULTON VISION CENTER, LLC, BETH GOLDBERG, ISABELLA CASILLAS GUZMAN, ZANE HOFFMANN, HONEYWELL, CURTIS JACKSON, GLENN J. JAKOBSEN, JAMAICA HOSPITAL MEDICAL CENTER, JP MORGAN CHASE BANK, N.A., GARY M. KAVULICH, KAVULICH & ASSOCIATES, P.C., KILOLO KUAKAZI, LEXISNEXIS RIST SOLUTION BUREAU LLC, DEBRA ANN LIVINGSTON, LOGISTICS HEALTH INCORPORATED, NASSAU COUNTY, NEW YORK CITY, NEW YORK PRESBYTERIAN HOSPITAL/ COLUMBIA, NEW YORK STATE, NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, NYC HEALTH + HOSPITALS/ MCKINNEY, NYU LANGONE HEALTH PULMONARY, OPTIMUM CABLE, STEVEN P. ORLOWSKI, PARK & NGUYEN, QUEENS HOSPITAL MEDICAL CENTER, RENAISANCE EQUITY HOLDINGS LLC, JOHN G. ROBERTS, AMY SECTER, SOCIAL SECURITY ADMINISTRATION, STAPLE, INC., SYNCHRONY BANK, T−MOBILE, TRANS UNION, UNITED STATES POSTAL SERVICE POSTMASTER GENERAL, UNITED STATES SMALL BUSINESS ADMINISTRATION, RICHARD WALSH, WESTERN UNION, WILLIAM STREET CLINIC, WORLD TRADE CENTER HEALTH PROGRAM (zjm) (Entered: 04/21/2023) |
| 04/27/2023 | 3 | NEW Pro Se Consent To Receive Notices of Electronic Filing by AROR−ARK ARK O'DIAH (zjm) (Entered: 05/02/2023) |
| 05/08/2023 | 6 | MOTION to Dismiss by RICHARD WALSH. (Attachments: # 1 Exhibits, # 2 Declaration, # 3 Exhibit)(zjm) (Entered: 05/11/2023) |
| 05/09/2023 | 4 | NOTICE of Appearance by Amanda Lockshin on behalf of SOCIAL SECURITY ADMINISTRATION (Lockshin, Amanda) (Entered: 05/09/2023) |
| 05/09/2023 | 7 | SUPPLEMENTAL MEMORANDUM to re 6 MOTION to Dismiss filed by RICHARD WALSH. (zjm) (Entered: 05/11/2023) |
| 05/10/2023 | 5 | CERTIFICATE OF SERVICE by SOCIAL SECURITY ADMINISTRATION re 4 Notice of Appearance . (Lockshin, Amanda) (Entered: 05/10/2023) |
| 05/11/2023 | 8 | NEW Pro Se Consent To Receive Notices of Electronic Filing by RICHARD WALSH (zjm) (Entered: 05/12/2023) |
| 05/16/2023 | 9 | FOX/NEAL ORDER: Plaintiff is hereby ORDERED to respond to Defendant's amended motion to dismiss, Dkt. 6 , on or before June 22, 2023. See document for details. Signed by Judge Randolph D. Moss on 5/16/2023. (lcrdm1) (Entered: |

| | | |
|---|---|---|
| | | 05/16/2023) |
| 05/16/2023 | 10 | STANDING ORDER: The parties are hereby ORDERED to comply with the directives set forth in the attached Standing Order. See document for details. Signed by Judge Randolph D. Moss on 5/16/2023. (lcrdm1) (Entered: 05/16/2023) |
| 05/19/2023 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ELMHURST HOSPITAL MEDICAL CENTER served on 5/15/2023, answer due 6/5/2023; QUEENS HOSPITAL MEDICAL CENTER served on 5/15/2023, answer due 6/5/2023; RENAISANCE EQUITY HOLDINGS LLC served on 5/8/2023, answer due 5/29/2023; AMY SECTER served on 5/16/2023, answer due 6/6/2023; T−MOBILE served on 5/6/2023, answer due 5/27/2023; WESTERN UNION served on 5/16/2023, answer due 6/6/2023. (ztth) (Main Document 13 replaced on 5/25/2023) (ztth). (Entered: 05/25/2023) |
| 05/19/2023 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AARP AND BARCLAYS served on 5/5/2023, answer due 5/26/2023; ALL JUDGES IN NASSAU COUNTY FAMILY COURT served on 5/5/2023, answer due 5/26/2023; DARIN BILLIG served on 5/5/2023, answer due 5/26/2023; RANDALL ENG served on 5/5/2023, answer due 5/26/2023; GARY M. KAVULICH served on 5/5/2023, answer due 5/26/2023; KAVULICH & ASSOCIATES, P.C. served on 5/5/2023, answer due 5/26/2023; NASSAU COUNTY served on 5/5/2023, answer due 5/26/2023; STEVEN P. ORLOWSKI served on 5/5/2023, answer due 5/26/2023; PARK & NGUYEN served on 5/5/2023, answer due 5/26/2023; RICHARD WALSH served on 5/5/2023, answer due 5/26/2023. (ztth) (Entered: 05/25/2023) |
| 05/19/2023 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KIMBERLY C. BROWN served on 4/27/2023; AUGUST FLENTJE served on 4/27/2023; ISABELLA CASILLAS GUZMAN served on 4/27/2023; KILOLO KUAKAZI served on 4/27/2023; JOHN G. ROBERTS served on 4/27/2023; SOCIAL SECURITY ADMINISTRATION served on 4/27/2023; UNITED STATES POSTAL SERVICE POSTMASTER GENERAL served on 4/27/2023; UNITED STATES SMALL BUSINESS ADMINISTRATION served on 4/27/2023, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. KIMBERLY C. BROWN served on 4/27/2023; AUGUST FLENTJE served on 4/27/2023; ISABELLA CASILLAS GUZMAN served on 4/27/2023; KILOLO KUAKAZI served on 4/27/2023; JOHN G. ROBERTS served on 4/27/2023; SOCIAL SECURITY ADMINISTRATION served on 4/27/2023; UNITED STATES POSTAL SERVICE POSTMASTER GENERAL served on 4/27/2023; UNITED STATES SMALL BUSINESS ADMINISTRATION served on 4/27/2023. (ztth) (Entered: 05/25/2023) |
| 05/19/2023 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEES COUNTIES IN NEW YORK served on 5/10/2023, answer due 5/31/2023; AMERICAN EXPRESS served on 5/10/2023, answer due 5/31/2023; DISCOVER served on 5/10/2023, answer due 5/31/2023; FEDEX EXPRESS served on 5/10/2023, answer due 5/31/2023; ZANE HOFFMANN served on 5/10/2023, answer due 5/31/2023; JAMAICA HOSPITAL MEDICAL CENTER served on 5/10/2023, answer due 5/31/2023; JP MORGAN CHASE BANK, N.A. served on 5/10/2023, answer due 5/31/2023; LEXISNEXIS RIST SOLUTION BUREAU LLC served on 5/10/2023, answer due 5/31/2023; LOGISTICS HEALTH INCORPORATED served on 5/11/2023, answer due 6/1/2023. (ztth) (Entered: 05/25/2023) |

| | | |
|---|---|---|
| 05/19/2023 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VALERIE CAPRONI served on 5/12/2023, answer due 6/2/2023; PAMELA C. CHEN served on 5/12/2023, answer due 6/2/2023; CITY MD BROOKLYN HEIGHT served on 5/12/2023, answer due 6/2/2023; CSC HOLDINGS, LLC served on 5/12/2023, answer due 6/2/2023; FULTON VISION CENTER, LLC served on 5/12/2023, answer due 6/2/2023; BETH GOLDBERG served on 5/12/2023, answer due 6/2/2023; CURTIS JACKSON served on 5/12/2023, answer due 6/2/2023; DEBRA ANN LIVINGSTON served on 5/12/2023, answer due 6/2/2023; NEW YORK STATE served on 5/12/2023, answer due 6/2/2023; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION served on 5/12/2023, answer due 6/2/2023; NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE served on 5/12/2023, answer due 6/2/2023; NYU LANGONE HEALTH PULMONARY served on 5/12/2023, answer due 6/2/2023; OPTIMUM CABLE served on 5/12/2023, answer due 6/2/2023; STAPLE, INC. served on 5/12/2023, answer due 6/2/2023. (ztth) (Entered: 05/25/2023) |
| 05/19/2023 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEES COUNTIES IN NEW YORK served on 5/11/2023, answer due 6/1/2023; ALL THE JUDGES IN THE NEW YOR STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES served on 5/11/2023, answer due 6/1/2023; ALEXANDRA E. CLAUS served on 5/11/2023, answer due 6/1/2023; NEW YORK CITY served on 5/11/2023, answer due 6/1/2023; NEW YORK PRESBYTERIAN HOSPITAL/ COLUMBIA served on 5/11/2023, answer due 6/1/2023; NYC HEALTH + HOSPITALS/ MCKINNEY served on 5/11/2023, answer due 6/1/2023; WILLIAM STREET CLINIC served on 5/11/2023, answer due 6/1/2023. (ztth) (Entered: 05/25/2023) |
| 05/19/2023 | 19 | Memorandum in opposition to 6 Motion to Dismiss filed by AROR−ARK ARK O'DIAH. (Attachment: # 1 Exhibits 1 − 3) (ztth) (Entered: 05/25/2023) |
| 05/22/2023 | 11 | MEMORANDUM OPINION AND ORDER: For the reasons stated in the attached Memorandum Opinion, it is hereby ORDERED that Plaintiff's complaint, Dkt. 1 , is DISMISSED without prejudice, except that all claims seeking damages against judges or justices for acts taken in their judicial capacities are dismissed with prejudice. See document for details. Signed by Judge Randolph D. Moss on 5/22/2023. (lcrdm1) (Entered: 05/22/2023) |
| 05/23/2023 | 12 | NOTICE OF SUBSTITUTION OF COUNSEL by Brian J. Levy on behalf of SOCIAL SECURITY ADMINISTRATION Substituting for attorney Amanda Lockshin (Levy, Brian) (Entered: 05/23/2023) |
| 06/02/2023 | | MINUTE ORDER: After the Court dismissed Plaintiff's initial complaint, Dkt. 11 , Plaintiff submitted an amended complaint to the Court. Leave to file this amended complaint is DENIED for failure to comply with the Court's Standing Order, Dkt. 10 . Specifically, the Standing Order states that "[a]ny amended or proposed amended pleading or other filings must be accompanied by a redline comparison between the original and the amended filing or proposed amended filing," and Plaintiff's proposed amended complaint was not accompanied by a redline. Id. at 3. If Plaintiff wishes to file an amended complaint, he must include a redline with the original complaint that indicates what changes he has made. Signed by Judge Randolph D. Moss on 6/2/2023. |

| | | |
|---|---|---|
| | | (lcrdm1) (Entered: 06/02/2023) |
| 06/20/2023 | 20 | LEAVE TO FILE DENIED− AROR−ARK ARK O'DIAH − Amended Complaint − This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "LEAVE TO FILE DENIED. Plaintiff has failed to comply with the court's order to provide a redline of changes." Signed by Judge Randolph D. Moss on 06/20/2023. (zjm) (Entered: 06/29/2023) |
| 06/23/2023 | 21 | LEAVE TO FILE DENIED− AROR−ARK ARK O'DIAH − Amended Complaint − This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. 'LEAVE TO FILE DENIED." Signed by Judge Randolph D. Moss on 06/23/2023. (zjm) (Entered: 06/29/2023) |
| 06/28/2023 | | MINUTE ORDER: After the Court dismissed Plaintiff's original complaint, Dkt. 11 , Plaintiff submitted a proposed amended complaint to the Court. The Court denied leave to file, because the proposed amended complaint did not comply with the Court's Standing Order, Dkt. 10 . Specifically, the Standing Order states that "[a]ny amended or proposed amended pleading or other filings must be accompanied by a redline comparison between the original and the amended filing or proposed amended filing," and Plaintiff's proposed amended complaint was not accompanied by a redline. Id. at 3. Plaintiff has now submitted a proposed second amended complaint, but once again it is not accompanied by a redline comparison, as required by the Court's Standing Order. As a result, leave to file the proposed second amended complaint is DENIED. The Court will provide Plaintiff three additional weeks to file an amended complaint that complies with the Court's standing order. But if Plaintiff does not do so on or before July 18, 2023, the Court will enter judgment in favor of Defendants and dismiss the case. Signed by Judge Randolph D. Moss on 6/28/2023. (lcrdm1) (Entered: 06/28/2023) |
| 07/13/2023 | | MINUTE ORDER: Upon consideration of Plaintiff's ex parte motion for recusal, Dkt. 22 , it is hereby ORDERED that the motion is DENIED. Signed by Judge Randolph D. Moss on 7/13/2023. (lcrdm1) (Entered: 07/13/2023) |
| 09/15/2023 | 23 | MOTION to Dismiss for Lack of Prosecution , MOTION to Dismiss by SOCIAL SECURITY ADMINISTRATION. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Levy, Brian) (Entered: 09/15/2023) |
| 09/22/2023 | 24 | NOTICE *MODIFYING DEFENDANTS MOTION TO DISMISS* by SOCIAL SECURITY ADMINISTRATION re 23 Motion to Dismiss/Lack of Prosecution, (Attachments: # 1 Certificate of Service)(Levy, Brian) (Entered: 09/22/2023) |
| 09/25/2023 | 25 | ORDER: For the reasons stated in the accompanying Order, it is hereby ORDERED that Plaintiff's motion for leave to file the proposed supplemental pleading is DENIED. Defendant Social Security Administration is DIRECTED to supplement its pending motion to dismiss, Dkt. 23 , on or before October 9, 2023, and Plaintiff must respond to that motion on or before October 27, 2023. Plaintiff is cautioned that if he fails timely to respond to the motion, the Court may treat the motion as conceded or may decide the motion on the merits without the benefit of his input. See documents for details. Signed by Judge Randolph D. Moss on 9/25/2023. (lcrdm1) (Entered: 09/25/2023) |
| 10/09/2023 | 26 | Supplement MOTION to Dismiss re 23 by SOCIAL SECURITY ADMINISTRATION. (zjm) (Entered: 10/10/2023) |
| 10/11/2023 | 27 | FOX/NEAL ORDER: Plaintiff is hereby ORDERED to respond to Defendant's motion to dismiss, Dkt. 23 ; Dkt. 26 , on or before October 27, 2023. See document for details. |

| | | |
|---|---|---|
| | | Signed by Judge Randolph D. Moss on 10/11/2023. (lcrdm1) (Entered: 10/11/2023) |
| 10/13/2023 | 28 | Memorandum in opposition to re 26 Motion to Dismiss, 23 Motion to Dismiss/Lack of Prosecution, filed by AROR−ARK ARK O'DIAH. (Attachments: # 1 Exhibits, # 2 Affidavit in support from D. Murray, # 3 Affidavit in support from Y. Grant)(zjm) (Entered: 10/25/2023) |
| 10/30/2023 | 29 | MOTION for Extension of Time to File Response/Reply as to 26 MOTION to Dismiss by SOCIAL SECURITY ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Levy, Brian) (Entered: 10/30/2023) |
| 11/01/2023 | | MINUTE ORDER: Upon consideration of Defendant Social Security Administration's motion to extend time, Dkt. 29 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendant Social Security Administration shall file its reply in support of its motion to dismiss on or before November 15, 2023. Signed by Judge Randolph D. Moss on 11/1/2023. (lcrdm1) (Entered: 11/01/2023) |
| 11/15/2023 | 30 | REPLY to opposition to motion re 26 MOTION to Dismiss filed by SOCIAL SECURITY ADMINISTRATION. (Attachments: # 1 Certificate of Service)(Levy, Brian) (Entered: 11/15/2023) |
| 03/15/2024 | 31 | ORDER: For the reasons stated in this Order, Defendant Social Security Administration's motion to dismiss, Dkt. 23, and its supplemental motion to dismiss, Dkt. 26, are GRANTED. It is further ORDERED that Plaintiff's complaint is DISMISSED and the Clerk of the Court is directed to terminate the case. Signed by Judge Randolph D. Moss on 3/15/2024. (lcrdm1) (Entered: 03/15/2024) |
| 04/01/2024 | 32 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 31 Order on Motion to Dismiss for Lack of Prosecution, Order on Motion for Extension of Time to File Response/Reply, Set/Reset Deadlines, 25 Order, Set Deadlines, 11 Memorandum & Opinion, Order, Order, Set Deadlines, by AROR−ARK ARK O'DIAH. Fee Status: No Fee Paid. Parties have been notified. (zjm) (Entered: 04/03/2024) |

RECEIVED
Mail Room
APR - 1 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC

---------------------------------------------------------------x

AROR-ARK ARK O'DIAH,

Plaintiff/Appellant,

V.

CHIEF JUSTICE JOHN G. ROBERTS; JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR; ISABELLA JOH, RENAISANCE EQUITY HOLDING LLC CONTROLLER; UNITED STATES SMALL BUSINESS ADMINISTRATION /A/K/A/ SBA; SBA ADMININSTRATOR ISABEL CASILAS GUZMAN; NYC SBA REGIONAL DISTRICT DIRECTOR BETH GOLDBERG; SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AUGUST FLENTJE; SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR KIMBERLY C. BROWN; KINGS COUNTY HOSPITAL MEDICAL CENTER; SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA, AND SSA COMMISSIONER DR. KILOLO KUAKAZI; UNITED STATES POSTAL SERVICE POSTMASTER GENERAL; CHIEF JUDGE DEBRA ANN LIVINGSTON AND ALL JUDGE IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT; JUDGE VALERIE CAPRONI AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTEN IN NEW YORK CITY; JUDGE PAMELA C. CHEN AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK; JUDGE WILLIAM H. ALSUP AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND IN CALIFORNIA; FORMER CHIEF JUDGE THOMAS AND ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA; RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMANN AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK; **JUDGE RANDOLPH D. MOSS**; NEW YORK CITY and NYC COMPTROLLER SCOTT M. STRINGER, And NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; GARY M. KAVULICH, ESQ.; AARP, AND BARCLAYS; NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES; T-MOBILE, STAPLES, INC.;

1:23-cv-00653(RDM)

**NOTICE OF APPEALS FROM DECISIONS, ORDERS, JUDGMENT ISSUED BY Judge RANDOLPH D. MOSS, ON MAY 22, 2023 THOUGH MARCH 15, 2024, AND THEREAFTER. APPEAL TO THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT..**

**JUDGES AND JUSTICE INVOLVED IN MANY WHITE-COLLAR-CRIMES COVERED-UP WITH CONFLICT OF INTEREST VIOLATED 18 U.S.C. SECTIONS 241 – 242; FEDERAL CIVIL RIGHT ACTS OF 1866, 1964; 42 U.S.C. SECTIONS 1983, 1985, 1986 AND BREACHES OF FIDUCIARY DUTIES VIA INTENTIONAL DISCRIMINATIONS & RETALIATIONS VIA THREATS, AND HARASSMENTS IN DISGUISE...** **Page 1 of 7**

**NEW YORK STATE CHILD SUPPORT PROCESSING CENTER, AND DIRECTOR;** NYU LANGONE HEALTH PULMNARY AND SLEEP MED-BKLYN AND BORIS SAGALOVIC, MD; WORLD TRADE CENTER HEALTH PROGRAM, AND CDC-NATIONAL INSTITUTTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR; NYC HEALTH + HOSPITALS/MCKINNEY; JAMAICA HOSPITAL MEDICAL CENTER; DR. GLENN J. JAKOBSEN; DR. ZANE HOFFMANN; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OFCORRECTIONS AND COMMUNITY SUPERVISION; LOGISTICS HEALTH INCORPORATED; WILLAIM STREET CLINIC; JPMORGAN CHASE BANK, N.A.; FedEx EXPRESS; OPTIMUM CABLE; CSC HOLDINGS, LLC /A/K/A/ ALTICE USA, INC.; CITY MD BROOKLYN HEIGHT; FULTON VISION CENTER, LLC and OWNER; RENAISANCE EQUITY HOLDINGS LLC, AND OWNER, and FLATBUSH GARDENS; CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK; SYNCHRONY BANK; BRIAN DOUBLES; RICHARD WALSH, ESQ; ALEXANDRA E. CLAUS, ESQ; AMY SECTER, ESQ; DARIN BILLIG, ESQ; CURTIS JACKSON, ESQ; PARK & NGUYEN; STEVEN P. ORLOWSKI, ESQ; CAPITAL ONE BANK, N.A.; NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT; TRANS UNION; EXPERIAN; EQUIFAX CREDDIT INFORMATION SERVICES; NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA, and NEW YORK -PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER; ALL THE JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES; KAVULICH & ASSOCIATES, P.C.; AMERICAN EXPRESS FINANCIAL SERVICES, INC; WESTERN UNION FINANCIAL SERVICES, INC; DISCOVER FINANCIAL SERVICES, INC; CHEMOURS COMPANY; HONEYWELL; QUEENS HOSPITAL MEDICAL CENTER; ELMHURST HOSPITAL MEDICAL CENTER; LEXISNEXIS RISK SOLUTION BUREAU LLC; ALL JUDGES IN NASSAU COUNTY FAMILY COURT,
**NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE;**
**SUED IN THEIR INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES,** Defendants/Appellees.

----------------------------------------------------------------------------------x

**PRO SE PLAINTIFF-APPELLANT'S AROR-ARK ARK O'DIAH'S NOTICE OF APPEALS, AND APPEAL TAKEN TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM ALL DECISIONS AND ALL ORDERS AND ALL JUDGMENTS ISSUED BY JUDGE RANDOLPH D. MOSS, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA IN WASHINGTON DC ON MAY 22, 2023 THOUGH MARCH 15, 2024, AND THEREAFTER... DUE TO RACIAL BIASES, RACIAL PREJUDICES, CONFLICT-OF-INTEREST, DISCRIMINATION, RETALIATION...**

Plaintiff have not received the SUMMONS issued to be serve on Defendants: **(1)** Judge RANDOLPH D. MOSS; **(2)** JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR; **(3)** NEW YORK STATE CHILD SUPPORT PROCESS CENTER, AND DIRECTOR; **(4)** NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, And **(5)** ISABELLA JOH. **But these defendants have been served NOTICE OF THIS ABOVE-CAPTION ACTION.** **Pages 2 of 7**

September 11 Victim Compensation Fund Special Masters and Operation Directors conspired with many Federal Courts JUDGES and New York State Supreme Courts JUDGES to lured Racist LANDLORD Renaissance Equity Holdings LLC, Flatbush Gardens, to murder Aror-Ark A. O'Diah. On 08/17/2023, legal mail from DC Court dated 03/23/2023 was delivered to me. And on about 12/08/ 2023, I, Aror-Ark Ark O'Diah received another **Notice and order** from the 9th Cir Court. The 9th Circuit Court **Order** dated 11/01/2023, with **Notice** dated 11/03/2023, were mailed the same date. Also, the U.S. Postal Service conspired with JUDGES to **hold the Order past deadline.** Also, based upon newly discovered evidence shows that effective from September 11, 2001, and continue thereafter to this present date, without stop, the JUDGES whose names appeared below joined with the United States Postal Service, and VCF Special Masters jointly implicitly and explicitly conspiratorially participated to **seized my legal mails past deadline to denied me timely responses to Courts matter**; while, the JUDGES named below conspired to AGREE to discriminatively and retaliatorily adopted, endorsed, sanctioned, and implemented tactics to murder Petitioner Aror-Ark Ark O'Diah. And thereafter, these JUDGES used unconstitutional Sanction Orders and unconstitutional Strict Redline Directive Orders to **"SUBVERT"**, eliminates, invalidates, terminates, and evades the United States CONSTITUTION, LAWS and STATUTORY PROVISION, but WITHOUT SUBSTANTIVE DUE PROCESS to prevent, denied and deprived Petitioner ACCESS to Courts Nationwide after these JUDGES lured Petitioner's LANDLORD, **Renaissance Equity Holdings LLC and Flatbush Gardens Office located at 3301 Foster Avenue, Brooklyn, Ny 11210,** to murder Petitioner and his Spouse that resulted to the Petitioner's Spouse **"WRONGFUL DEATH"** on February 25, 2020, BECAUSE Aror-Ark Ark O'Diah, filed several "JUDICIAL MISCONDUCT COMPLAINTS against many CORRUPTED RACIST JUDGES. **I hereby submit this NOTICE OF APPEAL, and APPEALING each and every decisions, orders and judgments issued on May 22, 2023, through March 15, 2024, by Judge RANDOLPH D. MOSS, Because Judge RANDOLPH D. MOSS is a named Party Defendants in this above-captioned action, even although Judge RANDOLPH D. MOSS fraudulently concealed his identities until he was eventually identified via the Judicial Misconduct Complaint already filed against all the Judges, VCF Special Master/Director and U.S. Postal Service Inspector General named below:**

(1) Former Chief Judge THOMAS, U.S. Court of Appeals, 9th Circuit;
(2) Judge WILLIAM H. ALSUP, U.S. District Court, Northern District of California.
(3) Chief Judge DEBRA ANN LIVINGSTON, U.S. Court of Appeals, 2nd Circuit, New York;
(4) Judge VALERIE CAPRONI, U.S. District Court, Southern District of New York, New York;
(5) Judge PAMELA K. CHEN, U.S. District Court, Eastern District of New York, Brooklyn, NY;
(6) Late Judge SANDRA J. FEUERSTEIN, U.S. District Court, Eastern District of New York, NY;
(7) Late former Chief Judge ROBERT A. KATZMANN, U.S. Court of Appeals, 2nd Circuit, NY;
(8) Judge RANDOLPH D. MOSS, U.S. District Court, District of Columbia, Washington, DC;
(9) 9/11 VICTIM COMPPENSATION FUND SPECIAL MASTERS AND OPERATION DIRECTORS;
(10) U.S. POSTAL SERVICE INSPECTOR GENERAL AND POSTMASTER GENERAL.,

But these JUDGES continue to use their judicial power racially and corruptly as action taken outside their judicial capacities to attempted multiple times to murder Aror-Ark Ark O'Diah, in disguise via extrajudicial conspiracies by threats of irreparable harms, harassments in disguise, retaliation, punishment for exercising rights, discriminations, denied and deprived constitutional rights, by using unconstitutional sanction **but without substantive due process**. **Page 3 of 7**

**BASIS FOR SUBMISSIONS OF THIS NOTICE OF APPEAL APPEALING ALL ORDERS-DECISIONS:**

1. **LIBELOUS, DEFAMATION, SLANDER, DEPRIVATION OF RIGHTS:** Newly discovered evidence shows that effective from September 11, 2001, and continues thereafter to present, all the Judges named on page numbered-One above implicitly and explicitly conspired to use unconstitutional sanction order and unconstitutional Strict Redline Directive Order without substantive due process to denied and deprived Petitioner Aror-Ark Ark O'Diah right to his properties, and thereafter used the orders to defamed, slandered and subject me to libelous irreparable injuries and denied ACCESS to Courts;

2. **THREAT VIA EXTRAJUDICIAL CONSPIRACIES:** Petitioner Aror-Ark Ark O'Diah, hereby incorporated all statement in paragraph numbered-one above into this claim-2 as if they were stated in this paragraph numbered-Two. On 09/11/2001, and continue to this present date without stop, the Judges named on page numbered-One subject Petitioner to threats of irreparable harm via extrajudicial conspiracies; **18 U.S.C. Section 241-242.**

3. **HARASSMENT IN DISGUISE BY USE OF UNCONSTITUTIONAL SANCTION ORDER:** Newly discovered evidence on about 10/15/2023 shows that effective from 09/11/2001, and continues thereafter to present without stop, The September 11 Victim Compensation Fund Special Master and Director of Operation and Judge RANDOLPH D. MOSS were implicitly and explicitly unduly influenced and participated in joint conspiracies with all the Judges named on page numbered-One above joined by all the Defendants named in the Civil case docketed 1:23-cv-00653(RDM) in the U.S. District Court for the District of Columbia to influence Petitioner's Landlord to murder Petitioner and his Spouse that resulted to untimely death and wrongful death of Petitioner's Spouse on 02/25/2020. And used unconstitutional sanction order and Strict Redline Directive Order to denied and deprived Petitioner's ACCESS to all Courts but without Substantive Due Process;

4. **INTIMIDATION BY USE OF UNCONSTITUIONAL STRICT REDLINE DIRECTIVE ORDER:** Newly discovered evidence shows that effective from 09/11/2001, and continues thereafter to this present date without stop The September 11 Victim Compensation Fund Special Master and Director of Operation joined by the Judge named on page numbered-One above with the Defendants named in Civil Action docketed CASE NUMBER 1:23-CV-00653(RDM) AROR-ARK ARK O'DIAH vs. CHIEF JUSTICE JOHN G. ROBERTS, ET AL.; via extrajudicial implicit and explicit conspiracies hired hardcore criminal and Petitioner's Landlord to discriminatively and retaliatorily assaulted Petitioner to cause Petitioner irreparable physical bodily injuries, and murder Petitioner's Spouse on 02/25/2020 because Petitioner filed "Judicial Misconduct Complaint"; And uses unconstitutional sanction order and Strict Redline Directive order to denied and deprived Petitioner ACCESS to Courts but without substantive due process. **See, 18 U.S.C. Sections 241 – 242. CONFLICT-OF-INTEREST EXIST.**
   9/11 VICTIM COMPENSATION SPECIAL MASTER AND OPERATION DIRECTOR LIED. AND BOTH OF THEM CONSPIRED WITH JUDGES AND U.S. POSTAL SERVICE AND LANDLORD TO DISCRIMINATES AND RETALIATES BASED UPON NATIONAL ORIGIN IDENTITY. **Pages 4 of 7**

5. **UNLAWFUL SEIZURES OF LEGAL AND BUSINESSES MAILS, FIVE VEHICLES, $400,000.00:** Newly discovered evidence on February 8, 2024, shows that effective from June 12, 2012, and continues to this present dates without stop, Judges whose names appeared on page numbered-One above conspired with Petitioner's Landlord, joined by the U.S. Postal Service Inspector General and U.S. Postmaster General and Local U.S. Postal Service Post Office manager and Employees with the Defendants named in Civil Action having Case Number 1:23-cv-00653 (RDM) via extrajudicial implicit and explicit conspiracies to search and seized Petitioner's legal and businesses mails resulted to missing Courts filing deadline, healthcare appointments and businesses loses $400,000; and resulted to dismissal of cases; and thereafter, Judges used unconstitutional sanction orders and Strict Redline Directive Order to denied and deprived Petitioner ACCESS to Courts but without substantive due process; **See, 18 U.S.C. Sections 241 – 242.**

6. **RETALIATION:** Newly discovered evidence shows the Judges names appears on pages numbered-One above joined by The September 11 Victim Compensation Fund Special Master and Operation Director joined the Defendants named in Civil Case NUMBER 1:23-CV-00653(RDM) to cause Petitioner bodily injuries on May 7, 2021, and 09/02/2021, near the Flatbush Avenue and Nostrand Avenue Intersection, in Brooklyn to CAUSE Petitioner BODILY INJURIES BY ASSAULT WHEREBY, JUDGES LURED PETITIONER'S LANDLORD RENAISSANCE EQUITY HOLDING LLC AND FLATBUSH GARDENS OFFICE AND PROPERTIES MANAGER TO CAUSE PETITIONER BODILY INJURIES BECAUSE PETITIONER FILED CIVIL RIGHT COMPLAINT AND JUDICIAL MISCONDUCT COMPLAINT;

7. **PUNISHMENT FOR EXERCISING RIGHTS AND THE OMISSION CAUSE WRONGFUL DEATH:** On about October 12, 2023, and continues thereafter to present without stop, newly discovered evidence shows that Nassau County Family Courts Judges in New York, and New York State Supreme Courts Judges in Kings and Queens Counties and THE SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AND OPERATION DIRECTOR conspired with the federal Courts Judges names appears on Page Numbered-One above to attempted to extort $63, 000.00 (sixty-two thousand U.S. Dollar) from Petitioner on false Child Support Collection Arears, but because Petitioner contested the false child support, the Judges conspired to use false witnesses and fabricated testimonies and false police reports to kidnapped Petitioner into prison, and thereafter attempted to murder Petitioner inside prison because Petitioner file Civil and Judicial misconduct complaint; And unconstitutional sanction were used to hide the truth;

8. **DISCRIMINATION**: ON SEPTEMBER 11, 2001, AND CONTINUES THEREAFTER TO THIS PRESENT DATE, PETITIONER HAS BEEN DELIBERATELY MISREPRESENTED TO NASSAU COUNTY POLICE OFFICERS AND TO PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICER THAT PETITIONER WAS A **"TERRORIST"** AND RESULTED TO 31 FALSE ARRESTS, SEARCHES, SEIZURES, INDICTMENT, MALICIOUS PROSECUTION, IMPRISONED. AND THEREAFTER, ALL THE JUDGES USED UNCONSTITIONAL SANCTION ORDER AND STRICT REDLINE DIRECTIVE ORDER TO DENIED ACCESS TO COURTS;

9. **SUMMARIES OF SUPPLEMENTAL FACT IN SUPPORT OF CAUSES OF APPEAL:**

I, **Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH**, I am the Petitioner, and my late Spouse, YONETTE ANTOINETTE GRANT /A/K/A/ YONETTE A. GRANT /A/K/A/ YONETTE GRANT, the Victim, we were providing Tour Guard-Guild Tourism-Tourist Sightseeing Services for 20 of our Businesses Client near the WORLD TRADE CENTER on September 11, 2001. **Petitioner invoked 28 U.S.C. Section 351-364, and 18 U.S.C. Section 241-242**.

On about September 11, 2001, and continue to June 22, 2006, the NASSAU COUNTY POLICE DEPARTMENT POLICE OFFICERS, AND THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT POLICE OFFICERS were falsely made to believes by the Judges named on page number-1 that Petitioner was a **"TERRORIST"** because on September 11, 2001, and continue through June 22, 2006, Petitioner and his late Spouse YONETTE ANTOINETTE GRANT were frequent at the WORLD TRADE CENTER area.

On about September 11, 2001, and continue through June 22, 2006, Petitioner was illegally placed on **UNLAWFUL SURVEILLANCES** and subjected to **ILLEGAL CENSORSHIP** on the false assertions that Petitioner is a **"TERRORIST"** solely because the Petitioner is a FREELANCE JOURNALIST and also operates Self-Employed Tourism Tourist Sightseeing Private Businesses at "**TIMESPEED CONSULTING-HOSPITALITY AND TOURISM SERVICES, INC.", a division of "TIMESPEED INFORMATION AND PROTECTIVE SERVICES, INC."**

On about January 26, 2007, or soon thereafter, Petitioner was diagnosed for **PROSTATE CANCER**, and was treated at the New York State Department of Correction from January 26, 2007 through December 13, 2013, when Petitioner was wrongfully imprisoned after Petitioner was falsely arrested 31 times for false charges of **"TERRORIST"** because Petitioner was near the WORLD TRADE CENTER on September 11, 2001, and thereafter through June 22, 2006, when **"TERRORIST"** CHARGES were dropped by the PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE; but thereafter filed false ASSAULT charges against Petitioner on June 22, 2006, after Petitioner was placed on **ILLEGAL SURVEILLANCE AND ILLEGAL CENSROSHIP** from September 11, 2001 through June 22, 2006, when Petitioner was falsely charged for ASSAULTING Port Authority of New York and New Jersey Police Officer because the NASSAU COUNTY POLICE OFFICERS and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS were unable to provide any evidence to support their false claims that Petitioner was a **'TERRORIST".**

On about June 6, 2017, my late Spouse **YONETTE ANTOINETTE GRANT** was **diagnosed for 4-stage CANCERS of the OVARIES, STOMACH, LUNG, LIVER, PELVIC, RECTAL, and BREAST.** We, **AROR-ARK ARK O'DIAH**, and **YONETTE ANTOINETTE GRANT** both believes that our CANCER diagnoses were related to the DEBRIS AND MICRO-MOLECULAR COMPOUND and HAZARDOUS SUBSTANCES inhaled during the period of September 11, 2001 through May 30, 2002, and continue through June 22, 2006, near the WORLD TRADE CENTER. **See, 18 U.S.C. Sections 241 – 242.**

I, **AROR-ARK ARK O'DIAH** believes that September 11 Victim Compensation Fund Special Master and Operation Director and the Judges whose names appears on page numbered-One discriminatively and retaliatorily lured Nassau County Police and Port Authority Police to file false charges after I filed judicial misconduct complaint and because our Businesses Provides Tourist Tour Guard-Guild Tourism Sightseeing Services in the area of the WORLD TRADE CENTER on 09/11/2001 and thereafter; Also, I, **AROR-ARK ARK O'DIAH,** I am a FREELANCE JOURNALIST, and I covered the WORLD TRADE CENTER site where I was falsely arrested 31 times while searching for my missing Clients. Also, I, **AROR-ARK ARK O'DIAH, and my late Spouse, YONETTE ANTOINETTE GRANT** we were both compelled to volunteered to help as escort, guard and direct movement in our process of trying to gather information about our missing CLIENTS on 09/11/2001.

On September 11, 2001, and continues soon thereafter, Immigrant and Muslim were targeted, taunted and singled out and **FALSELY LABELLED THEM "TERRORIST"** because the NEWS REPORTED that the **"TERRORIST"** were Immigrant and Muslims; hence, it was not safe for Immigrants and Muslims in New York City to identified themselves Publicly as Immigrant nor Muslim for fear of being subjected to **FALSE ARREST and MALICIOUS PROSECUTION via DELIBERATE MISREPRESENTATION and false IMPRISONMENTS**.

On about September 11, 2001, through June 22, 2006, I, **Aror-Ark Ark O'Diah was falsely arrested 31 times and releases 29 times but falsely charged 2 times** upon the knowledge that I was at the WTC where I was accused and unlawfully detained and unlawfully held in Manhattan after the WORLD TRADE CENTER TWIN TOWER collapsed.

**I, AROR-ARK ARK O'DIAH** who was falsely arrested 31 times and falsely ACCUSED on September 11, 2001 through June 22, 2006; was also placed on **SURVEILLANCE** and subjected to unlawful **CENSORSHIP;** whereby, I was falsely called **"TERRORIST";** and thereafter, falsely arrested 31 times but also released 29 times due to my presence at the WORLD TRADE CENTER Areas on September 11, 2001. **WHEREFORE, I Aror-Ark Ark O'Diah believes that** I and my late Spouse were victims of the "EXPOSURE ZONE" also called "GROUNDS ZERO" at the WTC Site. **I believes that I am the only living credible witness on the behalf of my late Spouse YONETTE A. GRANT who died from MULTIPLE CANCERS as cause of death related to EXPOSURE WTC debris on 09/11/2001. But Judges used unconstitutional sanction order and Strict Redline Directive Order to denied and deprived me and my late Spouse ACCESS to Courts without substantive due process in retaliation because I file Judicial Misconduct Complaints against Judges.**

**CERTIFICATION:** WHEREFORE, I, AROR-ARK ARK O'DIAH, hereby DECLARES under penalty of perjury under the law of the United States of America pursuant to 28 U.S.C. Sections 1746 that the above statement on page numbered-One through this page number-Five, including the 20-pages attached are true and correct to the best of my knowledge and recollection. **EXECUTED ON MARCH 28, 2024, IN BROOKLYN, IN NEW YORK.**

Aror-Ark Ark O'Diah **18 USC Sections 241-242.**

**Aror-Ark Ark O'Diah, Pro Se Petitioner. 3403 Foster Ave., Apt 4B, Bklyn, 11210. 7 of 7**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Friday, March 15, 2024 6:59 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00653-RDM O'DIAH v. ROBERTS et al Order on Motion to Dismiss for Lack of Prosecution

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 3/15/2024 at 6:58 PM and filed on 3/15/2024
**Case Name:** O'DIAH v. ROBERTS et al
**Case Number:** 1:23-cv-00653-RDM
**Filer:**
**Document Number:** 31

**Docket Text:**
**ORDER: For the reasons stated in this Order, Defendant Social Security Administration's motion to dismiss, Dkt. 23, and its supplemental motion to dismiss, Dkt. 26, are GRANTED. It is further ORDERED that Plaintiff's complaint is DISMISSED and the Clerk of the Court is directed to terminate the case. Signed by Judge Randolph D. Moss on 3/15/2024. (lcrdm1)**

**1:23-cv-00653-RDM Notice has been electronically mailed to:**

Brian J. Levy brian.levy2@usdoj.gov, Aquilla.Alexander@usdoj.gov, CaseView.ECF@usdoj.gov, elena.haramalis2@usdoj.gov

AROR-ARK ARK O'DIAH aror@timespeedworldwideinfo.com

RICHARD WALSH rwalsh@hwrpc.com

**1:23-cv-00653-RDM Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AROR-ARK ARK O'DIAH,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN G. ROBERTS, *et al.*,<br><br>*Defendants*. | Civil Action No. 23-653 (RDM) |

**ORDER**

Plaintiff Aror-Ark Ark O'Diah filed this suit, *pro se*, on March 9, 2023. His 80-page complaint asserted a bewildering assortment of common-law and constitutional claims against more than 90 Defendants and sought $100,000,000 in damages from each Defendant. *See generally* Dkt. 1. As described in this Court's May 22, 2023 Order dismissing Plaintiff's complaint, Plaintiff's filing made "reference to a racially motivated conspiracy of some kind" that involved various healthcare providers, banks, and commercial businesses (such as T-Mobile and Staples), as well as New York state agencies and federal and state judges. Dkt. 11 at 2 (citing Dkt. 1 at 13–14). Plaintiff further alleged that the judges he named as defendants had taken "actions of some kind 'without substantive due process' and suspended the United States Constitution and that various businesses . . . in some way enforced the assertedly unconstitutional orders of the judges." *Id.* (citing Dkt. 1 at 15–30). The Court was unable to discern from this filing any "intelligible description of the factual basis for Plaintiff's claims" and thus dismissed Plaintiff's complaint for failing to comply with the minimal pleading standard set forth in Federal Rule of Civil Procedure 8(a). Dkt. 11 at 2.

Case 1:23-cv-00653-RDM Document 31 Filed 03/15/24 Page 2 of 4

Plaintiff then tried to file several amended complaints, Dkt. 20; Dkt. 21, all of which substantially restated the original complaint and were not compliant with the Court's Standing Order. *See* Dkt. 10 at 3 (requiring "[a]ny amended or proposed amended pleading or other filings . . . be accompanied by a redline comparison between the original and the amended filing or proposed amended filing"). After the Court rejected those efforts, Plaintiff moved to disqualify the undersigned judge from this case, Dkt. 22, and sought leave to file a third amended complaint that, once again, restated the claims from the original complaint and added the undersigned judge as a defendant. The Court denied both of Plaintiff's motions and explained, among things, that a plaintiff cannot disqualify the judge presiding over his case by amending the complaint to challenge the judge's prior decisions in the case. Min. Order (July 13, 2023); Dkt. 25.

Plaintiff now appears to seek leave once more to file an amended complaint, Dkt. 28.[1] But that document just reasserts the same "conclusory and scattershot factual allegations" that the Court has repeatedly found to fall short of Rule 8(a) pleading obligations. Dkt. 11 at 2. Rule 8 requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). Although a *pro se* litigant's pleadings are held to less stringent standards, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), *pro se* litigants still must comply with the Federal Rules of Civil Procedure, *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Plaintiff has not met Rule 8(a)'s minimal standard in any complaint he has sought to file. Despite his

[1] Though stylized as an opposition to Defendant SSA's motion to dismiss, Dkt. 26, the document Plaintiff filed contains no response to the arguments contained in the motion to dismiss and instead appears to be a complaint.

Case 1:23-cv-00653-RDM Document 31 Filed 03/15/24 Page 3 of 4

repeated attempts, the Court cannot discern precisely what Plaintiff alleges. Nor, for that matter, can the Defendants, *see* Dkt. 26, which is the purpose of Rule 8's pleading standard. *See Coia v. George Washington Hosp.*, No. 08-cv-1355, 2008 WL 3055862, at *1 (D.D.C. Aug. 6, 2008) ("The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of res judicata applies." (citing *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977))).[2]

The Court has given Plaintiff many opportunities to file a pleading that conforms to the Federal Rules and that states a plausible claim for relief. Not only has Plaintiff failed to do so, Plaintiff appears to not even be trying to meet this low bar, as he continues to refile substantially the same pleading. This process must come to an end. Plaintiff has provided the Court with no reason to conclude that, if he were permitted to seek leave to file yet another amended complaint, he would be able to satisfy the requirements of Federal Rules of Civil Procedure 8 and 12(b)(6). *See Abulhawa v. United States Dep't of the Treasury*, 239 F. Supp. 3d 24, 37 (D.D.C. 2017) ("Courts may deny a motion to amend a complaint as futile . . . if the proposed claim would not survive a motion to dismiss.").

Accordingly, it is hereby **ORDERED** that Defendant Social Security Administration's motion to dismiss, Dkt. 23, its supplemental motion to dismiss, Dkt. 26, are **GRANTED**. It is

[2] To the extent the Court can discern any claims, those claims appear to seek damages from dozens of judges for issuing or failing to issue decisions in their judicial capacities, which are barred by judicial immunity. *Mireles v. Waco*, 502 U.S. 9, 9–10 (1991) (describing a long line of Supreme Court precedents that have found "judge[s] . . . immune from . . . suit for money damages"). The Court noted this defect in its order dismissing Plaintiff's original complaint; but Plaintiff nevertheless continues to try to assert those same, barred claims that have already been dismissed with prejudice. Dkt. 11.

further **ORDERED** that Plaintiff's complaint is **DISMISSED** and the Clerk of the Court is directed to terminate the case.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: March 15, 2024

# CERTIFICATE OF PROOF OF SERVICES

I, **Aror-Ark Ark O'Diah,** hereby certify that on the 29th Day of the month of March, year 2024, that I served on the persons whose names and addresses appeared below the following legal Document: **(1) PRO SE PLAINTIFF/APPELLANT'S AROR-ARK ARK O'DIAH'S 7-PAGES NOTICE OF APPEALS TO THE UNITED STATES COURT OF APPEAL FOR THE DISTRICT OF COLUMBIA CIRCUIT FROM U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA DECISION AND ORDERS AND JUDGMENT ISSUED BY JUDGE RANDOLPH D. MOSS ON MAY 22, 2023 THROUGH MARCH 15, 2024, AND (2) THE ORDER APPEALED** placed inside sealed Large Legal Envelopes First Class postage prepaid at the U.S. Postal Service at CHURCH STREET, MANHATTAN, NY 10007, and mailed to:

**CHIEF JUSTICE JOHN G. ROBERTS**
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543

**JUDGE RANDOLPH D. MOSS, USDJ**
U.S. DISTRICT COURT FOR DC
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001-2866

UNITED STATES SMALL BUSINESS ADMINISTRATION;
SBA ADMINISTRATOR ISABEL CASILAS GUZMAN;
409 3RD STREET SW
WASHINGTON, DC 20416

**PRO SE CLERK INTAKE OFFICE**
U.S. DISTRICT COURT FOR DC
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001-2866

SBA NYC REGIONAL DISTRICT DIRECTOR BETH GOLDBERG
SBA NYC REGIONAL DISTRICT OFFICE
26 FEDERAL PLAZA SUITE 3100
NEW YORK, NY 10278

**NYS CHILD SUPPORT PROCESS CTR**
**P.O. BOX 15368**
**ALBANY, NY 12212-5368**

SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER;
SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR,
SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER
1220 L STREET, NW, SUITE 100 – BOX 408
WASHINGTON, DC 20005-4018

**NYS CHILD SUPPORT PROCESS CENTER, DORECTOR, AND NEW YORK STATE DEPARTMENT OF** SSA
**TAXATION AND FINANCE**
**HARRIMAN CAMPUS ROAD**
**ALBANY, NY 12227**

SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA;
COMMISSIONER DR. KILOLO KUAKAZI
601 D STREET, N.W.
WASHINGTON, DC 20530
**ATTN: BRIAN J. LEVY, ASSISTANT UNITED STATES COUNSEL FOR SSA**

UNITED STATES POSTAL SERVICE;
UNITED STATES POSTMASTER GENERAL,
470 L'ENPLANT PLAZA, WASHINGTON, DC 20036-5303

**CHIEF JUDGE DEBRA ANN LIVINGSTON, AND**
**ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT;**
U.S. COURT OF APPEALS FOR SECOND CIRCUIT
40 FOLEY SQUARE
NEW YORK, NY 10007

**JUDGE VALERIE CAPRONI, AND**
**ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY;**
500 PEARL STREET
NEW YORK, NY 10007

**JUDGE PAMELA K. CHEN, AND**
**ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

**JUDGE WILLIAM H. ALSUP, AND**
**ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND;**
450 GOLDEN GAT AVENUE
SAN FRANCISCO, CA 94102

**FORMER CHIEF JUDGE THOMAS, AND**
**ALL JUDGES IN THE U.S. COURT OF APPEALS FOR HE NINTH CIRCUIT IN SAN FRANCISCO** IN **CALIFORNIA**
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

**RETIRED JUDGE RANDALL ENG**, AND
**ALL JUDGE IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT** IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

**RETIRED JUDGE ARTHUR COOPERMAN AND**
**ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;**
11011 QUEENS BOULEVARD, APT 10H
FOREST HILLS, NY 11375

**RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMAN, AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN NEW YORK**
45 MONROE PLACE
BROOKLYN, NY 11201.

**NEW YORK CITY;**
**NEW YORK CITY COMPTROLLER SCOTT M. STRINGER;**
**NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;**
**ATTN: ARITON KARKE, DEPUTY UNIT CHIEF SERVICE PROCESS NYC LAW DEPARTMENT**
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

**NEW YORK STATE;**
**NEW YORK STATE DEPARTMENT OF TEMPORARY AAND DISABILITY ASSISTANCE;**
**NEW YROK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES;**
**ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE**
633 3RD AVE., 38TH FLOOR
ALBANY, NY 10017

T – MOBILE /A/K/A/ T – MOBILE USA /A/K/A/ T – MOBILE CORPORATION
**ATTN: CT – CORPORATION SERVICE COMPANY**
300 DESHUTES WAY SW, STE 304
TUMWATER, WA 98501

STAPLE INC.
**ATTN: STAPLES INC CORPORATE HEADQUARTER**
500 STAAPLES DRIVE
FARMINGHAM, MA 01702

NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN, AND BORIS SAGALOVIC, MD;
2408 OCEAN AVENUE
BROOKLYN, NY 11229

WORLD TRADE CENTER HEALTH PROGRAM;
WILLIAM STREET CLINIC;
156 WILLIAM STREET, SUITE 401
NEW YORK, NY 10038

ALL NEW YORK STATE JUDGES IN THE NEW YORK STATE SUPREME COURT IN QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

**JOHN HOWARD, M.D., ADMINISTRATOR, WTC HEALTH PROGRAM**
**CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, AND DIRECTOR;**
1090 TUSCLUM AVENUE, MS C48
CINCINNATI, OH 45226-1998

NYC HEALTH + HOSPITALS / MCKINNEY
594 ALBANY AVENUE
BROOKLYN, NY 11203
**ATTN: LAJJENNA BARKEY, ASIST DIR PLANNING**

QUEENS HOSPITAL MEDICAL CENTER
82-68 164TH STREET
JAMAICA, NY 11432
**ATTN: ANDREA CRAWFORD, RISK MGMNT**

JAMAICA HOSPITAL CENTER
89-05 134TH STREET
JAMAICA NY 11418
**ATTN: RASHEEDA ALI, RISK MANAGEMENT**

ELMHURST HOSPITAL MEDICAL CENTER
79-01 BROADWAY
ELMHURST, NY 11373
**ATTN: OMA G, RISK MANAGEMENT**

DR. GLENN J. JAKOBSEN
110-20 JAMAICA AVE.
JAMAICA, NY 11418

NEW YORK STATE
**ATTN: NYS AG LETITIA JAMES OFFICE**
28 LIBERTY STREET, 16TH FLOOR
NEW YORK, NY 10005

DR. ZANE HOFFMAN, DC
9314 QUEENS BOULEVARD
RIGO PARK, NY 11374

NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;
**ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE**
633 3RD STREET, 38TH FLOOR
NEW YORK, NY 10017

LOGISTICS HEALTH INCORPORATED
3237 AIRPORT ROAD
LA CROSS, WI 54603

JPMORGAN CHASE BANK, N.A. **ATTN: CT - CORPORATION SYSTEMS**
28 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

FedEx EXPRESS
**ATTN: FedEx Corporate Office**
3620 HACKS CROSS ROAD
BUILDING B, THIRD FLOOR
MEMPHIS, TN 38125

**(4)**

OPTIMUM CABLE;

CSC HOLDINGS, LLC, /A/K/A/ ALTICE USA, INC.;
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

CITY MD BROOKLYN HEIGHT;
135 MONTAGUE STREET
BROOKLYN, NY 11201

FULTON VISION CENTER, LLC, and OWNER;
435 FULTON STREET
BROOKLYN, NY 11201

RENAISSANCE EQUITY HOLDINGS LLC AND OWNER;
FLATBUSH GARDEN; **ATTN: ISABELLA JOH, PROPERTY CONTROLLER**
3301 FOSTER AVENUE
BROOKLYN, NY 11210

CARE CREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK;
SYNCHRONY BANK;
BRIAN DOUBLES;
170 ELECTION ROAD, SUITE 125
DRAPER, UTAH 84020

RICHARD WALSH, ESQ.
HORING WELIKSON ROSS & DIGTUGILIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

ALEXANDRA E. CLAUS, ESQ.
MARTIN CLEARWATER & BELL, LLP
220 EAST 42ND STREET
NEW YORK, NY 10017

AMY SECTER, ESQ.
REED SMITH, LLP
RIVERFRONT PLAZA – WEST TOWER
901 EAST BYRD STREET, SUITE 1900
RICHMOND, VA 23219-4068

DARIN BILLIG, ESQ.
PARK & NGUYEN, 1809 PAULING AVENUE, 2ND FLOOR, BRONX, NY 10462

STEVEN P. ORLOWSKI, ESQ.
BLEALEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

CAPITAL ONE BANK, N.A.;
**ATTN: LITIGATION MANAGEMENT REPRESENTATIVE**
251 LITLE FALLS DRIVE
WILLINGTON, DE 19808

NASSAU COUNTY; AND ALL JUDGES IN NASSAU COUNTY FAMILY COURT; AND NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT;
**ATTN: OFFICE OF THE COUNTY ATTORNEY**
RALPH G. CASO EXECUTIVE AND LEGISLATIVE BUILDING
ONE WEST STREET
MINEOLA, NEW YORK 11501-4820

TRANS UNION
**ATTN: TRANS UNION CORPORATE OFFICE AND HEADQUARTER**
555 W. ADAMS STREET
CHICAGO, IL 60661

EXPERIAN;
**ATTN: CORPORATE HEADQUARTER**
475 ANTON BLVD
COSTA MESA, CA 92626

EQUIFAX INC/A/K/A/ EQUIFAX CREDIT INFORMATION DERVICES, INC.
**ATTN: CT – CORPORATION SERVICE COMPANY,** 1555 PEACHTREE STREET, N.E./S.E.
ATLANTA, GEORGIA 30309

NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA. **ATTN: RISK MANAGEMENT**
466 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK, NY 10017

NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER
466 LEXINGTON AVENYE, 13TH FLOOR
NEW YORK, NY 10017

ALL JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS COUNTY;
**360 ADAM STREET**
BROOKLYN, NY 11201.

GARY M. KAVULICH, ESQ;
KAVULICH & ASSOCIATES, P.C.;
181 WESTCHESTER AVE., SUITE 500C
PORT CHESTER, NY 10573

WESTERN UNION /A/K/A/ WESTERN UNION FINANCIAL SERVICES, INC.
**ATTN: CSTODIAN OF RECORDS LEGAL DEPT – HQ 8**
7001 E. BELLEVIEW
DENVER, CO 80237

AMERICAN EXPRESS /A/K/A/ AMERICAN EXPRESS FINANCIAL SEERVICES, INC.
**ATTN: CT - CORPORATION**
28 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

DISCOVER /A/K/A/ DISCOVER FINANCIAL SERVICES, INC.
**ATTN: CT - CORPORATION**
28 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

AARP
601 E STREET NW
WASHINGTON, DC 20049

BARCLAYS /A/K/A/ BARCLAYS BANK
**ATTN: REBECCA SEMPLE, LEGAL DEPT-AARPBARCLAYS BANK DELAWARE**
125 SOUTH WEST STREET
WILMINGTON, DE 19801

FedEx EXPRESS
293 ATLANTIC AVE
BROOKLYN, NY 11201
**ATTN: MILAGROS, MANAHER**
**ATTN: CHANEL AND RIVAN**

THE CHEMOURS COMPANY
**ATTN: MARCE; WALKER, SOP MANAGER**
1209 ORANGE STREET
WILMINGTON, DELAWARE 19899

STAPLES, INC.
5 UNION SQUARE
NEW YORK, NY 10003
**ATTN: STAPLES STORE MANAGER**

HONEYWELL
**ATTN: CORPORATE HEADQUARTERS**
855 SOUTH MINT STREET
CHARLOTTE, NC 28202

HONEYWELL
**ATTN: HONEYWELL INT'L CORP HQ OFFICE**
127 WEST 30TH STREET, 9TH FLOOR
NEW YORK, NY 10001-3406

LEXISNEXIS RISK SOLUTIONS BUREAU LLC
**ATTN: CT – CORPORATION**
28 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

OPTIMUM
ALTICE USA INC.
**ATTN: LEGAL DEPT SHARE SERVICE**
1111 STEWART AVE., BETHPAGE, NY 11714

I, AROR-ARK ARK O'DIAH, CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA PURSUANT TO 28 U.S.C. SECTION 1746, THAT ON THE MONTH OF MARCH 29, 2024 I SERVED ON EACH OF THE DEFENDANTS WHOSE NAMES AND ADDRESSES APPEARED ABOVE AND ON THE ABOVE-CAPTIONED CIVIL ACTION **1:23-cv-00653(RDM) PRO SE PLAINTIFF AROR-ARK ARK O'DIAH'S NOTICE OF APPEALS WITH ORDER APPEALED AND SENT** BY FIRST CLASS MAIL EXECUTED ON MARCH 29, 2024, IN MANHATTAN, NEW YORK, NEW YORK 10007.

**Aror-Ark Ark O'Diah,** Declarant-Pro Se Plaintiff.
**GLOBAL JUDICIAL WATCH & WORLDWIDE WITNESSES, INC.**
Attn: Aror-Ark Ark O'Diah
3403 Foster Ave., Apt 4B, Brooklyn, NY 11210-6439
Office Phone: (347) 365-1307, Office Mobile: (347) 614-8799
Office Fax: (347) 765-4128
Emails: aror@timespeedworldwideinfo.com Email: GlobalJudicialWatch@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AROR-ARK ARK O'DIAH,<br>*Plaintiff*,<br>v.<br>JOHN G. ROBERTS, *et al.*,<br>*Defendants*. | Civil Action No. 23-653 (RDM) |

**ORDER**

Plaintiff Aror-Ark Ark O'Diah filed this suit, *pro se*, on March 9, 2023. His 80-page complaint asserted a bewildering assortment of common-law and constitutional claims against more than 90 Defendants and sought $100,000,000 in damages from each Defendant. *See generally* Dkt. 1. As described in this Court's May 22, 2023 Order dismissing Plaintiff's complaint, Plaintiff's filing made "reference to a racially motivated conspiracy of some kind" that involved various healthcare providers, banks, and commercial businesses (such as T-Mobile and Staples), as well as New York state agencies and federal and state judges. Dkt. 11 at 2 (citing Dkt. 1 at 13–14). Plaintiff further alleged that the judges he named as defendants had taken "actions of some kind 'without substantive due process' and suspended the United States Constitution and that various businesses . . . in some way enforced the assertedly unconstitutional orders of the judges." *Id.* (citing Dkt. 1 at 15–30). The Court was unable to discern from this filing any "intelligible description of the factual basis for Plaintiff's claims" and thus dismissed Plaintiff's complaint for failing to comply with the minimal pleading standard set forth in Federal Rule of Civil Procedure 8(a). Dkt. 11 at 2.

Plaintiff then tried to file several amended complaints, Dkt. 20; Dkt. 21, all of which substantially restated the original complaint and were not compliant with the Court's Standing Order. *See* Dkt. 10 at 3 (requiring "[a]ny amended or proposed amended pleading or other filings . . . be accompanied by a redline comparison between the original and the amended filing or proposed amended filing"). After the Court rejected those efforts, Plaintiff moved to disqualify the undersigned judge from this case, Dkt. 22, and sought leave to file a third amended complaint that, once again, restated the claims from the original complaint and added the undersigned judge as a defendant. The Court denied both of Plaintiff's motions and explained, among things, that a plaintiff cannot disqualify the judge presiding over his case by amending the complaint to challenge the judge's prior decisions in the case. Min. Order (July 13, 2023); Dkt. 25.

Plaintiff now appears to seek leave once more to file an amended complaint, Dkt. 28.[1] But that document just reasserts the same "conclusory and scattershot factual allegations" that the Court has repeatedly found to fall short of Rule 8(a) pleading obligations. Dkt. 11 at 2. Rule 8 requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). Although a *pro se* litigant's pleadings are held to less stringent standards, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), *pro se* litigants still must comply with the Federal Rules of Civil Procedure, *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Plaintiff has not met Rule 8(a)'s minimal standard in any complaint he has sought to file. Despite his

[1] Though stylized as an opposition to Defendant SSA's motion to dismiss, Dkt. 26, the document Plaintiff filed contains no response to the arguments contained in the motion to dismiss and instead appears to be a complaint.

repeated attempts, the Court cannot discern precisely what Plaintiff alleges. Nor, for that matter, can the Defendants, *see* Dkt. 26, which is the purpose of Rule 8's pleading standard. *See Coia v. George Washington Hosp.*, No. 08-cv-1355, 2008 WL 3055862, at *1 (D.D.C. Aug. 6, 2008) ("The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of res judicata applies." (citing *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977))).[2]

The Court has given Plaintiff many opportunities to file a pleading that conforms to the Federal Rules and that states a plausible claim for relief. Not only has Plaintiff failed to do so, Plaintiff appears to not even be trying to meet this low bar, as he continues to refile substantially the same pleading. This process must come to an end. Plaintiff has provided the Court with no reason to conclude that, if he were permitted to seek leave to file yet another amended complaint, he would be able to satisfy the requirements of Federal Rules of Civil Procedure 8 and 12(b)(6). *See Abulhawa v. United States Dep't of the Treasury*, 239 F. Supp. 3d 24, 37 (D.D.C. 2017) ("Courts may deny a motion to amend a complaint as futile . . . if the proposed claim would not survive a motion to dismiss.").

Accordingly, it is hereby **ORDERED** that Defendant Social Security Administration's motion to dismiss, Dkt. 23, its supplemental motion to dismiss, Dkt. 26, are **GRANTED**. It is

[2] To the extent the Court can discern any claims, those claims appear to seek damages from dozens of judges for issuing or failing to issue decisions in their judicial capacities, which are barred by judicial immunity. *Mireles v. Waco*, 502 U.S. 9, 9–10 (1991) (describing a long line of Supreme Court precedents that have found "judge[s] . . . immune from . . . suit for money damages"). The Court noted this defect in its order dismissing Plaintiff's original complaint; but Plaintiff nevertheless continues to try to assert those same, barred claims that have already been dismissed with prejudice. Dkt. 11.

further **ORDERED** that Plaintiff's complaint is **DISMISSED** and the Clerk of the Court is directed to terminate the case.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: March 15, 2024

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AROR-ARK ARK O'DIAH,<br>*Plaintiff*,<br>v.<br>JOHN G. ROBERTS, *et al.*,<br>*Defendants*. | Civil Action No. 23-653 (RDM) |

**ORDER**

Plaintiff Aror-Ark Ark O'Diah, *pro se*, filed this suit in March 2023 against numerous federal and state judges whose rulings in unrelated actions dissatisfied Plaintiff. Dkt. 1 at 16–17. The Court dismissed the action on May 22, 2023, because "much of Plaintiff's complaint appears to seek damages from Chief Justice Roberts and dozens of other judges for issuing or failing to issue decisions in their judicial capacities" and "the doctrine of judicial immunity bars such claims." Dkt. 11 at 2. The Court did, however, permit Plaintiff to file an amended complaint, provided that he comply with the Court's Standing Order requiring "[a]ny amended or proposed amended pleading or other filings . . . be accompanied by a redline comparison between the original and the amended filing or proposed amended filing." Dkt. 10 at 3. Plaintiff then submitted two proposed amended complaints. Dkt. 20; Dkt. 21. But both complaints substantially restated the original complaint and were not compliant with the Court's Standing Order. The Court therefore denied Plaintiff leave to file both the first and second amended complaints, on June 2, 2023 and June 28, 2023 respectively. Upon denial of Plaintiff's second unsuccessful attempt to substantially refile the original dismissed complaint, Plaintiff moved to disqualify the undersigned judge from this case. Dkt. 22. The Court denied that motion on July

13, 2023. Now, Plaintiff has submitted what he stylizes as a proposed third amended complaint. In doing so, however, Plaintiff seeks to add the undersigned judge as a defendant and seeks to assert claims based on the undersigned's denial of his prior attempts to amend his complaint and denial of Plaintiff's motion to recuse.

Although fashioned as a proposed third amended complaint, Plaintiff's most recent filing is properly treated as a motion to supplement, as the proposed pleading seeks to add claims based on events that occurred after the prior complaints were filed. *See* Fed. R. Civ. P. 15(d). A supplemental pleading requires leave of the Court to file. *Id.*; *see also United States v. Hicks*, 283 F.3d 380, 385 (D.C. Cir. 2002) ("[S]upplements always require leave of the court."). This Court is thus faced with the question of whether to permit Plaintiff to file the proposed supplemental complaint.

Although 28 U.S.C. §455(b)(5)(i) provides that a judge "shall . . . disqualify himself" when he "[i]s a party to the proceeding," "the undersigned is not currently a party to this case and the gravamen of the claim[] the Plaintiff seeks to add is that the Court has incorrectly decided a variety of motions," *Bozgoz* v. *Haynes*, No. 19-2790, 2020 WL 4462980, at *3 (D.D.C. Aug. 4, 2020). As the Court explained in a similar case:

> [A] party may not engage in judge-shopping by seeking leave to add the assigned judge whenever dissatisfied with the Court's rulings. . . . Were that a sufficient basis to obtain leave to add and thereby to disqualify the judge, disappointed parties could continuously seek to disqualify the assigned judges, until they either obtain rulings with which they agree or they exhaust the pool of available judges. Such an approach would undermine the very purpose that § 455 was designed to serve—fostering public confidence in the integrity of the judicial process.

*Id.* Courts have thus "'refused to disqualify themselves under [§] 455(b)(5)(i) unless there is a legitimate basis for suing the judge' in order to prevent plaintiffs from 'judge-shopping.'" *Rodriguez ex rel. Rodriguez-Hazbun v. Nat'l Ctr. for Missing & Exploited Child.*, No. 03-120,

2005 WL 736526, at *16 (D.D.C. Mar. 31, 2005) (quoting *Andersen v. Roszkowski*, 681 F. Supp. 1284, 1289 (N.D. Ill. 1988)); *see also United States v. Nagy*, 19 F. Supp. 2d 139, 140 (S.D.N.Y. 1998) ("A judge is not disqualified merely because a litigant sues or threatens to sue him. Such an easy method for obtaining disqualification should not be encouraged or allowed." (internal quotation marks omitted)).

Here, as in those cases, this is not Plaintiff's first attempt to relitigate already adjudicated disputes by seeking to disqualify the presiding judge. *See, e.g.*, *Rodriguez*, 2005 WL 736526, at *16 (describing the plaintiff's efforts to name as a defendant the presiding judge in that case while also moving to disqualify the same judge). Plaintiff has already tried, and failed, to disqualify the undersigned judge from this proceeding. Dkt. 22. Plaintiff can, of course, appeal that decision at the appropriate time. But Plaintiff "cannot circumvent" the proper procedure for seeking to disqualify a judge "by repackaging" his arguments "in the form of a motion for leave to file a supplemental complaint naming the presiding judge as a party." *Bozgoz*, 2020 WL 4462980, at *4. The Court has little doubt, moreover, that were the undersigned judge to recuse based on this ploy, Plaintiff would utilize the same tactic each time any subsequently assigned judge decides a motion in a manner that he does not like, leading to a never-ending cascade of recusals. For reasons that are all too plain, permitting such an abuse of the judicial process is intolerable.

The Court will, accordingly, **DENY** Plaintiff leave to file the proposed supplemental pleading. In the ordinary course, this might end things for Plaintiff, who has repeatedly failed to comply with the Court's standing order regarding motions for leave to amend and who asserts claims that are both incomprehensible and frivolous. The difficulty presented here, however, is that Plaintiff's proposed supplemental pleading suffers from multiple infirmities, and those

infirmities may call for distinct dispositions. Most notably, to the extent Plaintiff improperly seeks to add the undersigned as a defendant, the Court would be inclined merely to deny that request but not to dismiss the entire action on that ground alone. But to the extent Plaintiff has continued to ignore this Court's standing order and, more importantly, has failed to state a coherent theory of relief, the Court would be inclined to dismiss the action. So, for the sake of both clarity and finality, the Court will **DIRECT** that Defendant Social Security Administration supplement its pending motion to dismiss on or before October 9, 2023, and Plaintiff respond to that motion on or before October 27, 2023. Plaintiff is cautioned that if he fails timely to respond to the motion, the Court may treat the motion as conceded or may decide the motion on the merits without the benefit of his input.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 25, 2023

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AROR-ARK ARK O'DIAH,<br>*Plaintiff*,<br>v.<br>JOHN G. ROBERTS, *et al.*,<br>*Defendants*. | Civil Action No. 23-653 (RDM) |

**MEMORANDUM OPINION AND ORDER**

This matter comes before the Court on review of Plaintiff Aror-Ark Ark O'Diah's *pro se* civil complaint. For the reasons provided below, the Court will dismiss the complaint.

A *pro se* litigant's pleadings are held to less stringent standards than the standard applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of res judicata applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, Plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Although the Court cannot discern precisely what Plaintiff alleges, Plaintiff's 80-page submission makes reference to a racially motivated conspiracy of some kind involving the more than 90 Defendants, and it accuses Chief Justice John Roberts of failing to prevent such conspiracy. Dkt. 1 at 13–14. It alleges that a great number of judges are "liars" and that they took actions of some kind "without substantive due process" and suspended the United States Constitution and that various businesses, including T-Mobile and Staples, Inc., in some way enforced the assertedly unconstitutional orders of the judges. *See generally id.* at 15–30. Plaintiff asserts 52 claims for relief under the Constitution as well as statutory and common law and seeks $100,000,000 in damages from each Defendant. *See id.* at 31–80.

Although Plaintiff's complaint is extensive, it offers no intelligible description of the factual basis for Plaintiff's claims. The conclusory and scattershot factual allegations the complaint contains fail to demonstrate whether or why Plaintiff is entitled to the relief sought. Even construed liberally, Plaintiff's allegations leave the Court and Defendants in the dark regarding the connection between what facts Plaintiff pleads and the numerous legal violations Plaintiff alleges. Put simply, Plaintiff has not given Defendants or the Court adequate notice regarding the claims Plaintiff intends to assert, because the complaint lacks "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2).

Moreover, much of Plaintiff's complaint appears to seek damages from Chief Justice Roberts and dozens of other judges for issuing or failing to issue decisions in their judicial capacities. The doctrine of judicial immunity bars such claims. *Mireles v. Waco*, 502 U.S. 9, 9–10 (1991) (describing a long line of Supreme Court precedents that have found "judge[s] . . . immune from . . . suit for money damages"). This doctrine extends to "all actions taken in the

judge's official capacity, unless the[] actions are taken in the complete absence of all jurisdiction," *Sindra v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993), and thus bars many of Plaintiff's claims here.

Accordingly, it is hereby **ORDERED** that Plaintiff's complaint, Dkt. 1, is **DISMISSED** without prejudice, except that all claims seeking damages against judges or justices for acts taken in their judicial capacities are dismissed with prejudice. The clerk is directed to mail a copy of this order to Plaintiff at Plaintiff's address of record.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: May 22, 2023

LEAVE TO FILE DENIED
RMoss
USDJ
6/23/23

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC**

---------------------------------------------------------------x

AROR-ARK ARK O'DIAH,

Plaintiff,

V.

1:23-cv-00653 (RDM)

**FIRST AMENDED COMPLAINT IN AFFIDAVIT OF CLAIM**

**JURY SPEEDILY TRIAL DEMANDED.**

**RELIEF SOUGHT IN THIS CLAIM IN THIS AMENDED COMPLAINT IS $100 MILLION PLUS INJUNCTIVE RELIEFS AGAINST EACH DEFENDANT NAMED.**

CHIEF JUSTICE JOHN G. ROBERTS;

JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR;
ISABELLA JOH, RENAISSANCE EQUITY HOLDING LLC CONTROLLER;
UNITED STATES SMALL BUSINESS ADMINISTRATION /A/K/A/ SBA;
SBA ADMININSTRATOR ISABEL CASILAS GUZMAN;
NYC SBA REGIONAL DISTRICT DIRECTOR BETH GOLDBERG;
SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER; SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR; KINGS COUNTY HOSPITAL MEDICAL CENTER;
SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA,
AND SSA COMMISSIONER DR. KILOLO KUAKAZI;
UNITED STATES POSTAL SERVICE POSTMASTER GENERAL;
CHIEF JUDGE DEBRA ANN LIVINGSTON AND ALL JUDGE IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT; JUDGE VALERIE CAPRONI AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTEN IN NEW YORK CITY;
JUDGE PAMELA C. CHEN AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;
JUDGE WILLIAM H. ALSUP AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND IN CALIFORNIA; FORMER CHIEF JUDGE THOMAS AND ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA;
RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMANN AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
NEW YORK CITY and NYC COMPTROLLER SCOTT M. STRINGER, And NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;
GARY M. KAVULICH, ESQ.; KAVULICH & ASSOCIATES, PC;

RECEIVED
Mail Room
MAY 26 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES; T-MOBILE; STAPLES, INC.; NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN AND BORIS SAGALOVIC, MD; WORLD TRADE CENTER HEALTH PROGRAM, AND CDC-NATIONAL INSTITUTTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR; NYC HEALTH + HOSPITALS/MCKINNEY; JAMAICA HOSPITAL MEDICAL CENTER; DR. GLENN J. JAKOBSEN; DR. ZANE HOFFMANN; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; LOGISTICS HEALTH INCORPORATED; WILLAIM STREET CLINIC; JPMORGAN CHASE BANK, N.A.; FedEx EXPRESS; OPTIMUM CABLE; CSC HOLDINGS, LLC /A/K/A/ ALTICE USA, INC.; CITY MD BROOKLYN HEIGHT; FULTON VISION CENTER, LLC and OWNER; RENAISANCE EQUITY HOLDINGS LLC, AND OWNER, and FLATBUSH GARDENS; CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK; SYNCHRONY BANK; BRIAN DOUBLES; RICHARD WALSH, ESQ; ALEXANDRA E. CLAUS, ESQ; AMY SECTER, ESQ; DARIN BILLIG, ESQ; CURTIS JACKSON, ESQ; PARK & NGUYEN; STEVEN P. ORLOWSKI, ESQ; CAPITAL ONE BANK, N.A.; NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT; TRANS UNION; EXPERIAN; EQUIFAX CREDDIT INFORMATION SERVICES; NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA, and NEW YORK -PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER; ALL THE JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES; AMERICAN EXPRESS FINANCIAL SERVICES, INC; AARP, AND BARCLAYS; CHEMOURS COMPANY; HONEYWELL; QUEENS HOSPITAL MEDICAL CENTER; ELMHURST HOSPITAL MEDICAL CENTER; LEXISNEXIS RISK SOLUTION BUREAU LLC; ALL JUDGES IN NASSAU COUNTY FAMILY COURT, WESTERN UNION FINANCIAL SERVICES, INC; DISCOVER FINANCIAL SERVICES, **INC., SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITES ALL NAMED** Defendants.

-----------------------------------------------------------------------------X

# FIRST AMENDED COMPLAINT IN AFFIDAVIT OF CLAIMS

1. On about March 9, 2023, the above captioned action was filed by Pro Se Plaintiff Aror-Ark Ark O'Diah, but on about May 22, 2023, the above-captioned action complaint was dismissed by Judge RANDOLPH D. MOSS without prejudices pursuant to "Rules 8 of the Federal Rules of Civil Procedure, except that all claims seeking damages against judges or justices for acts taken in their judicial capacities were dismissed with prejudice".

2. Pro Se Plaintiff Aror-Ark Ark O'Diah hereby request for leave with the Court permission to submit and file this instant **AMENDED COMPLAINT** pursuant to Rule 8 of the Federal Rules of Civil Procedure and for the interest of justice.

3. And Plaintiff hereby submit these stated **AMENDED COMPLAINT** PLEADINGS against Each and All the Defendants named in this above-captioned action in their individual and official capacities, "except that all claims seeking damages against judges or justices for acts taken in their judicial capacities.

**JURISDICTIONAL STATEMENTS**

4. The Defendants are Citizens of the United States of America, and they are actively doing business throughout the United States of America, including in the District of Columbia. And they were already given timely NOTICE about Plaintiff's intention to exercise his Constitutional rights to seek protection under the United States Constitution, Laws and Statutory Provision as results of irreparable physical bodily and economic injuries suffered, caused by the Defendants acting in disguise discriminatively and retaliatorily in bad faith upon the identification of Pro Se Plaintiff's Skin Color, Race, National Origin and punishment for exercising Constitutionally protected rights. **The Defendants actions and omissions constituted violations that invoked Federal Questions. And the amount in dispute is over $100 Million due to WRONGFUL DEATH caused via joint retaliatory and discriminatory act by the Defendants used to cut-off Pro Se Plaintiff's Apartment heater, hot water and clean water that contributed to the WRONGFUL DEATH of Pro Se Plaintiff's Spouse YONETTE ANTOINETTE GRANT on February 25, 2020 in the ongoing Defendant's joint systematic attempt to carry out Discriminatory and Retaliatory EVICTION of Plaintiff for writing "Judicial Misconduct Complaint".**

5. The Defendants jointly directly, indirectly, implicitly and explicitly participated in widespread and vast unconstitutional acts and Statutory Provision omissions and violations based upon the identification of Pro Se Plaintiff Aror-Ark Ark O'Diah's skin color, Race, National Origin and punishment for exercising Constitutional rights by denying and deprived Pro Se Plaintiff Aror-Ark Ark O'Diah's CIVIL and HUMAN RIGHTS. And these omissions invoked Title 28 U.S.C. Section 455; and Title 28 U.S.C. Sections 352-364; and Title 18 U.S.C. Section 242; and USCA Const. Amendments 1, 4, 5, 6, 7, 8 and 14 to the U.S. Constitutions; and Federal Civil Rights Acts of 1866 and 1964; and Title 42 U.S.C. Sections 1983, 1985, 1986.

6. The Defendants jointly and separately relied upon the unconstitutional sanctions Order placed inside many Privates and Public Businesses Establishments by malicious, callous, vicious racist designed in bad faith discriminatively and retaliatorily used to blackballed, blackmailed blacklisted, defame, slandered, and subjected to libelous assassinations of Plaintiff's character by racially motivated designed by RACIST JUDGES and RACIST JUSTICES to caused Pro Se Plaintiff's Aror-Ark Ark O'Diah irreparable harm by judges and justices acting outside their judicial capacities to lured LANDLORDS, BANKS, BANK OFFICIALS, LAWYERS, FINANCIAL INSTITUTIONS, POST OFFICE EMPLOYEES, BUSINESS EXECUTIVES, CITIES OFFICIALS, HOSPITALS, GOVERNMENT OFFICIALS AND HARDCORE CRIMINALS to cause Pro Se Plaintiff's PHYSICAL BODILY AND ECONOMIC INJURIES because these judges and justices directed their **hatred toward Pro Se Plaintiff** because Pro Se Plaintiff exercised his FREE SPEECH and FREEDOM OF EXPRESSION protected by the United States Constitution, Law and Statutory Provision to write "JUDICIAL MISCONDUCT COMPLAINTS". And due to ongoing known hates, biases and prejudices implicitly and explicitly directed by judges and justices in this above-captioned action; this Court must exercise jurisdiction for the interest of justice.

7. Because it's no longer okay to remain in silence and inaction against judicial injustices, hates, biases, prejudices, deliberate misrepresentations, antisemitism, anti-Blackness racist remarks by use of racial slurs used by the Defendants; whereby, unconstitutional sanction orders were used by the Defendants jointly to hide the 'inhumane' lies, covered up, intimidations, harassments, and threats of irreparable harms and actual irreparable harm that resulted to wrongful death of Pro Se Plaintiff's Spouse on February 25, 2020; and thereafter, denied and deprived Pro Se Plaintiff EQUAL ACCESS TO COURTS. **AND PARTIES PLAINTIFF AND PARTIES DEFENDANTS NAMEs AND ADDRESSES SHOWN BELOW:**

**PLAINTIFF NAME AND MAILING ADDRESS AND PHONE:**
Aror-Ark Ark O'Diah
**c/o: TIMESPEED WORLDWIDE...**
3403 Foster Avenue, Apt 4B
Brooklyn, NY 11210-6439
Phone: (347) 614-8799
Email: aror@timespeedworldwideinfo.com
Email: GlobalJudicialWatch@gmail.com

**DEFENDANTS NAMES AND MAILING ADDRESSES BELOW:**

CHIEF JUSTICE JOHN G. ROBERTS
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543

UNITED STATES SMALL BUSINESS ADMINISTRATION; **ATTN: OFFICE OF GENERAL COUNSEL**
SBA ADMINISTRATOR ISABEL CASILAS GUZMAN;
409 3RD STREET SW
WASHINGTON, DC 20416

SBA NYC REGIONAL DISTRICT DIRECTOR BETH GOLDBERG
SBA NYC REGIONAL DISTRICT OFFICE
26 FEDERAL PLAZA SUITE 3100
NEW YORK, NY 10278

SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AUGUST FLENTJE;
SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR KIMBERLY BROWN,
SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER
1220 L STREET, NW, SUITE 100 – BOX 408
WASHINGTON, DC 20005-4018

UNITED STATES SERVICE POSTMASTER GENERAL, TTN: LEGAL DEPARTMENT
470 L'ENPLANT PLAZA
WASHINGTON, DC 20036-5303

CHIEF JUDGE DEBRA ANN LIVINGSTON, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT;
U.S. COURT OF APPEALS FOR SECOND CIRCUIT
40 FOLEY SQUARE
NEW YORK, NY 10007

JUDGE VALERIE CAPRONI, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY;
500 PEARL STREET
NEW YORK, NY 10007

JUDGE PAMELA K. CHEN, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

JUDGE WILLIAM H. ALSUP, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND;
450 GOLDEN GAT AVENUE
SAN FRANCISCO, CA 94102

FORMER CHIEF JUDGE THOMAS, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR HE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

RETIRED JUDGE RANDALL ENG, AND
ALL JUDGE IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

RETIRED JUDGE ARTHUR COOPERMAN AND
ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
11011 QUEENS BOULEVARD, APT 10H
FOREST HILLS, NY 11375

RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMAN, AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN NEW YORK
45 MONROE PLACE, BROOKLYN, NY 11201

NEW YORK CITY;
NEW YORK CITY COMPTROLLER SCOTT M. STRINGER;
NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;
**ATTN: ARITON MARKE, DEPUTY UNIT CHIEF SERVICE PROCESS NYC LAW DEPARTMENT**
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

NEW YORK STATE;
NEW YORK STATE DEPARTMENT OF TEMPORARY AAND DISABILITY ASSISTANCE;
NEW YROK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES;
**ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE**
633 3RD AVE., 38TH FLOOR
NEW YORK, NY 10017

T – MOBILE /A/K/A/ T – MOBILE USA
**ATTN: T – MOBILE CORPORATE OFFICE**
12920 SE 38TH STREET
BELLEVUE, WA 98006

STAPLES, INC
**ATTN: STAPLES INC CORPORATE HEADQUARTER**
500 STAAPLES DRIVE
FARMINGHAM, MA 01702

NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN, AND BORIS SAGALOVIC, MD;
2408 OCEAN AVENUE
BROOKLYN, NY 11229

WORLD TRADE CENTER HEALTH PROGRAM;
WILLIAM STREET CLINIC;
156 WILLIAM STREET, SUITE 401
NEW YORK, NY 10038

JOHN HOWARD, M.D., ADMINISTRATOR, WORLD TRADE CENTER HEALTH PROGRAM
CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, AND DIRECTOR;
1090 TUSCULUM AVENUE, MS C48
CINCINNATI, OH 45226-1998

ATTN: LAJENNA BARKEY, ASSIST DR PLANNING.
NYC HEALTH + HOSPITALS / MCKINNEY
594 ALBANY AVENUE
BROOKLYN, NY 11203

ATTN: ANDREA CRAWFORD, RISK MGT
QUEENS HOSPITAL MEDICAL CENTER
82-68 164TH STREET
JAMAICA, NY 11432

JAMAICA HOSPITAL CENTER
ATTN: RASHEEDA ALI, RISK MANAGEMENT
89-05 134TH STREET
JAMIACA, NY 11418

ATTN: OMA G, RISK MANAGEMENT
ELMHURST HOSPITAL MEDICAL CENTER
79-01 BROADWAY
ELMHURST, NY 11373

DR. GLENN J. JAKOBSEN
110-20 JAMAICA AVE.
JAMAICA, NY 11418

NEW YORK STATE
ATTN: NYS AG LETITIA JAMES OFFICE
128 LIBERTY STREET, 16TH FLOOR
NEW YORK, NY 10005

DR. ZANE HOFFMAN, DC
9314 QUEENS BOULEVARD
RIGO PARK, NY 11374

NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;
ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE
633 3RD AVENUE, 38TH FLOOR
NEW YORK, NY 10017

LOGISTICS HEALTH INCORPORATED
3237 AIRPORT ROAD
LA CROSS, WI 54603

JPMORGAN CHASE BANK, N.A.
ATTN: CT CORPORATION
128 LIBERTY STREET. 42ND FLOOR
NEW YORK, NY 10005

FedEx EXPRESS
ATTN: FedEx Corporate Office
3620 HACKS CROSS ROAD
BUILDING B, THIRD FLOOR
MEMPHIS, TN 38125

OPTIMUM CABLE;
CSC HOLDINGS, LLC /A/K/A/ ALTICE USA, INC.;
1 COURT SQUARE WEST, LONG ISLAND CITY, NY 11101

CITY MD BROOKLYN HEIGHT;
135 MONTAGUE STREET
BROOKLYN, NY 11201

FULTON VISION CENTER, LLC, and OWNER;
435 FULTON STREET
BROOKLYN, NY 11201

RENAISSANCE EQUITY HOLDINGS LLC AND OWNER;
ATTN: ISABELLA JOH, PROPERTY CONTROLLER
3301 FOSTER AVENUE
FLATBUSH GARDEN;
BROOKLYN, NY 11210

CARE CREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK;
SYNCHRONY BANK;
BRIAN DOUBLES;
170 ELECTION ROAD, SUITE 125
DRAPER, UTAH 84020

RICHARD WALSH, ESQ.
HORING WELIKSON ROSS & DIGTUGILIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

ALEXANDRA E. CLAUS, ESQ.
MARTIN CLEARWATER & BELL, LLP
220 EAST 42ND STREET
NEW YORK, NY 10017

AMY SECTER, ESQ.
REED SMITH, LLP
RIVERFRONT PLAZA – WEST TOWER
901 EAST BYRD STREET, SUITE 1900
RICHMOND, VA 23219-4068

DARIN BILLIG, ESQ.
PARK & NGUYEN
1809 PAULING AVENUE, 2ND FLOOR, BRONX, NY 10462

STEVEN P. ORLOWSKI, ESQ.
BLEALEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

CAPITAL ONE BANK, N.A.;
**ATTN: ESTATE OPERATION**
301 W 11THE STREET
WILLINGTON, DE 19801

NASSAU COUNTY; AND ALL JUDGES IN NASSAU COUNTY FAMILY COURT; AND
NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT;
**ATTN: OFFICE OF THE COUNTY ATTORNEY**
RALPH G. CASO EXECUTIVE AND LEGISLATIVE BUILDING
ONE WEST STREET
MINEOLA, NEW YORK 11501-4820

TRANS UNION;
**ATTN: CORPORATE OFFICE AND HEADQUARTER**
555 W. ADAMS STREET
CHICAGO, IL 60661

EXPERIAN;
**ATTN: CORPORATE HEADQUARTER**
475 ANTON BLVD
COSTA MESA, CA 92626

EQUIFAX CREDIT INFORMATION SERVICES, INC.
ATTN: CT CORPORATION, 1555 PEACHTREE STREET, N.W.
ATLANTA, GEORGIA 30309

NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA
**466 LEXINGTON AVENUE, 13TH FLOOR, ATTN: RISK MANAGEMENT**
NEW YORK, NY 10038

NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER
530 E 70TH STREET
NEW YORK, NY 10021

ALL JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS COUNTY;
360 ADAM STREET
BROOKLYN, NEW YORK, 11201.

GARY M. KAVULICH, ESQ;
KAVULICH & ASSOCIATES, P.C.;
181 WESTCHESTER AVE., SUITE 500C
PORT CHESTER, NY 10573

WESTERN UNION FINANCIAL SERVICES, INC.
**ATTN: CORPORATE HEADQUARTERS**
7001 E. BELLEVIEW
DENVER, CO 80237

AMERICAN EXPRESS FINANCIAL SERVICES, INC.
**ATTN: CT CORPORATEION**
128 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

DISCOVER FINANCIAL SERVICES, INC.
**ATTN: CT CORPORATION**
128 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

AARP
601 E STREET NW
WASHINGTON, DC 20049

BARCLAYS
**ATTN: BARCLAYS BANK DELAWARE**
125 SOUTH WEST STREET
WILMINGTON, DE 19801

THE CHEMOURS COMPANY
1007 MARKET STREET
P.O. BOX 2047
WILMINGTON, DELAWARE 19899

HONEYWELL
**ATTN: CORPORATE HEADQUARTERS**
855 SOUTH MINT STREET
CHARLOTTE, NC 28202

LEXISNEXIS RISK SOLUTIONS BUREAU LLC
**ATTN: CT CORPORATION**
128 LIBERTY STREET, NEW YROK, NY 10005

BRIAN J. LEVY
ASSISTANT UNITED STATES COUNSEL
COUNSEL FOR SOCIAL SECURITY ADMINISTRATION
601 D STREET, N.W.
WASHINGTON, DC 20530

ALL NEW YORK STATE JUDGES IN THE NEW YORK STATE SUPREME COURT IN QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY

FedEx EXPRESS
293 ATLANTIC AVE
BROOKLYN, NY 11201
**ATTN: MILAGROS, MANAGER**
**ATTN: CHANEL AND RIVAN.**

STAPLES, INC.
**ATTN: STAPLES STORE MANAGER**
5 UNION SQUARE
NEW YORK, NY 10003

EQUIFAX CREDIT INFORMATION SERVICES, INC.
**ATTN: CT CORPORATION SERVICE COMPANY**
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

OPTIMUM;
ALTICE USA,
**ATTN: LEGAL DEPARTMENT SHARED SERVICES**
1111 STEWART AVE.
BETHPAGE, NY 11714

HONEYWELL
**ATTN: HONEYWELL INTERNATIONAL CORPORATE HEADQUATER OFFICE**
127 WEST 30TH STREET, 9TH FLOOR
NEW YORK, NY 10001-3406

## STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S $100 MILLION CLAIMS AGAINST EACH AND ALL OF THE DEFENDANT NAMED IN THIS ABOVE-CAPTIONED ACTION AS STATED BELOW THUS:

8. Plaintiff Aror-Ark Ark O'Diah, is a graduate from the University of California at Berkeley Campus in Berkeley in California in the United States of America. Also, Plaintiff Aror-Ark Ark O'Diah earned his Advance Medical Sciences Training in Bioethics Related and Ethics in Germany. And currently, Plaintiff operates INFORMATION AND TOURISM SERVICES BUSINESSES IN PART AS A FREELANCE JOURNALIST from Home Office at 3403 Foster Avenue, Apt 4B, Brooklyn, NY 11210-6439.

9. Plaintiff hereby incorporated every statement from pages numbered-1 through page numbered-12 including all statement written on paragraphs numbered-1 through paragraph numbered-7 above into this paragraph numbered-9 as if they were pleaded in this paragraph numbered-9.

10. On about May 7, 2021, and September 2, 2021, I, Aror-Ark Ark O'Diah, was ASSAULTED by unknown person near Flatbush and Nostrand Junction in Brooklyn in New York; whereby, as a result of the ASSAULT, Pro Se Plaintiff temporarily suffered loss of eyesight because hazardous chemicals poured on Plaintiff's whole body and stroked with physical fix blow that knocked out Plaintiff's tooth followed by severe traumatic and posttraumatic pains and suffering. I, Aror-Ark Ark O'Diah, was also a victim of September 11 WTC terrorist attacks.

11. On about May 7, 2021, and September 2, 2021, during the ASSAULTS, Pro se ASSAULTERS yelled and loudly told Plaintiff to **"GO BACK TO FUCKY AFRICA"** and further said that JUDGES said that "YOU ARE PAIN TO ALL JUDGES IN THE UNITED STATES OF AMERICA". **13**

12. As a result of persisted pains and suffering from the injuries I, Aror-Ark Ark O'Diah, sustained on May 7, 2021, and September 2, 2021, due to ASSAULTS, I, Aror-Ark Ak O'Diah was compelled to sought for medical health care at many Hospitals and Healthcare Facilities at the following Hospitals and Healthcare Centers:

13. After May 7, 2021, and September 2, 2021, ASSAULTS that caused me to suffer tooth lose and temporary lose of eyesight, I, Aror-Ark Ark O'Diah went to KINGS COUNTY HOSPITAL MEDICAL CENTER but I was denied Healthcare because I was being called TERRORIST.

14. After May 7, 2021, and September 2, 2021, ASAULTS, I, Aror-Ark Ark O'Diah went to JAMAICA HOSPITAL MEDICAL CENTER, but I was also denied Healthcare because I was also called TERRORIST and TROUBLE-MAKER FROM AFRICA. And was told that I am a pain.

15. After May 7, 2021, and September 2, 2021, ASSAULTS, I, Aror-Ark Ark O'Diah went to QUEENS HOSPITAL MEDICAL CENTER, but I was also denied Healthcare because I was also called TERRORIST and TROUBLE-MAKER FROM AFRICA. I was told that I am a pain.

16. After May 7, 2021, and September 2, 2021, ASSAULTS, I, Aror-Ark Ark O'Diah went to ELMHURST HOSPITAL MEDICAL CENTER, but I was denied Healthcare because I was also called TERRORIST and WHISTLEBLOWER FROM AFRICA causing pains to JUDGES

17. After May 7, 2021, and September 2, 2023, ASSAULTS, I, Aror-Ark Ark O'Diah went to NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA and to NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER, but I, Aror-Ark Ark O'Diah was repeatedly denied Healthcare because I was also called TERRORIST, and further told me to go to the Hospital in my Community, and that I can not afford to pay the Doctors in this Hospital.

18. On about September 23, 2021, I, Aror-Ark Ark O'Diah, went to CITY MD BROOKLYN HEIGHT to seek for help from EYE SPECIALIST. And about 11:48 AM EDT I was told to pay $225.00 (two hundred, twenty-five U.S. Dollar) being EYE SPECIALIST CONSULTING fee before I can see the EYE SPECIALIST. And I paid the $225.00 but this Healthcare Facility have no EYE SPECIALIST. But a Nurse came out to introduced himself as EYE SPECIALIST. Unfortunately, he doesn't know anything related to my Eyes Problem. So, I demanded for the refund of my money but they refused to refund my money.

19. On about September 24, 2021, I, Aror-Ark Ark O'Diah, went to seek for medical healthcare at FULTON VISION CENTER LLC. And FULTON VISION CENTER LLC provided Pro Se Plaintiff exceptional and well deserving HEALTHCARE that gave Aror-Ark Ark O'Diah immediate temporary reliefs. FULTON VISION CENTER LLC charged Plaintiff a total sum of $2,200.00 for the complete healthcare services provided, and without hesitation, Plaintiff pay the amount demanded. But unfortunately, FULTON VISION CENTER LLC callously and fraudulently reported Pro Se Plaintiff to CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK and SYNCHRONY BANK that Plaintiff Aror-Ark Ark O'Diah took $2,200 loan, which was false. As a result, CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK repeatedly subjected Aror-Ark Ark O'Diah to credit collection harassment phone calls and by mail without stop.

20. While Pro Se Plaintiff was seeking for healthcare in the period following the ASSAULTS, but RICHARD T. WALSH, RENAISSANCE EQUITY HOLDINGS LLC and OWNER, and ISABELLA JOH, and FLATBUSH GARDENS and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT jointly shot-down Plaintiff's Apartment Heater, and Hot Water; and thereafter, filed EVICTION claims against Plaintiff.

21. Prior to the EVICTION process and proceedings, newly discovered evidence shows that RICHARD T. WALSH, and RENAISSANCE EQUITY HOLDINGS LLC and OWNER, and ISABELLA JOH, and FLATBUSH GARDENS and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT at the undue influence of Judge PAMELA K CHEN, and Judge VALERIE CAPRONI, and Judge ARTHUR COOPERMANN and Judge RANDALL ENG had induced Pro Se Plaintiff ASSAULTERS and also wants LANDLORD to denied Pro Se Plaintiff Rent.

22. On about October 28, 2021, Pro Se Plaintiff Aror-Ark Ark O'Diah, went to the New York State Supreme Court in Kings County to file complaint.

23. On about December 6, 2021, Judge PAMELA K. CHEN in the United States District Court for the Eastern District of New York interfered in the matter brought by Plaintiff to New York State Supreme Court in Kings County by inducing CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK and BRIAN DOUBLE and many LAWYERS to remove the matter from State Court to Federal Court; whereby, Judge PAMELA K. CHEN GRANTED them dismissal without substantive due process discriminatively and retaliatorily because Plaintiff had file misconduct complaint.

24. On about August 31, 2022, Judge VALERIE CAPRONI in the United States District Court for the Southern District of New York in New York City told Plaintiff that Late Judge SANDRA J. FEURSTEIN entered unconstitutional Sanction Order used by JUDGES all over the United States of America to denied and deprived Plaintiff exercises of CIVIL and HUMAN RIGHTS. And that unless the Order is vacated that Plaintiff will not be ALLOWED any exercises of Constitutional, Civil and Human Rights. But Judge SANDRA J. FEUERSTEIN died in the year 2021. Also, Judge ROBERTS A. KATZMAN who sponsored the unconstitutional sanction also dead. **16**

25. In the period of October 25, 2000, and continue through October 2012, late judge SANDRA J. FEUERSTEIN, and judge RANDALL ENG, and judge ARTHUR COOPERMANN, and NASSAU COUNTY FAMILY COURT Judge unconstitutionally colluded to write sanction Order used to lured NASSAU COUNTY POLICE and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICERS to subjected this Pro Se Plaintiff to multiple harassment arrests, unlawful searches and seizures of Plaintiff's FIVE BUSINESSES MOTOR VEHICLES and $400,000.00 cash without due process.

26. On about December 12, 2012, or soon thereafter, Plaintiff filed JUDICIAL MISCONDUCT COMPLAINT against Judge SANDRA J. FEUERSTEIN. And soon thereafter, judge SANDRA J. FEUERSTEIN was 'reprimanded' by the JUDICIAL COUNCIL IN THE SECOND CIRCUIT because JUDICIAL COUNCIL IN THE SECOND CIRCUIT then said and wrote that judge SANDRA J. FEUERSTEIN acted in bad faith corruptly outside her judicial discretion and power. And that judges do not have the Constitutional Power to prevent a litigant who suffer physical bodily and economic injuries from exercising their constitutional right. And judge SANDRA J. FEUERSTEIN Sanction Orders were VACATED.

27. Even though both Judge SANDRA J. FEUERSTEIN and judge ROBERTS A. KATZMANM died in the year 2021, but Chief Judge DEBRA ANN LIVINGSTON, and Judge VALERIE CAPRONI, and Judge ARTHUR COOPERMANN, and Judge RANDALL ENG, and Judge WILLIAM H. ALSUP, and judge THOMAS, and Judges in New York and in California have resurrected the already VACATED Order written by two dead JUDGES unconstitutionally used to denied and deprived Pro Se Plaintiff Aror-Ark Ark O'Diah rights to the pursues happiness.

28. On about September 22, 2022, Pro Se Plaintiff file judicial misconduct complaint because these JUDGES jointly participated to carried out widespread and vast unconstitutional acts in bad faith by placing unconstitutional sanction ORDER inside many privates and publics businesses establishment with malicious intent used callously to misrepresented, blackballed, blacklisted and blackmailed to subjected this Plaintiff to libelous pains and suffering to further cause this Pro Se Plaintiff irreparable physical bodily injuries and economic damages.

29. On about September 22, 2022, Pro Se Plaintiff demanded that These judges VACATE the unconstitutional sanction ORDER but instead, these Judges continue to use the unconstitutional sanction order to "INVALIDATE" and "TERMINATE" and 'EVADE" and "SUSPEND" the United States Constitution, Laws and Statutory Provision but without Substantive due process.

30. The above -captioned named Judges and Justice continue to use unconstitutional sanction order to intimidates, to carried out unconstitutional harassment in disguise under color of state authorities by using threats of irreparable harms against this Pro Se Plaintiff Aror-Ark Ark O'Diah to denied and deprived Pro Se Plaintiff the pursues of happiness by doing the following:

31. Late judge SANDRA J. FEUERSTEIN, and late Judge ROBERTS A. KATZMAN, and RETIRED Judge RANDALL ENG, and retired Judge ARTHUR COOPERMANN and Chief Judge DEBRA ANN LIVINGSTON, and Judge PAMELA K. CHEN, and Judge VALERIE CAPRONI, and Judge WILLIAM H. ALSUP, and Judge THOMAS, lured NASSAU COUNTY POLICE OFFICERS AND PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE OFFICER TO LIED; AND THERAFTER, USED THE 'INHUMANE' LIES AND COVERED TO KIDNAPPED PRO SE PLAINTIFF INTO PRISON. **18**

32. And while Pro Se Plaintiff Aror-Ark Ark O'Diah was unconstitutionally held in New York State Prison for crime he NEVER committed, he was diagnosed for PROSTATE CANCER on January 26, 2007, and thereafter. And treated inside prison from January 26, 2007 through December 12, 2013, but New York State Department of Correction and Community Supervision Commissioner continue to FAIL to release Pro Se Plaintiff Medical Records and Reports needed by the September 11 Victim Compensation Fund Processing Center to process Plaintiff Claims because Pro Se Plaintiff was a victim of September 11 World Trade Center Terrorist attack where Plaintiff was exposed to hazardous chemicals, dust and debris.

33. JOHN HOWARD, M.D. is the Administrator for World Trade Center Health Program, And Pro Se Plaintiff Aror-Ark Ark O'Diah is a registered Member of the September 11 World Trade Center Health Program. Plaintiff suffered from PROSTATE CANCER from January 26, 2007 through December 12, 2013, but Plaintiff was not provided any Healthcare because of the unconstitutional sanction Order placed inside many Privates and Publics Businesses Establishment maliciously used by racist judges used to denied and deprived Plaintiff's the pursues of happiness.

34. ISABELLA JOH, and RENAISSANCE EQUITY HOLDINGS, LLC and OWNER, and FLATBUSH GARDENS, and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, and RICHARD T. WALSH were unconstitutionally influenced by All the Judges named in this above-captioned action to retaliatorily and discriminatively shut-down Plaintiff's Apartment Heater, Hot Water and also Failed to provide clean water in the Apartment, and these omission, contributed to the untimely death of Plaintiff's Late Spouse who was enduring Four Stages CANCER. And thereafter attempted to subject Plaintiff to unlawful EVICTION. **19**

35. The United States Small Business Administration /A/K/A/ SBA, and SBA Administrator ISABEL CASILAS GUZMAN, and NYC SBA regional District Director BETH GOLDBERG and their SUBORDINATES employees denied and deprived Pro Se Plaintiff's rights to COVID-19 EIDL INCREASE CONSIDERATION because of the unconstitutional sanction order placed inside many Privates and Publics Businesses Established discriminatively and retaliatorily by the above-named JUDGES by callous designed in bad faith to hurt Plaintiff in person and Businesses.

36. Plaintiff Aror-Ark Ark O'Diah, was a Victim of September 11, but September 11 Victim Compensation Fund Claims Processing Center Special Master and Operation Director delays the processing of this Plaintiff's claims because New York State Department of Correction and Community Supervision FAILURE to release Plaintiff's Medical Records held inside prisons because Judges named in this above-captioned action used unconstitutional sanction order to assassinates this Plaintiff's character after Plaintiff wrote JUDICIAL MISCONDUCT COMPLAINT about corrupted racist judges. The delays cause more pains and suffering.

37. KINGS COUNTY HOSPITAL MEDICAL CENTER denied Plaintiff Healthcare after Judges placed unconstitutional sanction Orders inside many Privates and Publics Businesses Establishments discriminatively and retaliatorily to cause Plaintiff more pains and suffering.

38. SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA AND SSA COMMISSIONER DR. KILOLO KUAKAZI unconstitutionally discontinued SSI payment on June 1, 2021, without due process discriminatively and retaliatorily after Judges placed unconstitutional sanction order inside many Privates and Publics Businesses Establishment to cause Plaintiff pains. **20**

39. ALL JUDGES IN NEW YORK AND IN CALIFORNIA and CHIEF JUSTICE unconstitutionally adopted, endorsed, sanctioned, implemented and enforced unconstitutional sanction order without substantive due process upon the identification of Plaintiff's national origin-NIGERIA.

40. NEW YORK CITY and NYC COMPTROLLER SCOTT M. STRINGER, and NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATON AND DEVELOPMENT unconstitutionally relied on the unconstitutional sanction order written and placed inside many Privates and Publics Businesses Establishments by Judges used to lured ISABELLA JOH, and RENAISSANCE EQUITY HOLDINGS LLC and OWNER, and FLATBUSH GARDEN to denied and deprived Plaintiff accommodation, housing, equal protection, liberty and freedom of movement with malicious intent to destroy Plaintiff and Privates Businesses and FURTHER used to cause Plaintiff pains and suffering.

41. GARY M. KAVULICH, ESQ., and KAVULICH & ASSOCIATES, PC and RENAISSANCE EQUITY HOLDINGS LLC and ISABELLA JOH maliciously subjected Pro Se Plaintiff to false credit collection harassment because they relied on the unconstitutional sanction order place inside many Privates and Publics Businesses Establishment by malicious designed to cause Plaintiff pains and suffering.

42. NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES knowingly used false witnesses and 'inhumane' lies derived from corrupted racist JUDGES named in this above-captioned action to kidnap Pro Se Plaintiff into prison; and thereafter, hired HARDCORE criminal ARTHUR FRAZIER to attempted multiple times to murder Plaintiff inside Prison. But solely to avoid payment of claim owe to Plaintiff.

43. T – MOBILE /A/K/A/ T – MOBILE USA /A/K/A/ T – MOBILE CORPORATION fraudulently added five telephone lines to Plaintiff's Business Cell Phone Lines without Pro Se Plaintiff knowledge and consent while the five phone lines were being used by unknown person to plaintiff but at the same time, T – MOBILE was charging the Bills to Plaintiff and Plaintiff's businesses for services Plaintiff never ordered and never subscribed to and never used.

44. STAPLES, INC., maliciously accused Pro Se Plaintiff Aror-Ark Ark O'Diah of steal Typewriter Ribbon; and thereafter, subjected Plaintiff to false arrest and detention used to slandered and defamed plaintiff to cause Plaintiff embarrassment, humiliations, emotional distress, and psychological trauma and posttraumatic that resulted to head pains and suffering in STAPLE, INC., showing reckless disregard for the truth. Plaintiff NEVER stole typewriter Ribbon; instead, it was plaintiff's old Typewriter Ribbons found in Plaintiff possession.

45. NYU LANGONE HEALTH PULMUNARY AND SLEEP MED-BKLYN AND BORIS SAGAVI, M.D., and WORLD TRADE CENTER HEALTH PROGRAM, and CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR falsified Plaintiff's Blood Pressure, Urinary abnormality, and High PSA early development of PROSTATE CANCER with malicious intent to denied the certification of Plaintiff's medical condition. These omission cause pains. **22**

46. NYC HEALTH + HOSPITALS/MCKINNEY, and KINGS COUNTY HOSITAL MEDICAL CENTER, and QUEENS HOSPITAL MEDICAL CENTER, and JAMAICA HOSPITAL MEDICAL CENTER, and ELMHURST HOSPITAL MEDICAL CENTER, and NEW YORK -PRESBYTERIAN HOSPITAL/COLUMBIA, and NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER jointly destroyed Plaintiff's medical records needed to certify Plaintiff medical conditions by SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER with malicious intent to denied and deprived Plaintiff claims. And these omissions cause Plaintiff additional pains and suffering because the omissions cause shock to normal moral conscience.

47. DR. GLENN J. JAKOBSEN and DR. ZANE HOFFMANN knew or should have known that Plaintiff needed his medical records in their possession to certified SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER BUT DR. GLENN J. JAKOBSEN AND DR. ZANE HOFFMANN continue to denied and deprived Plaintiff's rights to gets his medical record. And because of these omission, Plaintiff's claims at the SEPTEMBER 11, VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER has not been processed. And these omission cause Plaintiff in additional pains and suffering.

48. NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION MEDICAL DOCTORS diagnosed and treated Pro Se Plaintiff for PROSTATE CANCER from January 26, 2007 through December 12, 2013. And SEPTEMBER 11, VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER needed Plaintiff's Medical Records needed to certify Plaintiff medical condition, but NEW YOK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION COMMISSIONER refused to release Plaintiff's medical records cause Plaintiff additional pains and suffering.

49. LOGISTIC HEALTH INCORPORATED, and WILLIAM STREET CLINIC continue to hide Pro Se Plaintiff's medical records needed by SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER purposely to discriminates and retaliates against Plaintiff after Plaintiff wrote JUDICIAL MISCONDUCT COMPLAINT against JUDGES. And these omissions caused Plaintiff additional pains and suffering.

50. JPMORGAN CHASE BANK, N.A., and CAPITAL ONE BNAK, N.A., and EQUIFAX CREDIT INFORMATION SERVICES, and TRANS UNION, and EXPERIAN, and DISCOVER FINANCIAL SERVICE, INC., and LEXISNEXIS RISK SOLUTION BUREAU LLC, and AMERICAN EXPRESS FINANCIAL SERVICES, INC., and WESTERN UNION FINANCIAL SERVICES, INC., and AARP and BARCLAYS /A/K/A/ BARCLAYS BANK and CAPITAL ONE BANK, N.A. jointly and separately recklessly and maliciously incorrectly published Plaintiff name to the GENERAL PUBLIC. And even though, Plaintiff repeatedly requested, asked, prayed, demanded and pleaded to these Defendants to please write and publish Plaintiff name correctly but in reckless disregard for the truth, these Defendants still continue to published Plaintiff's name incorrectly. And these omissions continue to hurt this plaintiff in person and private businesses to cause Plaintiff pains and suffering.

51. RICHARD T. WALSH, ESQ, and ALEXANDRA E. CLAUS, ESQ., and AMY SECTER, ESQ., and CURTIS JACKSON, ESQ., and DARIN BILLIG, ESQ., and PARK & NGUYEN, and STEPHEN P. ORLOWSKI, ESQ., were used by JUDGES named in this above-captioned action to denied and deprived Plaintiff equal and meaningful access to Courts after these JUDGES had promised these Lawyers protection while these Lawyers continue to form collusion with these JUDGES in systematic attempt use to intimidation, by using HARDCORE CRIMINAL to ASSAULT Plaintiff. **24**

52. CHEMOUR COMPANY and HONEYWELL refused to sell and refused to supplies and refused to do business with Plaintiff after Judges named in this above-captioned action used unconstitutional sanction order to blackballed, blackmailed and blacklisted Plaintiff and his businesses to many Privates and Publics Businesses Establishments. And these omissions has cause Plaintiff financial hardship because CHEMOUR COMPANY and HONEYWELL refused to do business with Pro Se Plaintiff.

53. NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT, and NASSAU COUNTY FAMILY COURT JUDGES, and NEW YORK STATE, and NEW YORK CITY jointly unconstitutionally lured The Port Authority of New York and New Jersey Police Officers and Nassau County Police Officers to unlawfully searched and seized this Plaintiff's FIVE BUSINESSES MOTOR VEHICLES and CASH MONEY IN THE AMOUNT OF $400,000.00; AND THEREAFER, PLACED a lien on Plaintiff's Bank account used to denied Plaintiff ability to buy medication as Needed by Plaintiff for the treatment of pre-existing hearts disorder, periodic recurrence of blindness and liver medical condition. And these omissions almost cause Plaintiff death.

54. Plaintiff do not have any child because All Plaintiff Children in the United States of America are grown ADULT. This Pro Se Plaintiff raised his Children by himself in the United States of America without Plaintiff's children's biological mother. Plaintiff was shocked in pains and suffering because NEW YORK STATE, and NASSAU COUNTY, and NASSAU COUNTY FAMILY COURT, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT unlawfully seized five of Plaintiff's Businesses Vehicles, and cash $400,000.00 on false child support collection without due process, and without any paternity DNA Test. And no relationship has bee established. NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE STOLE Plaintiff's property.

55. The UNITED STATES POSTAL SERVICE and FedEx EXPRESS, and RENAISSANCE EQUITY HOLDINGS, LLC and ONWER, and FLATBUSH GARDENS and ISABELLA JOH searched and seized and destroyed Pro Se Plaintiff's Legal mails, religious mails, and Businesses mails. And because of these unlawful searches and seizures Plaintiff loss many Courts Cases because Plaintiff was unable to timely comply to Courts ORDERS Plaintiff did not receive. Plaintiff beliefs that these Defendants relied upon unconstitutional sanction order placed inside many Privates and Publics Business Establishments used as surveillance, and censorship against Plaintiff.

## RELIEFS SOUGHT

56. **WHEREFORE**, I, Aror-Ark Ark O'Diah, asked, request, demand and pray that this Honorable Court AWARD and GRANT the sum of the amount of $100 Million in favor of this Pro Se Plaintiff against each of the Defendant named in this above-captioned action in their individual and official capacities. **Furthermore**, the unconstitutional sanction Order placed inside many Privates and Publics Businesses Establishment must be set aside, VACATED and must be declared null and void. And All existing WRONGFUL CONVICTION, decisions, orders, opinions, and judgment must be set aside, VACATED, and must be declare null and void, and expunge from all existing Plaintiff's records and from all records for the interest of justice.

## TRIAL BY JURY

57. Plaintiff hereby DEMAND for Trial By Jury.

## INJUNCTIVE RELIEF

58. Plaintiff hereby request for injunctive relief against all the Defendants to stop harassments, intimidation and threats of irreparable harm.

# CONCLUSION

**WHEREFORE,** Pro Se Plaintiff Aror-Ark Ark O'Diah hereby request, asked, demand and pray that This Honorable Court GRANT this Pro Se Plaintiff Aror-Ark Ark O'Diah permission to file this AMENDED COMPLAINT. **FURTHERMORE,** Pro Se Plaintiff also hereby request, asked, demand and pray that this Honorable Court GRANT all reliefs and AWARD all the reliefs sought in this FIRST AMENDED COMPLAINT in Plaintiff's favor against each of the Defendants named in their individual and in their official capacities as pleaded against each Defendant named in this above-captions action as stated in this FIRST AMENDED COMPLAINT.

Respectfully Submitted By:

Dated: May 24, 2023.

Aror-Ark Ark O'Diah

Aror-Ark Ark O'Diah, Pro Se Plaintiff.
GLOBAL JUDICIAL WATCH & WORLDWIDE WITNESSES, INC.
3403 FOSTER AVENUE, APT 4B BROOKLYN, NY 11210-6439.
(347) 614-8799
aror@timespeedworldwideinfo.com GlobalJudicialWatch@gmail.com

# VERIFICATION

I, Aror-Ark Ark O'Diah, certify and hereby declares under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Sections 1746, and say that all the statements of facts and causes of claims and claims stated in this AMENDED COMPLAINT are true and correct to this Pro Se Plaintiff Aror-Ark Ark O'Diah knowledge and best recollection.

EXECUTED ON THE 24TH DAY OF THE MONTH OF MAY, 2023, BROOKLYN, COUNTY OF KINGS, NEW YORK.

Respectfully Submitted By:

Dated: May 24, 2023.

Aror-Ark Ark O'Diah

Aror-Ark Ark O'Diah, Pro Se Plaintiff

TIMESPEED WORLDWIDE GLOBAL JUDICIAL WATCH MORAL HEALTH SERVICE SYSTEMS, INC.
3403 FOSTER AVENUE, APT 4B, BROOKLYN, NY 11210-6439. U.S.A.
(347) 614-8799

SWORN TO BEFORE ME ON THIS
24TH DAY OF MAY, 2023.

Roman Babadzhanov

**NOTARY PUBLIC**

ROMAN BABADZHANOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BA6406990
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES APR 27, 2024

28

# CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, Aror-Ark Ark O'Diah, certify under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that on the 24TH day of the Month of May, 2023, that I enclosed the below legal document in several legal large envelopes sealed containing the following:

## AMENDED COMPLAINT

And mailed to:

CHIEF JUSTICE JOHN G. ROBERTS
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543

UNITED STATES SMALL BUSINESS ADMINISTRATION; **ATTN: OFFICE OF THE GENERAL COUNSEL**
SBA ADMINISTRATOR ISABEL CASILAS GUZMAN;
409 3RD STREET SW
WASHINGTON, DC 20416

SBA NYC REGIONAL DISTRICT DIRECTOR BETH GOLDBERG
SBA NYC REGIONAL DISTRICT OFFICE
26 FEDERAL PLAZA SUITE 3100
NEW YORK, NY 10278

SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER;
SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR,
SEPTEMBER 11 VICTIM COMPENSATION FUND CLAIM PROCESSING CENTER
1220 L STREET, NW, SUITE 100 – BOX 408
WASHINGTON, DC 20005-4018

SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA;
SSA COMMISSIONER DR. KILOLO KUAKAZI;
1300 D STREET, NW
WASHINGTON, DC 20024

**ATTN: BRIAN J. LEVY**
ASSISTANT UNITED STATES COUNSEL
COUNSEL FOR SOCIAL SECURITY ADM.
601 D STRET, N.W.
WASHINGTON, DC 20530

UNITED STATES POSTAL SERVICE POSTMASTER GENERAL; **ATTN: LEGAL DEPARTMENT**
UNITED STATES POSTMASTER GENERAL,
1050 CONNECTICUT AVENUE, NW, WASHINGTON, DC 20036-5303

CHIEF JUDGE DEBRA ANN LIVINGSTON, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT;
U.S. COURT OF APPEALS FOR SECOND CIRCUIT
40 FOLEY SQUARE
NEW YORK, NY 10007

JUDGE VALERIE CAPRONI, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTAN IN NEW YORK CITY;
500 PEARL STREET
NEW YORK, NY 10007

JUDGE PAMELA K. CHEN, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK;
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

JUDGE WILLIAM H. ALSUP, AND
ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND;
450 GOLDEN GAT AVENUE
SAN FRANCISCO, CA 94102

FORMER CHIEF JUDGE THOMAS, AND
ALL JUDGES IN THE U.S. COURT OF APPEALS FOR HE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA
95 SEVENTH STREET
SAN FRANCISCO, CA 94103-1526

RETIRED JUDGE RANDALL ENG, AND
ALL JUDGE IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

RETIRED JUDGE ARTHUR COOPERMAN AND
ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK;
11011 QUEENS BOULEVARD, APT 10H
FOREST HILLS, NY 11375

RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMAN, AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN NEW YORK
45 MONROE PLACE
BROOKLYN, NY 11201
**ATTN: THE CHIEF JUDGE**

NEW YORK CITY;
NEW YORK CITY COMPTROLLER SCOTT M. STRINGER;
NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX; NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT;
ATTN: ARITON MARKE, DEPUTY UNIT CHIEF SERVICE PROCESS NYC LAW DEPARTMENT
100 CHURCH STREET, 4TH FLOOR
NEW YORK, NY 10007

NEW YORK STATE;
NEW YORK STATE DEPARTMENT OF TEMPORARY AAND DISABILITY ASSISTANCE;
NEW YROK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES;
**ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE**
633 3RD AVE., 38TH FLOOR
NEW YORK, NY 10017

T – MOBILE /A/K/A/ T – MOBILE USA
**ATTN: T – MOBILE CORPORATE OFFICE**
12920 SE 38TH STREET
BELLEVUE, WA 98006

STAPLES, INC.
ATTN: STAPLE INC CORPORATE HEADQUARTER
500 STAAPLES DRIVE
FARMINGHAM, MA 01702

NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN, AND BORIS SAGALOVIC, MD;
2408 OCEAN AVENUE
BROOKLYN, NY 11229

WORLD TRADE CENTER HEALTH PROGRAM;
WILLIAM STREET CLINIC;
156 WILLIAM STREET, SUITE 401
NEW YORK, NY 10038

JOHN HOWARD, M.D., ADMINISTRATOR, WORLD TRADE CENTER HEALTH PROGRAM
CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, AND DIRECTOR;
PATRIOTS PLAZA 1
395 E STREET, SW, SUITE 9200
WASHINGTON, DC 20201

**ATTN: LAJENNA BARKEY, ASSIST DR PLANNING.**
NYC HEALTH + HOSPITALS / MCKINNEY
594 ALBANY AVENUE
BROOKLYN, NY 11203

**ATTN: ANDREA CRAWFORD, RISK MGT.**
QUEENS HOSPITAL MEDICAL CENTER
82-68 164TH STREET
JAMAICA, NY 11432

**ATTN: RASHEEDA ALI, RISK MANAGEMENT.**
JAMAICA HOSPITAL CENTER
89-05 134TH STRET
NEW YORK, NY 11418

**ATTN: OMA G, RISK MANAGEMENT**
ELMHURST HOSPITAL MEDICAL CENTER
79-01 BROADWAY
ELMHURST, NY 11373

DR. GLENN J. JAKOBSEN
110-20 JAMAICA AVE.
JAMAICA, NY 11418

NEW YORK STATE
**ATTN: NYS AG LETITIA JAMES OFFICE**
128 LIBERTY STREET, 16TH FLOOR
NEW YORK, NY 10005

DR. ZANE HOFFMAN, DC
9314 QUEENS BOULEVARD
RIGO PARK, NY 11374

NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION;
**ATTN: NYS GOVERNOR KATHY HOCHUL OFFICE**
633 3RD AVENUE, 38TH FLOOR
NEW YORK, NY 10017

LOGISTICS HEALTH INCORPORATED
3237 AIRPORT ROAD
LA CROSS, WI 54603

JPMORGAN CHASE BANK, N.A.
**ATTN: CT CORPORATION**
128 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

FedEx EXPRESS
**ATTN: FedEx Corporate Office**
3620 HACKS CROSS ROAD
BUILDING B, THIRD FLOOR,
MEMPHIS, TN 38125

OPTIMUM CABLE;
CSC HOLDINGS, LLC, a Subsidiary of ALTICE USA, INC.;
1 COURT SQUARE WEST
LONG ISLAND CITY, NY 11101

CITY MD BROOKLYN HEIGHT;
135 MONTAGUE STREET
BROOKLYN, NY 11201

FULTON VISION CENTER, LLC, and OWNER;
435 FULTON STREET
BROOKLYN, NY 11201

RENAISSANCE EQUITY HOLDINGS LLC AND OWNER;
ATTN: ISABELLA JOH, PPROPERTY CONTROLLER
FLATBUSH GARDEN;
3301 FOSTER AVENUE
BROOKLYN, NY 11210

CARE CREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK;
SYNCHRONY BANK;
BRIAN DOUBLES;
170 ELECTION ROAD, SUITE 125
DRAPER, UTAH 84020

RICHARD WALSH, ESQ.
HORING WELIKSON ROSS & DIGTUGILIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

ALEXANDRA E. CLAUS, ESQ.
MARTIN CLEARWATER & BELL, LLP
220 EAST 42ND STREET
NEW YORK, NY 10017

AMY SECTER, ESQ.
REED SMITH, LLP
RIVERFRONT PLAZA – WEST TOWER
901 EAST BYRD STREET, SUITE 1900
RICHMOND, VA 23219-4068

DARIN BILLIG, ESQ.
PARK & NGUYEN
1809 PAULING AVENUE, 2ND FLOOR, BRONX, NY 10462

STEVEN P. ORLOWSKI, ESQ.
BLEALEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

CAPITAL ONE BANK, N.A.;
**ATTN: ESTATE OPERATION**
301 W 11THE STREET
WILLINGTON, DE 19801

NASSAU COUNTY; AND ALL JUDGES IN NASSAU COUNTY FAMILY COURT; AND
NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT;
**ATTN: OFFICE OF THE COUNTY ATTORNEY**
RALPH G. CASO EXECUTIVE AND LEGISLATIVE BUILDING
ONE WEST STREET
MINEOLA, NEW YORK 11501-4820

TRANS UNION;
ATTN: CORPORATE OFFICE AND HEADQUARTER
555 W. ADAMS STREET
CHICAGO, IL 60661

EXPERIAN;
ATTN: CORPORATE HEADQUARTER
475 ANTON BLVD
COSTA MESA, CA 92626

EQUIFAX CREDIT INFORMATION SERVICES, INC.
**ATTN: CT CORPORATION.**
1555 PEACHTREE STREET, N.W.
ATLANTA, GEORGIA 30309

NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA
466 LEXINGTON AVE., 13TH FLOOR, ATTN: RISK MANAGEMENT
NEW YORK, NY 10038

NEW YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER
530 E 70TH STREET
NEW YORK, NY 10021

ALL JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS COUNTY;
360 ADAM STREET
BROOKLYN, NY 11201.

GARY M. KAVULICH, ESQ;
KAVULICH & ASSOCIATES, P.C.;
181 WESTCHESTER AVE., SUITE 500C
PORT CHESTER, NY 10573

WESTERN UNION
ATTN: CORPORATE HEADQUARTERS
7001 E. BELLEVIEW
DENVER, CO 80237

AMERICAN EXPRESS
**ATTN: CORPORATE HOME OFFICE**
200 VESEY STREET
NEW YORK, NY 10285-3106

DISCOVER
ATTN: CORPORATE HEADQUARTERS
2500 LAKE COOK ROAD
RIVERWOODS, IL 60015

AARP
601 E STREET NW
WASHINGTON, DC 20049

BARCLAYS
**ATTN: BARCLAYS BANK DELAWARE**
125 SOUTH WEST STREET
WILMINGTON, DE 19801

THE CHEMOURS COMPANY
1007 MARKET STREET
P.O. BOX 2047
WILMINGTON, DELAWARE 19899

HONEYWELL
ATTN: CORPORATE HEADQUARTERS
855 SOUTH MINT STREET
CHARLOTTE, NC 28202

LEXISNEXIS RISK SOLUTIONS BUREAU LLC
**ATTN: CT CORPORATION**
128 LIBERTY STREET, 42ND FLOOR
NEW YORK, NY 10005

BRIAN J. LEVY
ASSISTANT UNITED STATES COUNSEL
COUNSEL FOR SOCIAL SECURITY ADMINISTRATION
601 D STREET, N.W.
WASHINGTON, DC 20530

ALL NEW YORK STATE JUDGES IN THE NEW YORK STATE SUPREME COURT IN QUEEN COUNTY
125-01 QUEENS BOULEVARD
KEW GARDEN, NY 11415

FedEx EXPRESS
293 ATLANTIC AVE.
BROOKLYN, NY 11201
ATTN: MILAGROS, MANAGER
**ATTN: CHANEL AND RVAN**

STAPLES, INC.
**ATTN: STAPLES STORE MANAGER**
5 UNION SQUARE
NEW YORK, NY 10003

EQUIFAX CREDIT INFORMATION SERVICES, INC.
ATTN: CT CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808

OPTIMUM;
ALTICE USE,
ATTN: LEGAL DEPARTMENT SHAREE SERVICES
1111 STEWART AVE.
BETHPAGE, NY 11714

HONEYWELL
ATTN: HONEYWELL INTERNATIONAL CORPORATE HEADQUATER OFFICE
127 WEST 30TH STREET, 9TH FLOOR
NEW YORK, NY 10001-3406

I, Aror-Ark Ark O'Diah, certify that the statement in this certificate of proof of services by mail sent out in the U.S. Postal Service Post Office located at 2273 CHURCH AVENUE IN BROOKLY IN KINGS COUNTY in many sealed envelopes first class mail is true and correct.

Dated: May 24, 2023.

Aror-Ark Ark O'Diah

Aror-Ark Ark O'Diah, Pro Se Plaintiff
TIMESPEED WORLDWIDE...
**ATTN: AROR-ARK ARK O'DIAH**
3403 FOSTER AVENUE, APT 4B
BROOKLYN, NY 11210-6439. U.S.A.
(347) 614-8799
aror@timespeedworldwideinfo.com
GlobalJudicialWatch@gmail.com

SWORN TO BEFORE ME ON THIS
24TH DAY OF MAY, 2023.

Roman Babadzhanova

**NOTARY PUBLIC**

ROMAN BABADZHANOV
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BA6406990
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES APR 27, 2024